AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
|  | ) | Case No. 20-mj-00188-KLM |
|  | ) | |
| Andres Cuetara | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 16, 2020 in the county of Denver in the State and District of Colorado, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. Section 2252A(a)(5)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

*s/ Adam Krob*
*Complainant's signature*

Special Agent Adam Krob, FBI
*Printed name and title*

Sworn to before me and ☐ signed in my presence. ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: **20 Nov 2020**

*Judge's signature*

City and state: Denver, Colorado

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*