| | |
|---|---|
| <u>DEFENDANT:</u> | ANDRES CUETARA |
| <u>YOB</u>: | 1970 |
| <u>OFFENSE(S):</u> | Count 1:<br>18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography) |
| <u>LOCATION OF OFFENSE:</u> | Denver County, Colorado |
| <u>PENALTY:</u> | Count 1: NMT 10 years imprisonment for first offense, NMT $250,000 fine or both, supervised release of NLT 5 years, NMT life, $100 Special Assessment Fee; however, if defendant has a prior conviction under Chapters 110, 71, 109A, 117 of the United States Code, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, NLT 10 years, NMT 20 years imprisonment, NMT $250,000 fine or both, supervised release of NLT 5 years, NMT life, $100 Special Assessment Fee. For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person. For offenses committed on or after December 7, 2018, a Special Assessment of no more than $17,000 if convicted of 18 U.S.C. Section 2252A(a)(5). |
| <u>AGENT:</u> | SA Adam Krob<br>FBI |
| <u>AUTHORIZED BY:</u> | Alecia L. Riewerts<br>Assistant U.S. Attorney |

<u>ESTIMATED TIME OF TRIAL</u>:

 X   five days or less

<u>THE GOVERNMENT</u>

X    will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(A)

The statutory presumption of detention is not applicable to this defendant.