AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 20-mj-00188-KLM |
| ANDRES CUETARA | ) | |
|  | ) | |
|  | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  ANDRES CUETARA,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

   Possession of Child Pornography in violation of 18 U.S.C. Section 2252A(a)(5)(B)

Date:   **20 Nov 2020**

*Issuing officer's signature*

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

City and state:   Denver, Colorado

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*