

Associates:
Molly T. Zwerdlinger
Brian C. Klein
Paige T. Hayes
Andrew B. Lintner

Michael P. Miller
Kathryn E. Miller
Walter M. Kelly II
Gary M. Clexton
Benjamin E. Currier
Christopher J. Forrest
Mollie B. Hawes
Gregory A. Eurich

Martin P. Miller (1923-2007)
Robert M. Steiert, *Retired*

November 29, 2020

The Honorable Judge N. Reid Neureiter
U.S. Magistrate Judge
Rogers U.S. Courthouse
Denver, Colorado

Dear Judge Neuriter,

I am writing you at this time about a "distant nephew" by marriage Mr. Andres Cuetara. I have known Andres for almost 30 years, since Sister Molly Munoz brought him to Colorado from his home in Mexico. When he came to this country he was without any language skills in either Spanish, English or "signing." He obviously was a very brave soul, coming to a strange land with no method of communication, nor friends, no known family, in search of some means of education with a desire to learn to communicate with others.

Sister Molly helped him enroll at CCD and got him signing interpreters that would go with him to every class and help him learn the art of communication. What an "uphill battle" Andres was facing, but he was diligent, highly motivated, and so endearing to everyone that met him, that he very quickly became a part of this community with loyal friends who truly cherished him.

At the time, my wife Laura Cuetara was a professor at UCD, and it didn't take Sister Molly too long to see her name, and introduce Andres to her and consequently, me and our family. Andres became a part of our extended family "overnight," as he joined us for all holiday meals at my parent's home, or at the home of one of our siblings, when my mother could no longer host the holiday parties.

At first it was hard to communicate and I would bring a legal pad and pen to every event, and I would write out questions to Andres, and he would answer with a yes or no signal and just a simple "thumbs up!" He always, always had a smile in his face and love for all of us in his heart. Andres is one of the more gentle spirits and caring individuals one could ever meet. He is a caring, friendly and gentle spirited young man, that everyone in our family treasured and truly loved.

1901 West Littleton Boulevard  •  Littleton, CO 80120  •  303.798.2525  •  fax: 303.798.2526  •  www-m-s-lawyers.com

As the years went on, one could see Andres learning to communicate better and better. He became proficient in computer technology, learned to text and email and found a form of communication that he never had available to him, in his native country. In the early years, I had to go to Andres apartment in Edgewater and pick him up and return him for every family gathering (unless we were having our annual dinner at his apartment with Ken, Dave and Sister Molly), but after time Andres saved up his money and bought a used car and he was able to drive to our gatherings on his own. When he first got a car, I was worried that he might not understand the need to get car insurance, so I asked him if he had it, and he was pleased to pull out his card and show me he had insurance.

One of my favorite recollections of Andres was our "post-Christmas Eve" gathering at our home in Washington Park. I have three brothers and sisters who all have kids (now with many grand kids) so the gatherings were large and we always invited Andres to our home after the gatherings to exchange presents. It was always "easy" for us to get a present for Andres, but I don't imagine it was easy for him to get 6 presents, one for each of us. Every year he got 6 very "thoughtful" presents and wrapped them for each of us to open. One year he took 6 beautiful photographs, with a camera that he had saved up and bought, of scenes around the Denver Metro area. He had framed them and given them to us to unwrap for our Christmas presents. We still have most of them hanging up in our home today.

I started my practice of law as a deputy district attorney in the 18th Judicial District and I did almost exclusively criminal defense for the first several years in private practice. I still do some state criminal defense (about 15%-20% of my practice). Through that experience, I humbly submit that I have been able to become a pretty good judge of character. I can readily attest that Andres has the utmost honesty, the greatest personal character, and the most respect for others that one could find in any individual. He is under no circumstances a danger to anyone and is trustworthy to the highest degree.

If I can be of any assistance to the court, or to any supervising authority, I will do whatever is asked.

Sincerely,

*Michael P. Miller*

Michael P. Miller (Mike)