



# UNITED WITH MIGRANTS INC.
COMPASSION FOR THE MIGRANT COMMUNITY

November 24, 2020

To: Magistrate Judge Hon. N. Reid Neureiter:

This is intended as a letter of reference for Mr. Andrés Cuetara. I have known Mr. Cuetara for over 15 years and have always held him in high esteem. He is an individual with the drive to learn American sign language at Auraria Community College, Denver CO, as he is non-hearing.

He regularly attends Catholic Mass, having learned to read the signed Mass by the priest. He is a clean and orderly individual, well thought of by his co-workers, friends and public in general. He is very well liked, trustworthy and dependable.

Despite his lack of hearing, he is not one to seek pity or take advantage of good intentions of others for his own gain. He is kind and generous and has enjoyed a good reputation among those groups and individuals he encounters. He volunteers to help in projects whenever the opportunity has presented itself.

I would be happy to provide any other input as to his character, should you need to ask further questions.

Sincerely,

*Sister Molly Muñoz, CHM*

Sister Molly Muñoz, CHM

Hispanic Pastoral Ministry with Migrant Workers