```
                                                          FILED
                                                   U.S. DISTRICT COURT
                                                   DISTRICT OF COLORADO
     IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO              2020 DEC -2 AM 11:43
```

Criminal Case No. 20-mj-00188

JEFFREY P. COLWELL
CLERK

UNITED STATES OF AMERICA,

BY_____DEP. CLK

    Plaintiff,

v.

1. ANDRES GERARDO CUETARA-MARTINEZ,

    Defendant.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF COLORADO, OR TO ANY OTHER UNITED STATES MARSHAL OR ANY OTHER FEDERAL LAW ENFORCEMENT OFFICER, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

This Writ is issued upon Order of the United States District Court for the District of Colorado. I hereby command that you bring the body of ANDRES GERARDO CUETARA-MARTINEZ, YOB: 1970, A203 820 170, now confined at DENVER CONTRACT DETENTION FACILITY, 3130 N. OAKLAND ST. AURORA, CO 80010 before a United States Magistrate Judge, sitting at Denver, Colorado, forthwith, to appear for an initial appearance and to hold the defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of these proceedings in the United States District Court for the District of Colorado, you shall return the defendant to the institution where he was confined.

1

DATED at Denver, Colorado, this __23rd__ day of __November__, 2020.

BY THE COURT:



s/N. Marble, Deputy Clerk
CLERK, UNITED STATES DISTRICT COURT

PARTIAL/ '!. RETURN
WITHIN NAMED PERSON TRANSPORTED
FROM __DDC__ TO __USMS Denver__
ON __11/24/20__

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL

PARTIAL/ '!. RETURN
WITHIN NAMED PERSON TRANSPORTED
FROM _____ TO
_____
ON _____

UNITED STATES MARSHAL
DISTRICT OF COLORADO
BY _____
DEPUTY U.S. MARSHAL