1. Andres, we are from the F.B.I, my name is John Donohoe Task Force officer and Adam Krob, Special Agent?   Yes

2. Do you understand English, written English?   Yes   ASL

3. Do you want to talk to us about the Search Warrant we are here because someone is on the internet looking at Child Porn?   No

4. You don't have to talk to us today if you do not want to?   Yes

5. Understand just write (yes) or no, if you don't understand?

So you do not want to talk to us today? You can answer just questions you want to answer?

Will you talk to us with an interpeter?   Yes
(English) or Spanish?

Andres Wetara

DEFENDANT'S EXHIBIT A
20-mj-00188-KLM