| | |
|---|---|
| DEFENDANT: | ANDRES CUETARA |
| YOB: | 1970 |
| COMPLAINT FILED? | ___X___ Yes  _____ No<br><br>If Yes, MAGISTRATE CASE NUMBER__20-mj-00188-KLM_ |
| HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? | ___X___ Yes  ____ No<br>If No, a new warrant is required |
| OFFENSE(S): | Count 1:<br>18 U.S.C. § 2252A(a)(1) and (b)(1) (Transportation of Child Pornography)<br><br>Count 2:<br>18 U.S.C. § 2252A(a)(5)(B) and (b)(2) (Possession of Child Pornography) |
| LOCATION OF OFFENSE: | Denver County, Colorado |
| PENALTY: | Count 1:  If it is determined that the defendant has no prior sex-related convictions, NLT 5 years, NMT 20 years; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment. However, if defendant has a prior conviction under Chapters 110, 71, 109A, 117, Title 18 section 1591, or under section 920 of title 10 (article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children, NLT 15 years, NMT 40 years; NMT $250,000 fine, or both, supervised release of NLT 5 years, NMT life; $100 Special Assessment.  For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.  For offenses committed on or after December 7, 2018, a Special Assessment of no more than $35,000 if convicted of any trafficking in child pornography offense as defined by 18 U.S.C. Section 2259(c)(3), which includes offenses under 18 U.S.C. Sections 2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, |

2252A(a)(1) through (5), or 2260(b)), or 2260(b).

Count 2:  If it is determined that the defendant has no prior sex-related convictions, NMT 10 years; NMT $250,000 fine, or both; supervised release of NLT 5 years and NMT life; $100 Special Assessment.  If defendant has a prior conviction under Chapters 110, 71, 109A, or 117 of Title 18; or under Section 920 of Title 10 (Article 120 of the Uniform Code of Military Justice); or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment or transportation of child pornography, NLT 10 years, NMT 20 years; NMT $250,000 fine, or both; supervised release of NLT 5 years, NMT life; $100 Special Assessment.  For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, $5,000 Special Assessment if the defendant is a non-indigent person.  For offenses committed on or after December 7, 2018, a Special Assessment of no more than $17,000 if convicted of 18 U.S.C. Section 2252A(a)(5).

Forfeiture Allegation

AGENTS:     SA Adam Krob
            FBI

AUTHORIZED BY:     Alecia L. Riewerts
                   Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

X   five days or less

THE GOVERNMENT

X   will seek detention in this case based on 18 U.S.C. § 3142(f)(1)(A)

The statutory presumption of detention is applicable to this defendant.