IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00013-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES CUETARA,

    Defendant.

---

**UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

---

The United States of America, by and through Jason R. Dunn, United States Attorney for the District of Colorado, and Alecia L. Riewerts, Assistant United States Attorney, respectfully requests the Court enter a protective order applicable to certain discovery materials. This request is consistent with Rule 16(d), which allows the Court to regulate discovery and restrict discovery or inspection for good cause. The government has conferred with defense counsel. There is no objection to the terms of the protective order.

**Basis for the Requested Protective Order**

The discovery in this case includes information and documents related to an investigation conducted on a Tor network-based hidden services website ("TARGET WEBSITE"). The defendant is alleged to be a member of the TARGET WEBSITE, which is dedicated to the advertising and distribution of child pornography. The Tor

network is a computer network available to Internet users that is designed specifically to facilitate anonymous communication over the Internet. Because of the way the Tor network routes communications through the relay computers, traditional IP address-based identification techniques are not effective. Law enforcement investigation into the users of the TARGET WEBSITE remains ongoing and disclosure of the name of and information related to the TARGET WEBSITE could alert active website users to the investigation, potentially provoking users to notify other users of law enforcement action, flee, and/or destroy evidence. Discovery of the above material without the requested protective order would therefore harm ongoing and active investigations.

## Scope of the Requested Protective Order

The scope of the requested protective order is narrowly tailored to address the concern outlined above. In particular, the order does not restrict defense counsel or the defendant's access to discovery with one narrow exception. The order would prevent defense counsel from providing information or documents related to the TARGET WEBSITE under investigation, including the facts of the investigation of the website, to anyone not on the defense team.

The government requests an order be issued with the following terms and conditions:

  a. Defense counsel shall keep the discovery and any notes or other materials prepared based upon or referring to the TARGET WEBSITE in confidence[1] and shall use them exclusively in connection with this case (including trial

---

[1] Confidence means that the materials shall not be disclosed to any person who is not a member of the defense team.

preparation, trial, and appeals or other related legal proceedings) and for no other purpose.

b. The discovery which relates to the investigation of the TARGET WEBSITE may be viewed only by defense counsel, the defendant, and members of the defense team, including any defense investigators and staff, as well as experts, as necessary for the purposes of preparing a defense in this particular case. Defense counsel shall ensure that members of the defense team will read this Order and are informed of their responsibility to safeguard this information.

c. Defense counsel and/or their staff shall make copies of the discovery related to the TARGET WEBSITE only as necessary to prepare a defense in this case.

d. No copies of the discovery related to the TARGET WEBSITE shall be provided to the defendant, his family members, friends, or associates, under any circumstances without petition to and further order of the Court. The defendant may be allowed to view the discovery related to the TARGET WEBSITE, but only while in the direct presence of the defense counsel or a member of the defense team, including any defense investigators or staff, as well as experts.

e. A redacted version of the discovery which relates to the investigation of the TARGET WEBSITE will be provided to defense counsel; said redacted version of the discovery material may be provided to the defendant.

f. A copy of this Order shall be kept with the records at all times.

## Conclusion

For the reasons stated above, the government requests the issuance of a protective order applicable to discovery within the scope identified above.

Respectfully submitted this 19th day of February, 2021.

JASON R. DUNN
United States Attorney

*s/ Alecia L. Riewerts*
ALECIA L. RIEWERTS
Assistant United States Attorney
United States Attorney's Office
1801 California St., Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Email: Alecia.Riewerts@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I electronically filed MOTION FOR PROTECTIVE ORDER with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Defense Attorney:**
Laura Suelau

**Email Address:**
laura.suelau@fd.org

                                  By:  *s/ Alecia L. Riewerts*
                                  ALECIA L. RIEWERTS
                                  Assistant United States Attorney
                                  United States Attorney's Office
                                  1801 California St., Suite 1600
                                  Denver, Colorado 80202
                                  Telephone: (303) 454-0100
                                  Email: Alecia.Riewerts@usdoj.gov
                                  Attorney for Government