IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00013-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ANDRES CUETARA,**

    **Defendant.**

## UNOPPOSED MOTION TO RESTRICT ACCESS

Mr. Andres Cuetara, Defendant, by and through undersigned counsel, Laura H. Suelau, respectfully requests that Docket Nos. 39 and 41 be restricted at Level 2.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (1203) 294-7002
FAX:  (1203) 294-1192
laura._suelau@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on March 3, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

       Alecia Riewerts, Assistant United States Attorney
       Alecia.Riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

       Mr. Andres Cuetara (U.S. Mail)

       s/ Laura H. Suelau
       LAURA H. SUELAU
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (1203) 294-7002
       FAX:  (1203) 294-1192
       laura_suelau@fd.org
       Attorney for Defendant