IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

CASE NO. 21-cr-00013-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRES CUETARA,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESTRICT ACCESS (ECF No. 40)**

---

This matter is before the Court on the Defendant's Unopposed Motion to Restrict Access (ECF No. 40).

The Defendant's Motion requests this Court Order Docket Nos. 39 and 41 be restricted at Level 2. For the reasons stated in the Defendant's Brief in Support, Docket No. 41, the Motion is GRANTED.

**IT IS HEREBY ORDERED** that:

(1)    Defendant's Unopposed Motion to Restrict Access is GRANTED;

(2)    This Court ORDERS that Docket Nos. 39 and 41 be restricted at Level 2.

DATED this 3rd day of March, 2021.

                        BY THE COURT:

                        _____
                        RAYMOND P. MOORE
                        United States District Judge