IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00013-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ANDRES CUETARA,**

        **Defendant.**

---

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL OUTSIDE
THE DISTRICT OF COLORADO**

---

        Andres Cuetara, through counsel, Assistant Federal Public Defender Laura H. Suelau, respectfully moves this Court for an Order permitting him to travel to Gallaudet University in Washington, D.C., and those places necessary to effectuate that travel, from June 21, 2021 through June 24, 2021. The government does not oppose this Motion. In support of this Unopposed Motion, Mr. Cuetara states as follows:

        1.      On November 20, 2020, the government filed a one-count Complaint alleging a single violation of 18 U.S.C. § 2252A(a)(5)(B), possession of child pornography.

        2.      On November 30, 2020, subsequent to a detention hearing, Mr. Cuetara was ordered released on a $1,000 unsecured bond. Mr. Cuetara remained in ICE custody until March 5, 2021, when he was released with GPS monitoring through Intensive Supervision Appearance Program (ISAP).

        3.      Mr. Cuetara is deaf and non-verbal. Mr. Cuetara's childhood teacher informed counsel that he was identified as suffering from "profound bilateral hearing loss" and "Cerebral Dysfunction."

        4.      Counsel has met with Mr. Cuetara for approximately 15 hours with the assistance of a Certified Deaf Interpreter team that includes both an American Sign Language (ASL) interpreter and

a non-hearing Certified Deaf Interpreter (CDI) who uses a combination of sign, expression, expansion, and gesture as opposed to traditional signs. During and after those meetings the CDI communicated to counsel concerns that Mr. Cuetara's communication and comprehension may be limited consistent with an early-childhood language deprivation. Such a deprivation can lead to life-long deficits in cognition and language. The CDI opined that Mr. Cuetara is the functional equivalent of illiterate.

5. In order to assess the CDI's concerns, counsel has coordinated an evaluation of Mr. Cuetara at Gallaudet University in Washington, D.C. Gallaudet is the premier learning, teaching and research University for deaf and hard-of-hearing persons. Various professionals at Gallaudet, including Dr. Benjamin Harden Au.D., CCC-A, and Dr. Lawrence Pick Ph.D., ABPP, have coordinated a two-day comprehensive evaluation of Mr. Cuetara. Those evaluations are scheduled to take place June 22-23, 2021.

6. Undersigned counsel and Mr. Cuetara's family friend, Michael Miller, will accompany Mr. Cuetara during his travel. *See* Doc. 14-5 (letter of support from Mr. Miller).

7. Counsel has conferred with Mr. Cuetara's Probation Officer, Heather Becker. Ms. Becker does not oppose Mr. Cuetara's travel. The government, through AUSA Alecia Riewerts does not oppose this motion.

8. Counsel has conferred and coordinated with the attorney representing Mr. Cuetara in his immigration case, Matthew Barringer. Mr. Barringer has informed counsel that Mr. Cuetara's travel has been approved by ISAP.

/ / /

WHEREFORE, Mr. Cuetara respectfully requests that this Court issue an Order allowing him to travel outside of the District of Colorado to Washington, D.C. and those places necessary to effectuate that travel from June 21 to June 24, 2021.

                    Respectfully submitted,

                    VIRGINIA L. GRADY
                    Federal Public Defender

                    s/ Laura H. Suelau
                    LAURA H. SUELAU
                    Assistant Federal Public Defender
                    633 Seventeenth Street, Suite 1000
                    Denver, Colorado  80202
                    Telephone:  (1203) 294-7002
                    FAX:  (1203) 294-1192
                    laura_suelau@fd.org
                    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2021, I electronically filed the foregoing

**DEFENDANT'S UNOPPOSED MOTION TO TRAVEL
OUTSIDE THE DISTRICT OF COLORAO**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

   Alecia Riewerts, Assistant United States Attorney
   Email: Alecia.Riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

   Mr. Andres Cuetara (U.S. Mail)


                              s/ Laura H. Suelau
                              LAURA H. SUELAU
                              Assistant Federal Public Defender
                              633 Seventeenth Street, Suite 1000
                              Denver, Colorado  80202
                              Telephone:  (1203) 294-7002
                              FAX:  (1203) 294-1192
                              laura_suelau@fd.org
                              Attorney for Defendant