IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00013-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ANDRES CUETARA,**

        **Defendant.**

---

**DEFENDANT'S AMENDED UNOPPOSED MOTION TO TRAVEL OUTSIDE THE DISTRICT OF COLORADO**

---

        Andres Cuetara, through counsel, Assistant Federal Public Defender Laura H. Suelau, respectfully moves this Court for an Order permitting him to travel to Gallaudet University in Washington, D.C., and those places necessary to effectuate that travel, from July 14, 2021 through July 16, 2021. Mr. Cuetara previously moved to travel from June 21, 2021 through June 24, 2021 for the identical purpose. Docs. 46-48. However, due to the unavailability of the appropriate Certified Deaf Interpreter team at Gallaudet University, that evaluation needed to be rescheduled and is now set to occur on July 15, 2021.

        WHEREFORE, for the reasons articulated in his Unopposed Motion to Travel Outside the District of Colorado, Doc. 46, Mr. Cuetara respectfully requests that this Court issue an Order allowing him to travel outside of the District of Colorado to Washington, D.C. and those places necessary to effectuate that travel from July 14 to July 16, 2021.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado  80202
Telephone:  (1203) 294-7002
FAX:  (1203) 294-1192
laura_suelau@fd.org
Attorney for Defendant

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2021, I electronically filed the foregoing

**DEFENDANT'S AMENDED UNOPPOSED MOTION TO TRAVEL
OUTSIDE THE DISTRICT OF COLORAO**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

 Alecia Riewerts, Assistant United States Attorney
 Email: Alecia.Riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

 Mr. Andres Cuetara (U.S. Mail)


       s/ Laura H. Suelau
       LAURA H. SUELAU
       Assistant Federal Public Defender
       633 Seventeenth Street, Suite 1000
       Denver, Colorado  80202
       Telephone:  (1203) 294-7002
       FAX:  (1203) 294-1192
       laura_suelau@fd.org
       Attorney for Defendant