IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cr-00013-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDRES CUETARA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

    It is hereby ORDERED that Defendant's Amended Unopposed Motion to Travel Outside the District of Colorado (Dkt. #49) is GRANTED. Defendant is permitted to travel outside of the District of Colorado to Washington, D.C., and those places necessary to effectuate that travel, from July 14 to July 16, 2021.

Date: June 25, 2021