IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00013-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ANDRES CUETARA,**

        **Defendant.**

---

**DEFENDANT'S UNOPPOSED MOTION TO RESET STATUS CONFERENCE**

---

Andres Cuetara, through Laura H. Suelau, Assistant Federal Public Defender, respectfully requests this Court reset the Status Conference presently set for March 9, 2022 at 10:30AM. Counsel is scheduled to proceed to trial in 19-CR-00222-REB on March 7, 2022. That trial is set for four days. Assistant United States Attorney Alecia Riewerts is unavailable the following week (March 14 – March 18, 2022). Counsel and Ms. Riewerts are mutually available the following dates and times: March 23, 8:30AM – 12PM; March 25, 8:30AM – 12PM.[1]

For the forgoing reason, counsel respectfully requests this Court reset Mr. Cuetara's March 9, 2022 Status Conference.

---

[1] Counsel is presently scheduled to meet with Mr. Cuetara and the interpreter team on March 24, 2022, but can reschedule that meeting, if necessary. Ms. Riewerts is available March 24 8:30AM – 12PM.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura_suelau@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, I electronically filed the foregoing

**DEFENDANT'S UNOPPOSED MOTION TO RESET STATUS CONFERENCE**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Alecia Riewerts, Assistant United States Attorney
    Alecia.Riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Andres Cuetara (U.S. Mail)

                        s/ Laura H. Suelau
                        LAURA H. SUELAU
                        Assistant Federal Public Defender
                        633 Seventeenth Street, Suite 1000
                        Denver, Colorado 80202
                        Telephone: (303) 294-7002
                        FAX: (303) 294-1192
                        laura_suelau@fd.org
                        Attorney for Defendant