## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Robert R. Keech | Date:  March 11, 2022 |
| Court Reporter:  Tammy Hoffschildt | Interpreter:  N/A |
| Probation:  N/A | |

**CASE NO.   21-cr-00013-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Alecia L. Riewerts |
| Plaintiff, | |
| v. | |
| 1.  ANDRES CUETARA, | Laura Suelau |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**    1:03 p.m.

Appearances of counsel.   Defendant is not present; presence excused.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case.

**COURT IN RECESS:**    1:26 p.m.
**COURT IN SESSION:**    1:32 p.m.

Further discussion held regarding the status of the case and Ms. Suelau indicates she is withdrawing her motion and will file a new one.

**ORDERED:**   Defendant's Fifth Unopposed Motion to Exclude Sixty (60) Days from the Speedy Trial Act (ECF 56), filed March 1, 2022, is **WITHDRAWN BY COUNSEL.**

**ORDERED:**  Counsel shall file a new motion to exclude time under the Speedy Trial Act.

**COURT IN RECESS:**       1:39 p.m.
**Total in court time:**        :30
**Hearing concluded.**