# EXHIBIT C

**Robert Q Pollard, Jr., Ph.D.**
<u>Index to Curriculum Vitae</u>

| <u>Topic</u> | <u>Page</u> |
|---|---|
| Education | 1 |
| Licenses | 1 |
| Languages | 1 |
| Professional Experience | 1 |
| Grants (Principal Investigator) | |
|     Federal | 2 |
|     State and county | 3 |
|     Foundation | 3 |
|     University | 4 |
| Grants (other roles) | 5 |
| Publications | |
|     Peer-reviewed journal articles | 5 |
|     Edited journal volume | 7 |
|     Books | 7 |
|     Book chapters | 8 |
|     Published conference proceedings | 9 |
|     Letters and prefaces in peer-reviewed journals | 10 |
|     Published abstracts | 10 |
|     Other publications | 10 |
| Films | 11 |
| Invited Addresses and Workshops | |
|     Keynote addresses | 13 |
|     Other international invited addresses and workshops | 14 |
|     Invited national addresses and workshops | 15 |
|     Invited state and local addresses and workshops | 21 |
| Conference Presentations and Posters | |
|     Presentations | 29 |
|     Posters | 35 |
| Teaching | |
|     University of Rochester School of Medicine | 37 |
|         Courses and seminars | 37 |
|         Other medical student teaching | 38 |
|         Other graduate student teaching | 39 |
|         Other resident teaching | 39 |
|         Postdoctoral fellow teaching | 40 |
|         Other continuing medical education teaching | 39 |
|         Mentoring | 40 |
|         Doctoral student thesis/viva examiner | 43 |
|         Pre-University of Rochester teaching | 43 |
| Special Projects and Activities | 43 |
| Honors and Awards | 45 |
| Current Memberships | 46 |

**Robert Q Pollard, Jr., Ph.D.**

| | |
|---|---|
| 1272 Lakeshore Drive | Department of Psychiatry |
| Webster, NY 14580 | University of Rochester School of Medicine |
| RQPollard@gmail.com | 300 Crittenden Boulevard |
| 585-727-2765 | Rochester, NY 14642 |
| | Robert_Pollard@urmc.rochester.edu |

_____

**Education**:
*Certificate in Healthcare Leadership,* 1999, University of Rochester, William E. Simon School of Business
*Ph.D.*, Clinical Psychology, 1984. State University of New York at Buffalo.
*M.A.*, Clinical Psychology, 1983. State University of New York at Buffalo.
*B.S.*, Biology/Psychology, 1980. Union College, Schenectady, New York.

**Psychologist Licenses**:
New York (active): #010880; California (inactive): #PSY 10180; Ohio (expired): #3662

**Additional Languages**:
American Sign Language (fluent); Signed English (fluent)

**Professional Experience**:
*Clinical Professor of Psychiatry* (2016-present). Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY.
*Professor and Associate Dean of Research* (2016-2022). National Technical Institute for the Deaf, Rochester Institute of Technology, Rochester, NY.
*Professor of Psychiatry* (2008-2016). Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY.
*Associate Professor of Psychiatry* (1998-2008). Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY.
*Assistant Professor of Psychiatry* (1992-1998). Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY.
*Senior Instructor in Psychiatry* (1990-1992). Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY.
*Clinical and Research Psychologist* (1986-1990). University of California San Francisco, Center on Deafness.
*Psychologist (Clinician Specialist)* (1984-1986). Netcare, Inc./Community Center for the Deaf, Columbus, OH.

I have been a faculty member in the Department of Psychiatry at the University of Rochester School of Medicine since 1990. There, I founded the Deaf Wellness Center (DWC) which subsumes a variety of clinical service, training, and scholarship initiatives pertaining to mental health, sign language interpreting, and public health regarding the deaf population. The DWC's Program for Deaf Trainees is an award-winning practicum and internship setting for deaf individuals pursuing careers in the mental health field.

In 2016, I became the first permanent Associate Dean of Research at the National Technical Institute for the Deaf (NTID), a school of the Rochester Institute of Technology. I was responsible for oversight and expansion of all NTID research activities and training grants. I left this position in 2022 to commence semi-retirement.

My current career focus is on forensic and other consultation work, in addition to continuing my teaching, research, and other scholarly activities. I have served as an expert witness in over 130 criminal and civil cases involving deaf people. I often serve as a consultant to governmental agencies and regional, national, and international programs regarding deaf population issues. I am active in professional organizations, especially the American Psychological Association, where I founded a Special Interest Section on Deafness, have served on governance boards, committees, and work groups, and been honored with several awards, including the 1994 Early Career Award for Distinguished Contribution to Psychology in the Public Interest.

I have authored or co-authored over 100 articles, books, and book chapters, served as principal investigator on 54 grants totaling over $6M, and delivered over 300 invited addresses throughout the U.S. and abroad, in addition to making over 130 conference presentations.

*Clinical and Research Psychologist* (1986-1990). University of California San Francisco, Center on Deafness (UCCD). I held positions in the Center's clinical, research, and training programs, concentrating in the clinical program, where I conducted over 150 psychological assessments and over 1,500 hours of psychotherapy. My research activities included the development of vocabulary and verbal memory tests in ASL, preparation of a study on ASL translation and Rorschach testing, and consultation on other research projects. I taught graduate level courses in psychological testing, supervised interns, wrote for professional and non-professional publications, and traveled extensively to present lectures and workshops. While at UCCD, I founded Psych.Net (now Deaftek.Psych), an international computer bulletin board pertaining to deafness and mental health.

*Consulting Psychologist* (1986). California School for the Deaf, Fremont, CA. In this three month, part-time position, I performed psychological assessments and completed three special projects: the development of a suicide prevention film (in sign language) and a related training program for dormitory staff, supervision of a high school teacher experiencing problems in classroom management, and development of a set of interventions to assist the food services manager in improving students' attitudes and behavior in the cafeteria.

*Psychologist (Clinician Specialist)* (1984-1986). Netcare, Inc./Community Center for the Deaf (CCD), Columbus, OH. I was hired to supervise and expanded CCD's mental health services and to strengthen the relationship between CCD and Netcare, its parent community mental health agency. I provided direct services to deaf patients, including assessments and long and short-term psychotherapy. I chaired Netcare's Adverse Incidents Committee, offered training workshops on various deafness and mental health topics, and engaged in consultation, education, and liaison services with agencies and programs throughout Ohio.

**Grants (Principal Investigator) (57 grants, total funds, $6,636,163):**

**Federal Grants (11 grants, total funds, $5,413814):**

*National Institute on Deafness and other Communication Disorders* (2017-2019). "Investigating Key Biopsychosocial Factors That Mediate Lifespan Management of Pre-Lingual Deafness." $405,351. (With Scott Smith, MD, MPH as co-principal investigator.)

*National Center for Advancing Translational Sciences* and *National Institute on Deafness and other Communication Disorders* (2012-2016). "Revised Application to Advance Evidence-Based Research to Protect Human Subjects." $624,896. (Note: Thomas Pearson, MD, PhD, MPH is the titular PI on this grant and all grants that involve revisions or supplements to the university's Clinical and Translational Science Institute. However, in all other respects, I am the PI on this grant.)

*National Association of State Mental Health Program Directors* (2011-2012) "NASMHPD Deaf Mental Health Research Priority Consensus-Planning Conference." $75,000. (Note: While this was not a grant awarded to our university, I wrote this conference proposal in its entirety and hosted the conference in January, 2012. The costs were underwritten by the Substance Abuse and Mental Health Services Administration and channeled through the National Association of State Mental Health Program Directors (NASMHPD).)

*National Center for Injury Prevention and Control, Centers for Disease Control and Prevention* (2010-2013). "Factors Influencing Partner Violence Perpetration Affecting Deaf Individuals." $1,199,844.

*National Institute for Disability and Rehabilitation Research* (2009-2011). "Direct versus Interpreted Administration of the Signed Paired Associates Test." $199,984.

*National Center for Chronic Disease Prevention and Health Promotion, Centers for Disease Control and Prevention, National Center for Environmental Health (NCEH) and the Agency for Toxic Substances and Disease Registry (ATSDR)* (2007-2008). "Development of NCEH/ATSDR Multimedia Health Communication Products in American Sign Language." $89,837.

*Fund for the Improvement of Post-Secondary Education, US Department of Education* (2006-2009). "Optimizing and Disseminating Proven Reforms in Interpreter Education." $530,085.

*National Institute on Drug Abuse; National Institutes of Health* (2005-2007). "Computer Training and DBT-S Skills for BPD Drug Abusers." $45,944. (Note: This was a NIDA grant supplement which funded the Deaf Wellness Center to produce two Dialectical Behavior Therapy skills training films in American Sign Language for deaf audiences. I wrote the supplement proposal and served as PI for this project although Linda Dimeff, PhD of Behavioral Tech Research, Inc., is the PI on the main NIDA grant.)

*National Institute for Disability and Rehabilitation Research* (2003-2008). "Toward equity: Innovative, Collaborative Research on Interpreter Training, DBT, & Psychological Testing." $1,499,395.

*Fund for the Improvement of Post-Secondary Education, US Department of Education* (2001-2004). "Reforming Interpreter Education – A Practice-Profession Approach." $484,818.

*National Institute of Mental Health* (1992-1995). "Multidisciplinary Training Program for Deaf Mental Health Professionals." $258,660.

**State and County Grants (9 grants, total funds, $280,278):**

*Wisconsin Department of Health Services, Bureau of Aging and Disability Resources, Office for Deaf and Hard of Hearing* (2020-2021). "Behavioral Health Project." $37,700.

*Missouri Department of Mental Health* (2012-2013). "Web-based Deaf Services Training Program." $12,000.

*Missouri Department of Mental Health* (2012-2013). "Web-based Interpreter Training Program." $12,000.

*State of Hawai`i* (2012). I was awarded a competitive contract which resulted in me being named an Independent Mental Health Evaluator, leading a team to evaluate and provide individual and systemic recommendations regarding sexual abuse incidents at the Hawai`i School for the Deaf and Blind. $137,258.

*Alaska Mental Health Trust Authority* (2006-2007). "Improving Services in Mental Health Settings for Deaf People." $17,120.

*Alaska Mental Health Trust Authority* (2005-2006). "Four Interpreter Training Projects and Telepsychiatry Planning." $40,000.

*State of New York Department of Health, Office of Minority Health* (2002-2003). "Health Education Video for Deaf and Hard-of-Hearing Women." $5,000.

*Monroe County Office of Mental Health* (1997-1998). "Interpreting in Mental Health Settings: A Proposal for Curriculum Development and Mentor Training." $15,000.

*Franklin County Mental Health Board*, Columbus, OH. (1985-1986). "A group treatment program for social, emotional and linguistic development with deaf adults." $4,200.

**Foundation Grants (9 grants, total funds, $602,726):**

*Registry of Interpreters for the Deaf* and *the National Consortium of Interpreter Education Centers* (2009-2010). "Supervision and Case-Conferencing: Building Upon a Practice-Profession Initiative." $8,000.

*Registry of Interpreters for the Deaf* (2009). "The impact of work settings on interpreters' occupational health: A national follow-up study." $14,957.

*Advertising Council of Rochester* (2007-2009). "Public service announcement outreach to the Deaf community: Early recognition of mental illness." $250,000 worth of expert consultation and direct services pertaining to message development, campaign material production, broadcast time, and related media resources.

*American Psychiatric Foundation* (2007-2008). "Public service announcement outreach to the Deaf community: Early recognition of mental illness." $55,204.

*William G. McGowan Charitable Fund, Inc.* (2002-2003). Funding to support the "Videoconference Interpreting Project" (now known as Strong Connections). $200,000.

*NEC Foundation of America* (2001-2003). Funding to support the "Videoconference Interpreting Project" (now known as Strong Connections). $50,000.

*Weyman-Potter Foundation (Marine Midland Bank)*: "Intermediate American Sign Language for Medical Professionals." (Co-written with medical student Lisa Harmer.) $3,800.

*William G. McGowan Charitable Fund, Inc.* (1996-1998). "Program for Deaf Trainees." $15,765.

**Robert Q Pollard, Jr., Ph.D.**                                                    **Page 4**

---

*Mental Health Association*, Rochester, NY, (1993-1994). Gottschalk Mental Health Research Grant, "A nominal group consensus planning conference on services to the deaf population." $5,000.

**University Grants (28 grants, total funds, $339,345):**

*Rochester Institute of Technology* (2018). Provost's Leadership Opportunity Grant, to support research administration consulting services by Dr. Jeffrey Osborn, The College of New Jersey. $1,500.

*University of Rochester* (2014-2015). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,500.

*University of Rochester* (2013-2014). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,500.

*University of Rochester* (2012-2013). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,500.

*University of Rochester* (2011-2012). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,500.

*University of Rochester* (2010-2011). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,500.

*University of Rochester* (2009-2010). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,500.

*Friends of Strong, Strong Memorial Hospital, University of Rochester* (2009). Funds to install visual fire alarms in the Department of Psychiatry, home of the Deaf Wellness Center. $40,000.

*University of Rochester* (2008-2009). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,500.

*Department of Psychiatry, University of Rochester School of Medicine* (2008 – 2009). Community Partnership Development Award supporting "Addressing partner violence in the Deaf community: Adapting an evidence-based curriculum for use by Deaf service providers" $20,000.

*University of Rochester* (2007-2008). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,000.

*University of Rochester* (2006-2007). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,000.

*University of Rochester* (2005-2006). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,000.

*University of Rochester* (2004-2005). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,000.

*University of Rochester* (2003-2004). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,200.

*University of Rochester* (2002-2003). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,000.

*Rochester Institute of Technology, College of Business, Executive MBA Program* (2001-2002). My "Videoconference Interpreting Project" was selected in the Capstone Project competition, where local businesses vie to receive consultation expertise from an Executive MBA Program team for a period of six months. According to Dr. Ann Young, Capstone Program head, the value of this consultation is approximately $60,000.

*University of Rochester* (2001-2002). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $3,600.

*University of Rochester Medical Center* (2000). Continuation funding for an additional six month trial period of the "Videoconference Interpreting Project" $33,449.

*University of Rochester* (2000-2001). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $3,300.

*University of Rochester Medical Center* (2000). Initial funding for a six month trial period of the "Videoconference Interpreting Project" $92,804.

*University of Rochester* (1999-2000). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $3,000.

*University of Rochester* (1998-1999). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $4,180.

*University of Rochester* (1997-1998). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $2,250.

*University of Rochester School of Medicine, Department of Psychiatry* (1997-1998). Otto F. Thaler Teaching Development Award; "Toward Development of A Deaf and Hard-of-Hearing Patient Care Pathway at the University of Rochester School of Medicine." $15,096.

*University of Rochester* (1996-1997). From the University Council on Interdisciplinary Studies to support the "Deaf Studies Cluster." $2,000.

*University of Rochester School of Medicine, Department of Psychiatry* (1995-1997). Support to initiate a "Deaf Studies Cluster." $1,000.

*University of Rochester, School of Medicine* (1994). Medical Student Summer Research Fellowship, "Specific training for sign language interpreters on voicing for Rorschach test responses in American Sign Language." $1,466.

## Grants (other roles):

*National Institute of Deafness and Communication Disorders* (2015) "PROMIS-Deaf Profile: Inclusion of Deaf and Hard of Hearing Adults in Outcomes Research." $1,732,499. Role: Member, Project Board. PI: Poorna Kushalnagar, Ph.D., College of Science, Rochester Institute of Technology.

*National Institute of Mental Health* (2011-2013). "Virtual Mentoring Network to Enhance Diversity of the Mental Health Research Workforce." $465,834. Role: Member, Project Board. PI: Yeates Conwell, M.D., Department of Psychiatry, University of Rochester.

*National Center for Chronic Disease Prevention and Health Promotion; Centers for Disease Control and Prevention* (2014-2019). "The Rochester Prevention Research Center: National Center for Deaf Health Research." $4,183,000. Role: Member, Research Committee; Chair, Translation Work Group. PI: Steven Barnett, MD, University of Rochester Medical Center.

*National Center for Chronic Disease Prevention and Health Promotion; Centers for Disease Control and Prevention* (2009-2014). "The Rochester Prevention Research Center; National Center on Deaf Health Research." $4,897,499. Role: Member, Research Committee; Chair, Translation Work Group. PI: Thomas Pearson, M.D., Department of Community and Preventive Medicine, University of Rochester.

*National Center for Chronic Disease Prevention and Health Promotion; Centers for Disease Control and Prevention* (2004-2009). "The Rochester Prevention Research Center; National Center on Deaf Health Research." $2,429,056. Role: Co-Associate Director; Co-Chair Research Committee. PI: Thomas Pearson, M.D., Department of Community and Preventive Medicine, University of Rochester.

*National Institute for Disability and Rehabilitation Research (NIDRR)*. From 1985-1990, I served as a research psychologist on a series of NIDRR grants that supported the activities of the University of California San Francisco Research and Training Center on Deafness and Mental Health.

## Publications (109; in reverse chronological order by category)

### Peer-reviewed Journal Articles (38):

Mastrocinque, J. M., Cerulli, C., Thew, D., Chin, N. P., & Pollard, R. Q Jr. (2022). Understanding intimate partner violence perpetration involving the deaf population. *Journal of Interpersonal Violence, 37*(1–2), NP696–NP718; https://doi.org/10.1177/0886260520916265

Dean, R.K. & Pollard, R. Q (2022). Improving interpreters' normative ethics discourse by imparting principled reasoning through case analysis. *Interpreting and Society: An Interdisciplinary Journal.* https://doi.org/10.1177/27523810211068449

Pollard, R. Q Jr., Dean, R. K., Samar, V. J., Knigga, L. M. & Taylor, T. L. (2021). Cortisol dysregulation among American Sign Language interpreters in different work settings: Confirmation of occupational health risks. *Interpreting and Society: An Interdisciplinary Journal, 1*(1), 28-50. https://doi.org/10.1177/27523810211036238.

Dean, R., Pollard, R. Q, Penha, L. C.; Nascimento, M. V. B (2020). Raciocínio ético baseado no context da interpretação: Uma perspectiva do esquema de controle de demanda. (A Portuguese translation of Dean, R. K. & Pollard, R. Q (2011). Context-based ethical reasoning in interpreting: A demand control schema perspective. *Interpreter and Translator Trainer, 5*(1), 155-182.) *Belas Infiéis 9*(5), 269-299.

Lynn, M.A., Butcher, E., Cuculick, J.A., Barnett, S., Martina, C.A., Smith, S.R., Pollard, R. Q Jr. & Simpson-Haidaris, P.J. (2020). A review of mentoring deaf and hard-of-hearing scholars. *Mentoring & Tutoring: Partnership in Learning, 28*(2), 211-228. https://doi.org/10.1080/13611267.2020.1749350.

Mastrocinque, J.M., Thew, D., Cerulli, C., Raimondi, C., Pollard, R.Q, & Chin, N. (2017). Deaf victims' experiences with intimate partner violence: The need for integration and innovation. *Journal of Interpersonal Violence, 32*(24), 3753-3777.

Pollard, R. Q & Berlinski, B. T. (2017). Forensic evaluation of deaf individuals: Challenges and strategies. *Journal of Social Work in Disability and Rehabilitation, 16*(3-4), 261-275.

Barnett, S.L., Matthews, K.A., Sutter, E.J., DeWindt, L.A., Pransky, J.A., O'Hearn, A.M., David, T.M., Pollard, R.Q., Samar, V.J., & Pearson, T.A. (2017). Collaboration with Deaf communities to conduct accessible health surveillance. *American Journal of Preventive Medicine, 52*(3S3):S250–S254.

Mathos, K. & Pollard, R. Q (2015). Capitalizing on community resources to build specialized behavioral health services together with persons who are Deaf, DeafBlind or hard of hearing. *Community Mental Health Journal.* DOI 10.1007/s10597-015-9940-y. Epub 2015 Oct 27.

Cerulli, C., Pollard, R. Q Jr., Thew, D., Mastrocinque, J., Smith, C., DeWindt, L., Haynes, S., Kelstone, K. & Chin, N. (2015). What can we learn? Examining intimate partner violence service provision in the Deaf community. *Journal of Community Psychology, 43*(2), 142-155.

Humphries, T., Kushalnagar, P., Mathur, G., Napoli, D. J., Padden, C., Pollard, R., Rathmann, C., & Smith, S. (2014). What medical education can do to ensure robust language development in deaf children? *Medical Science Educator, 24*(4), 409-419.

Pollard, R. Q, Betts, W. R., Carroll, J. K., Waxmonsky, J. A., Barnett, S., deGruy, F. V., Pickler, L. L. & Kellar-Guenther, Y. (2014). Integrating primary care and behavioral health with four special populations: Children with special needs, people with serious mental illness, refugees, and deaf people. *American Psychologist, 69*(4) 377-387.

Pollard, R. Q, Sutter, E. & Cerulli, C. (2013). Intimate partner violence reported by two samples of deaf adults via a computerized American Sign Language Survey. *Journal of Interpersonal Violence, 29(5), 948-965.*

Fellinger, J., Holzinger, D. & Pollard, R. (2012). Mental health of deaf people. *The Lancet, 379*(9820), 1037-1044.

Barnett, S., Klein, J. D., Pollard, R. Q Jr., Samar, V., Schlehofer, D., Starr, M., Sutter, E., Yang, H. & Pearson, T. A. (2011). Community participatory research with deaf sign language users to identify health inequities. *American Journal of Public Health,* 101(12), 2235-2238.

Dean, R. K. & Pollard, R. Q (2011). Context-based ethical reasoning in interpreting: A demand control schema perspective. *Interpreter and Translator Trainer, 5*(1), 155-182.

Graybill, P., Aggas, J., Dean, R. K., Demers, S., Finigan, E. & Pollard, R. Q (2010). A community-participatory approach to adapting survey items for deaf individuals and American Sign Language. *Field Methods, 22*(4), 429-448.

Dean, R. K. & Pollard, R. Q (2009). Effectiveness of observation-supervision training in community mental health interpreting settings. *REDIT E-journal on the Didactics of Translation and Interpreting,* 3, 1-17.

Pollard, R. Q, Dean, R. K., O'Hearn, A. M. & Haynes, S. L. (2009). Adapting health education material for deaf audiences. *Rehabilitation Psychology, 54*(2), 232-238.

Pollard, R. Q & Barnett, S. (2009). Health-related vocabulary knowledge among deaf adults. *Rehabilitation Psychology, 54*(2), 182-185.

O'Hearn, A. M. & Pollard, R. Q (2008). Modifying Dialectical Behavior Therapy for Deaf individuals. *Cognitive and Behavioral Practice, 15,* 400-414.

Pollard, R. Q, DeMatteo, A, Lentz, E., & Rediess, S. (2007). A prose recall test using stories in American Sign Language. *Rehabilitation Psychology, (52)1*, 11-24.

Pollard, R. Q, Rediess, S., & DeMatteo, A. (2005). Development and validation of the Signed Paired Associates Test. *Rehabilitation Psychology, 50*(3), 258-265.

Pollard, R. Q (2005). From dissertation to journal article: A useful method for planning and writing any manuscript. *The Internet Journal of Mental Health.* Volume 2 Number 2.

Dean, R. K. & Pollard, R Q (2001). Application of demand-control theory to sign language interpreting: Implications for stress and interpreter training. *Journal of Deaf Studies and Deaf Education, 6*(1), 1-14.

Pollard, R. Q & Rendon, M. E. (1999). Familien mit gehorlosen und horenden Mitgliedern: Vorteile optimal nutzen und Riskiken klein halten. *Das Zeichen , 49*, 412-419. (A German translation of Pollard & Rendon's (1999) "Mixed deaf-hearing families: Maximizing benefits and minimizing risks.")

Richards, J., Harmer, L., Pollard, P. & Pollard, R. (1999). Deaf Strong Hospital: An exercise in cross-cultural communication for first year medical students. *Journal of the University of Rochester Medical Center, 10,* 5-7. Rochester, NY: University of Rochester Medical Center.

Pollard, R. Q & Rendon, M. E. (1999). Mixed deaf-hearing families: Maximizing benefits and minimizing risks. *Journal of Deaf Studies and Deaf Education, 4*(2), 156-161.

Pollard, R. Q (1998). A consumer interview seminar that enhances medical student attitudes toward persons with disabilities. *Journal of Behavioral Science in Medical Education*, 5(1), 27-31.

Pollard, R. Q (1996). Professional psychology and deaf people: The emergence of a discipline. *American Psychologist*, *51*(4), 389-396.

Pollard, R. Q (1996). Conceptualizing and conducting pre-operative psychological assessments of cochlear implant candidates. *Journal of Deaf Studies and Deaf Education, 1*(1), 16-28.

Pollard, R. Q (1995). Mental health services and the deaf population: A regional consensus planning approach [Special issue]. *Journal of the American Deafness and Rehabilitation Association, 28*(3), 1-47.

Pollard, R. Q (1994). Public mental health service and diagnostic trends regarding individuals who are deaf or hard-of-hearing. *Rehabilitation Psychology*, *39*(3), 147-160.

Pollard, R. Q (1994). Cross-cultural ethics in the conduct of deafness research. *Journal of the American Deafness and Rehabilitation Association, 27*(3), 29-41.

Pollard, R. Q (1993). 100 years in psychology and deafness: A centennial retrospective. *Journal of the American Deafness and Rehabilitation Association*, 26(3), 32-46.

Pollard, R. Q (1992). Cross-cultural ethics in the conduct of deafness research. *Rehabilitation Psychology*, 37(2), 87-101.

Pollard, R. Q (1986). Update on deafness and mental health. *American Rehabilitation*, 12 (4), 8-10, 22-23.

Pollard, R. Q & Katkin, E. S. (1984). Placebo effects in biofeedback and self-perception of muscle tension. *Psychophysiology*, 21, 47-53.

**Edited Journal Volume (1):**

Pollard, R. Q (Ed.). (1994). Deafness and psychology [Special issue]. *Rehabilitation Psychology*, *38*(4).

**Books (3):**

Dean, R. K. & Pollard, R. Q (2013). *The demand control schema: Interpreting as a practice profession.* North Charleston, SC: CreateSpace Independent Publishing Platform.

Pollard, R. Q & Dean, R. K. (Eds.) (2008). *Applications of Demand Control Schema in Interpreter Education.* (Proceedings of the August 3, 2007 pre-conference meeting at the national convention of the Registry of Interpreters for the Deaf.) Rochester, NY: University of Rochester.

Pollard, R. Q (1998). *Mental health interpreting: A mentored curriculum.* Rochester, NY: University of Rochester.

**Book Chapters (18):**

Fox, M. L., & Pollard Jr., R. Q. (2021). Interpreting and the Mental Status Exam. In Management Association, I. (Ed.), *Research Anthology on Mental Health Stigma, Education, and Treatment* (pp. 533-548). IGI Global. http://doi:10.4018/978-1-7998-8544-3.ch032

Fox, M. L. & Pollard, R. Q (2019). Interpreting and the mental status exam. In E. Fragkou & I.E.T. de V. Souza (Eds.) *Handbook of Research on Medical Interpreting* (pp. 260-275). Hershey, Pennsylvania: IGI Global Publishing.

Listman, J. D. & Pollard, R. Q Jr. (2019). Deaf culture. *The SAGE Encyclopedia of Human Communication Sciences and Disorders* (pp. 545-548). Thousand Oaks, CA: SAGE Publications, Inc.

Dean, R. K. & Pollard, R. Q (2018). Promoting the use of normative ethics in the practice profession of community interpreting. In L. Roberson and S. Shaw (Eds.), *Signed Language Interpreting in the 21st Century:  An overview of the profession* (pp. 37-64). Washington, DC: Gallaudet University Press.

Pollard, R. Q & Fox, M. L. (2018). Language deprivation in forensic settings. In N. Glickman & W. Hall (Eds.), *Language Deprivation in Deaf Mental Health Care* (pp. 101-135). NY: Routledge.

Glickman, N. & Pollard, R. Q (2012). Deaf mental health research: Where we've been and where we hope to go. In N. Glickman (Ed) *Deaf mental health care* (pp. 358-387). New York: Rutledge.

Dean, R. K. & Pollard, R. Q (2012). Beyond "interesting": Using demand control schema to structure experiential learning. In K. Malcolm and L. Swabey (Eds.). *In our Hands: Educating Healthcare Interpreters* (pp. 77-104). Washington, DC: Gallaudet University Press.

Leigh, I. W. & Pollard, R. Q (2011). Mental health and deaf adults. In M. Marschark & P. E. Spencer (Eds.). *Oxford handbook of deaf studies, language, and education, 2nd ed.* (pp. 214-226). New York: Oxford University Press.

O'Hearn, A., Pollard, R. & Haynes, S. (2010). Dialectical behavior therapy for deaf clients: Cultural and linguistic modifications for outpatient mental health settings. In I. Leigh (Ed.). *Psychotherapy with Deaf Clients from Diverse Groups* (2nd ed.) (pp. 372-392). New York: Oxford University Press.

Dean, R. K. & Pollard, R. Q (2009). Challenges in interpreting addressed by demand-control schema analysis. In B. E. Cartwright, *Encounters with reality: 1,001 interpreter scenarios* (pp. 307 – 316). Alexandria, VA: RID Press.

Dean, R. K. & Pollard, R. Q (2005). Consumers and service effectiveness in interpreting work: A practice profession perspective. In M. Marschark, R. Peterson, & E. Winston (Eds.), *Interpreting and interpreter education: Directions for research and practice* (pp. 259-282). New York: Oxford University Press.

Pollard, R. Q & Adams, J. W. (2004). Robert Pollard, Ph.D.: Mental health and deaf and hard of hearing individuals. In J. W. Adams & P.S. Rohring (Eds.). *Handbook to service the deaf and hard of hearing: A bridge to accessibility* (pp. 121-132). San Diego: Elsevier Academic Press.

Leigh, I. W. & Pollard, R. Q (2003). Mental health and deaf adults. In M. Marschark & P. E. Spencer (Eds.). *Oxford handbook of deaf studies, language, and education* (pp. 203-215). New York: Oxford University Press.

Pollard, R. Q (2002). Ethical conduct in research involving deaf people. In V. A. Gutman (Ed.), *Ethics in mental health and deafness* (pp. 162-178). Washington, DC: Gallaudet University Press.

Pollard, R. Q & Rinker, N. C. (2001). The misfit: A deaf adolescent struggles for meaning. In S. H. McDaniel, D. D. Lusterman & C. Philpot (Eds.), C*asebook for integrating family therapy (pp. 191-204).* Washington, D.C.: American Psychological Association.

Pollard, R. Q, Miner, I. D. & Cioffi, J. (2000). Hearing and vision loss. In T. R. Elliott & R. J. Frank (Eds.), *Handbook of rehabilitation psychology (pp. 205-234).* Washington, D.C.: American Psychological Association.

Brauer, B. A., Braden, J. P., Pollard, R. Q & Hardy-Braz, S. T. (1998). Deaf and hard-of-hearing people. In J. H. Sandoval, C. L. Frisby, K. F. Geisinger, J. Ramos-Grenier & J. Dowd-Scheuneman (Eds.), *Test interpretation and diversity: Achieving equity in assessment* (pp. 297-315). Washington, D.C.: American Psychological Association.

Pollard, R. Q (1998). Psychopathology. In M. Marschark & D. Clark (Eds.). *Psychological perspectives on deafness, Volume 2* (pp. 171-197). Mahwah, NJ: Lawrence Erlbaum, Inc.

### Published Conference Proceedings (11):

Dean, R. K. & Pollard, R. Q (2008). Evolution and current status of the DC-S body of work. In R. Q Pollard & R. K. Dean (Eds.). *Applications of Demand Control Schema in Interpreter Education* (1-6). (Proceedings of the August 3, 2007 pre-conference meeting at the national convention of the Registry of Interpreters for the Deaf.) Rochester, NY: University of Rochester.

Dean, R. K. & Pollard, R. Q (2006). From best practice to best practice process: Shifting ethical thinking and teaching. In E. M. Maroney (Ed.), *A new chapter in interpreter education: Accreditation, research and technology* (119 – 131). (Proceedings of the 16th national convention of the Conference of Interpreter Trainers (CIT).) Monmouth, OR: CIT.

Dean, R. K., Pollard, R. Q, & English, M. A. (2004). Observation-supervision in mental health interpreter training. In E. M. Maroney (Ed.), *CIT: Still shining after 25 years* (pp. 55-75). (Proceedings of the 15th national convention of the Conference of Interpreter Trainers (CIT).) Monmouth, OR: CIT.

Dean, R. K., Pollard, R. Q, Davis, J., Griffin, M., LaCava, C., Morrison, B., Parmir, J., Smith, A., Storme, S. & Suback, L. (2004). The demand-control schema: Effective curricular implementation. In E. M. Maroney (Ed.), *CIT: Still shining after 25 years* (pp. 145-161). (Proceedings of the 15th national Convention of the Conference of Interpreter Trainers (CIT).) Monmouth, OR: CIT.

Pollard, R. Q (2001). Deaf adults with mental illness: An American report on the state of the discipline. In T. HjortsØ, L. von der Leith & C. Carlsen (Eds.), *Mental health services for deaf people: A worldwide perspective (Proceedings of the 5th European & 2nd World Conference on Mental Health and Deafness), (Part 1, 164-173).* Devon, United Kingdom: European Society for Mental Health and Deafness.

Pollard, R. Q (1999). From rhetoric to research: Fostering a new era of empiricism. In Brauer, B. A., Marcus, A. L. & Morton, D. D. (Eds.). *Coming together for a better tomorrow: Proceedings of the first World Conference on Mental Health and Deafness* (46-48). Vienna, VA: Potiron Press.

Morton, D. D., Young, A., Graf, R., Traynor, N., Ackerman, J., Gotthardt, U., Karacostas, A., and Pollard, R. Q (1999). Partnerships between deaf and hearing professionals. In Brauer, B. A., Marcus, A. L. & Morton, D. D. (Eds.). *Coming together for a better tomorrow: Proceedings of the first World Conference on Mental Health and Deafness* (49-54). Vienna, VA: Potiron Press.

Pollard, R. Q & Monene, B. (1990). Special interest computer bulletin boards for the deafness field. In D. Watson and M. Taff-Watson (Eds.) *At the crossroads: A celebration of Diversity*. Little Rock, AR: American Deafness and Rehabilitation Association.

Pollard, R. Q (1989). The significance of research in deafness and mental health. In R. G. Brill (Ed.), *Proceedings of the National Conference on Deaf and Hard-of-hearing People* (pp. 28-30). Silver Spring, MD: T.J. Publishers.

Pollard, R. Q (1989). Forensic evaluation of a minimally language skilled deaf adult. In H.S. Luey, et. al. (Eds.), *Proceedings of the conference on mental health assessment of deaf clients: Special conditions* (pp. 207-211). San Francisco, CA: University of California San Francisco Center on Deafness.

Pollard, R. Q (1989). Children and adults with minimal language skills. In H.S. Luey, et. al. (Eds.), *Proceedings of the conference on mental health assessment of deaf clients: Special conditions* (pp. 101-102). San Francisco, CA: University of California San Francisco Center on Deafness.

### Letters and Prefaces in Peer-Reviewed Journals (6):

Pollard, R. Q (2007). Bronze award: The Deaf Wellness Center, Rochester, New York – Providing specialized mental health services to the Deaf community and promoting research and education related to mental health and deafness. *Psychiatric Services, 58*(10), 1373-1374.

Pollard, R. Q (2005). Introduction to Vernon's (1968) "Fifty years of research on the intelligence of deaf and hard-of-hearing children: A review of the literature and discussion of the implications." *Journal of Deaf Studies and Deaf Education, 10*(3), 225.

Pollard, R. Q (1993). Preface. Implications of the Americans with Disabilities Act of 1990 for Psychologists [Special issue]. *Consulting Psychology Journal: Research and Practice*, *45*(2), 1.

Pollard, R. Q (1993). Preface. Implications of the Americans with Disabilities Act of 1990 for Psychologists [Special issue]. *Rehabilitation Psychology*, *38*(2), 71-72.

Pollard, R. Q (1993). Letter to the editor regarding Balkany's 1/28/93 essay on cochlear implantation. *New England Journal of Medicine, 328* (24), 1787

Pollard, R. Q (1983). Comment on the RID code of ethics for interpreters in psychotherapy. *American Annals of the Deaf, 128*, 371-372.

### Published Abstracts (3):

Pollard, R. Q & Hendar, O. (2001). European versus American approaches in the cochlear implant field (abstract). *Rehabilitation Psychology, 46*(3), 333.

Pollard, R. Q, Jr. & Katkin, E. S. (1983). Placebo effects in biofeedback and self-perception of muscle tension (abstract). *Psychophysiology, 20*(4), 462.

Pollard, R. Q, Jr. & Katkin, E. S. (1982). Placebo effects in biofeedback of subvocalization (abstract). *Psychophysiology, 19*(5), 579.

### Other Publications (29):

Pollard. R. Q Jr. (2014, October 2). What if your client is deaf? *Atrium Experts Monthly Newsletter, 9*(4). Available at http://www.atriumexperts.com/blogs/case-consulting-what-if-your-client-is-deaf

Dean, R. K. & Pollard, R. Q (2013, Summer/Fall). "I don't think we're supposed to be talking about this:" Case conferencing and supervision for interpreters (reprint). AVLIC News, *29*(2), on-line publication for members.

Dean, R. K., Pollard, R. Q & Samar, V. J. (2012). Occupational health risks in different interpreting work settings: Special concerns for VRS and K-12 settings. A reprint published by Nederlandse Beroepsvereniging Tolken Gebarentaal, the Dutch Association of Sign Language Interpreters.

Dean, R. K., Pollard, R. Q & Samar, V. J. (2011). Occupational health risks in different interpreting work settings: Special concerns for VRS and K-12 settings. A reprint published in *Across the Board*, the quarterly publication of the Australian Sign Language Interpreters Association, *6*(3), 4-8.

Dean, R. K., Pollard, R. Q & Samar V. J. (2010, Winter). RID research grant underscores occupational health risks: VRS and K-12 settings most concerning. *VIEWS* , 27(1), 41-43.

Dean, R. K. & Pollard, R. Q (2009, Fall). "I don't think we're supposed to be talking about this:" Case conferencing and supervision for interpreters. *VIEWS* , 26(4), 28-30.

Dean, R. K. & Pollard, R. Q Jr. (2009, January). Deontological and teleological ethics. *Newsli: Magazine for the Association of Sign Language Interpreters for England, Wales and Northern Ireland, 67*, 3-5.

Dean, R. K. & Pollard, R. (2008, November). Welche Vorteile bietet der Einsatz des Demand-Control-Schemas im Dometschunterricht? *Das Zeichen , 80*, 472-477.

Dean, R. K. & Pollard, R. Q (2008, October). "Just when I figured out the answers, someone changed the questions": Thoughts about the interview portion of the NIC. *VIEWS 25*(8), 21-22.

Registry of Interpreters for the Deaf (2007). Standard practice paper: *Interpreting in Mental Health Settings*. Alexandria, VA: Registry of Interpreters for the Deaf. (Co-author).

Pollard, R. Q & Barnett, S. (2005). Deaf Awareness Week health survey results. *Deaf Rochester News, 9*(3), 10-11.

Dean, R. K. & Pollard, R. Q (2004, October). A practice-profession model of ethical reasoning. *VIEWS, 21*(9), 1, 28-29.

Pollard, R. (2003, October/November). In depth: The Deaf Wellness Center. *Deaf Rochester News*, pp. 8 - 9.

Pollard, R. (2003, February/March). Haynes joins Deaf Wellness Center faculty. *Deaf Rochester News*, p. 23.

Pollard, R. (2003, February). *Strong Connections:* A videoconference-based sign language interpreter service for healthcare settings. *NETAC Networks* (p. 4). Rochester, NY: Northeast Technical Assistance Center, National Technical Institute for the Deaf.

National Association of State Mental Health Program Directors (NASMHPD), Medical Directors Council. (2002). *Reducing the use of seclusion and restraint Part III: Lessons from the deaf and hard of hearing communities.* Alexandria, VA: NASMHPD. (Contributing author).

Critchfield, A. B. (Ed.). (2002). *Meeting the mental health needs of persons who are deaf.* Alexandria, VA: National Technical Assistance Center for State Mental Health Planning. (Contributing author).

Helen Keller National Center for Deaf-Blind Youths and Adults (2002). *Usher syndrome. Understanding Usher syndrome: An introduction for school counselors.* Sands Point, NY: Author. (Contributing author).

Pollard, R. Q (2001, August). Mental health interpreting: A mentored curriculum. *Connections, 2*(1), 7-9.

Pollard, R. Q (2001, August/September). DWC welcomes new psychologists. *Deaf Rochester News*, p. 9.

New York School for the Deaf (2000). *Usher syndrome. Understanding Usher syndrome: Information for school counselors.* White Plains, NY: NY School for the Deaf. (A brochure featuring content by Dr. Pollard and other collaborators.)

Pollard, R. Q (1999). Foreword. In I. M. Leigh (Ed.). *Psychotherapy with deaf clients from diverse groups* (*ix – xi*). Washington, D.C.: Gallaudet University Press.

Gutman, V. & Pollard, R. Q (1999, November). Working with deaf interns and internship applicants. *Association of Psychology Postdoctoral and Internship Centers (APPIC) Newsletter, 24*(2), 12, 22-24. Washington, DC: APPIC.

Pollard, R. Q (1995). [Selected definitions regarding deafness and communication, pp. 14-15, 17, 40-41, 53, 74, 101, 104-105, 117-118] In S. Cammack & M. G. Eisenberg, (Eds.), *Key words in physical rehabilitation.* New York: Springer Publishing.

Pollard, R. Q (1993, February 8). Ethical dilemma over implants. [Invited editorial]. *The Times Union* Rochester, NY, p. 7A.

Pollard, R. Q (1989). PSYCH.NET: Improving communication in deafness and mental health. *ADARA Newsletter* (Jan./Feb), p. 18.

Pollard, R. Q (1988). New law addresses needs of emotionally disabled students. *CATHI Forum* (Fall), pp. 10-18.

Pollard, R. Q (1986). Your role in suicide prevention. *Perspectives, 5* (1), 19-22.

Pollard, R. Q (1984). Teaming up with psychologists: What the behavior specialist can offer the classroom teacher. *Perspectives, 2*, 13-16.

**Films (26; not included in total number of publications; *indicates films in American Sign Language):**

*Pollard, R. Q (Executive Producer). (2021). *Wellness: A to Z.* Twenty-minute film produced for the Wisconsin Office for Deaf and Hard of Hearing's Behavioral Health Project.

*Pollard, R. Q (Executive Producer). (2021). *Emotional regulation.* Twenty-minute film produced for the Wisconsin Office for Deaf and Hard of Hearing's Behavioral Health Project.

*Pollard, R. Q (Executive Producer). (2021). *Depression & anxiety: What you need to know.* Twenty-minute film produced for the Wisconsin Office for Deaf and Hard of Hearing's Behavioral Health Project.

*Pollard, R. Q (Executive Producer). (2021). *Life changing loss.* Twenty-minute film produced for the Wisconsin Office for Deaf and Hard of Hearing's Behavioral Health Project.

Pollard, R. Q (Executive Producer). (2013). *Mental health and deaf individuals: On-line training for clinicians.* [Motion picture.] A 12-hour, on-line training program produced for the Missouri Department of Mental Health. Available through http://training.dmh.mo.gov/clinical-training/

Dean, R. K. (Executive Producer) & Pollard, R. Q (Contributing Author) (2013). *Introduction to mental health interpreting.* [Motion picture and on-line, interactive instruction.] An on-line training curriculum produced for the Missouri Department of Mental Health. Available through Sign Language Specialists at https://www.signlanguagespecialists.com/products.html

*Pollard, R. Q (Executive Producer). (2011). *Examining deaf population health inequities from a social justice perspective.* [Motion picture]. (An adaptation of Barnett S., McKee M., Smith S.R., and Pearson T.A. (2011). Deaf sign language users, health inequities, and public health: Opportunity for social justice. *Preventing Chronic Disease 8*(2), A45. Available: http://www.cdc.gov/pcd/issues/2011/mar/10_0065.htm

*Pollard, R. Q (Executive Producer). (2010). *Adult-Focused Deaf Community Influenza Film.* [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

*Pollard, R. Q (Executive Producer). (2010). *Parent-Focused Deaf Community Influenza Film.* [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

*Pollard, R. Q (Executive Producer). (2009). *Community* (60 second Public Service Announcement on Depression and Suicide Awareness. [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

*Pollard, R. Q (Executive Producer). (2009). *Pride with a Twist* (45 second Public Service Announcement on Depression and Suicide Awareness. [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

*Pollard, R. Q (Executive Producer). (2009). *Pride with a Twist* (30 second Public Service Announcement on Depression and Suicide Awareness. [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

*Pollard, R. Q (Executive Producer). (2008). *Asthma.* [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

*Pollard, R. Q (Executive Producer). (2008). *Chemical Emergencies.* [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

*Pollard, R. Q (Executive Producer). (2008). *Dirty Bomb.* [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

*Pollard, R. Q (Executive Producer). (2008). *Emergency Communication Information for Deaf People.* [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

*Pollard, R. Q (Executive Producer). (2008). *Facts About Chlorine.* [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

*Pollard, R. Q (Executive Producer). (2008). *Information on Lead.* [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

Dean, R. K. & Pollard, R. Q (Producers). (2008). *The demands of interpreting* [Motion picture]. First in a series of four instructional films on the demand control schema for interpreting. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642).

Dean, R. K. & Pollard, R. Q (Producers). (2008). *The controls of interpreting* [Motion picture]. Second in a series of four instructional films on the demand control schema for interpreting. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642).

Dean, R. K. & Pollard, R. Q (Producers). (2008). *Demands and controls together* [Motion picture]. Third in a series of four instructional films on the demand control schema for interpreting. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642).

Dean, R. K. & Pollard, R. Q (Producers). (2008). *Ethics and interpreting* [Motion picture]. Fourth in a series of four instructional films on the demand control schema for interpreting. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642).

*Pollard, R. Q & Dimeff, L. (Executive producers.) (2007). *Practicing radical acceptance: An adaptation from the Deaf perspective* [Motion picture]. (Available from Behavioral Tech, LLC, 2133 Third Avenue, Suite 205, Seattle, WA 98101.)

*Pollard, R. Q & Dimeff, L. (Executive producers.) (2006). *Opposite action: An adaptation from the Deaf perspective* [Motion picture]. (Available from Behavioral Tech, LLC, 2133 Third Avenue, Suite 205, Seattle, WA 98101)

*Pollard, R. Q (Executive Producer). (2003). *My body, my responsibility: A health education video for deaf women.* [Motion picture]. (Available from the Deaf Wellness Center, 300 Crittenden Boulevard, Rochester, NY 14642)

Pollard, R. Q (1986). *Students and Suicide*. Staff training videotape, California School for the Deaf, Fremont, CA.

**Invited Addresses and Workshops (299)**
          **Keynote Addresses (15):**

Pollard, R. Q (2016). Pursuing more impactful mental health services. Centre of Deaf Education and Accessibility Forum. King's University College, London, Ontario, **Canada**. (June 3).

Pollard, R. Q (2014). A deaf-friendly mental status exam. Keynote address at the International Congress of the Royal College of Psychiatrists, London, **England**. (June 27).

Pollard, R. Q (2013). Deaf wellness: A public health perspective. Keynote address at the 25th annual Maine Deaf/Hard of Hearing/Late Deafened/Deaf-Blind conference. Waterville, ME. (June 28).

Pollard, R. Q (2013). Sexual victimization of Deaf people: Developmental issues, intimate partner violence, school-based investigations, prevention, and healing. Keynote address at the "Gender Equality and Hearing Impairment" conference. Tainan, **Taiwan.** (January 21).

Pollard, R. Q (2012). Results of the American consensus-planning conference on research priorities in deaf mental health. Keynote address at the 5th World Congress on Mental Health and Deafness, Monterrey, **Mexico.** (May 25).

Pollard, R. Q (2009). Mental health disparities affecting the deaf population: A public health perspective. Keynote address at the 4th World Congress on Mental Health and Deafness, Brisbane, **Australia.** (October 30).

Pollard, R. Q (2009). Psychological testing with deaf individuals: Judging test validity and effective assessment planning. Keynote presentation at the Connections: Culture, Collaboration and Creativity conference sponsored by the National Deaf Academy and Gallaudet Regional Center. Orlando, FL. (June 12).

Pollard, R. Q (2009). Effective multidisciplinary collaboration: Issues of role, perspective and hearing status. Keynote presentation at the Connections: Culture, Collaboration and Creativity conference sponsored by the National Deaf Academy and Gallaudet Regional Center. Orlando, FL. (June 12).

Pollard, R. Q (2006). Impact of experience on clinicians' judgments about psychosis symptoms in deaf patients. Keynote presentation at the Deaf People and Mental Health online conference, hosted by Direct Learn Services, Ltd., Bishops Castle, **England.** (December 5).

Pollard, R. Q (2002). Innovations: Building a brighter future. Keynote address at the 7th annual conference on mental health issues for deaf/hard-of-hearing consumers. Rockland County Task Force for Deaf/Hard-of-Hearing Services, Stony Point, NY.

Dean, R. K. & Pollard, R. Q (2001). *It all depends*…: Demand-control theory in sign language interpreting. Keynote workshop presented at the annual meeting of the Northern California Registry of Interpreters for the Deaf, Oakland, CA.

Pollard, R. Q (2000). Deaf adults with mental illness: An American report on the state of the discipline. Keynote address delivered at the second World Conference on Deafness and Mental Health, Copenhagen, **Denmark.**

Pollard, R. Q (2000). Developmental and family dynamics impacting psychological health and illness. Keynote speech at the first Mental Health Perspectives on Working with Deaf and Hard-of-Hearing Children and Adolescents conference. Mill Neck Manor School for Deaf Children, Mill Neck, NY.

Pollard, R. Q (1998). From rhetoric to research: Fostering a new era of empiricism. Keynote address delivered at the first World Conference on Deafness and Mental Health, Washington, D.C.

Pollard, R. Q (1989). Deafness and the windows of social-emotional development. Keynote address at a statewide meeting of service providers to hearing-impaired school children, Colorado Springs, CO.

**Other International Invited Addresses and Workshops (24):**

Dean, R.K. & Pollard, R. Q (2022). Introduction to mental health interpreting. Four-session synchronous and asynchronous training workshop for **New Zealand** sign language interpreters. (February 25, March 11 & 25, April 8).

Dean, R.K. & Pollard, R. Q (2018). Mental health interpreting: Clinical information and work strategies for a practice profession. Nine-hour on-line training program for sign language interpreters. Hosted by the School of Languages, Literatures, Cultures and Linguistics, Monash University, Melbourne, **Australia** (November 8, 9, 15).

Pollard, R. Q (2015). Recent American research on intimate partner violence and the Deaf community. Amsterdam, **Netherlands**. (October 16).

Dean, R. K. & Pollard, R. Q (2014). Using Demand Control Schema in Police Settings. Two-day workshop with deaf and hearing interpreters. Dublin, **Ireland**. (September 20-21).

Pollard, R. Q (2014). Do deaf people hear voices? Address at the International Congress of the Royal College of Psychiatrists, London, **England**. (June 25).

Dean, R. K. & Pollard, R. Q (2014). Working with deaf populations. Two-day workshop for Dutch sign language interpreters, sponsored by TIP! Egmond aan Zee**, Netherlands**. (March 27-28).

Pollard, R. Q (2014). Psychological issues in cochlear implantation. Address at the Congress of the Dutch Association for the Late and Sudden Deafened. Egmond aan Zee**, Netherlands**. (March 28).

Dean, R. K. & Pollard, R. Q (2014). Advanced mental health interpreting. Two-day workshop, Sponsored by the British Society for Mental Health and Deafness. Bromley, **England.** (February 22-23).

Pollard, R. Q (2014). A Sign Language-Accessible Health Surveillance System: Operation and Findings. University of Manchester, **England**. (February 19).

Pollard, R. Q (2013). Independent Mental Health Examiner's Report on Sexual Abuse at the Hawai`i School for the Deaf and Blind. Presentation to a meeting of the British Society on Mental Health and Deafness, Northampton, **England**. (November 11).

Pollard, R. Q (2012). A potpourri of innovations from the Deaf Wellness Center. Three-hour workshop presented at the 5th World Congress on Mental Health and Deafness, Monterrey, **Mexico.** (May 23-24).

Pollard R. Q & Dean, R. K. (2011). Multidisciplinary treatment of deaf children: Fostering effective practice and communication. Two-day workshop presented to the National Deaf child and Adolescent Mental Health Service (Southwest). Taunton, **England.** (November 7-8).

Ines, S., Pollard, R. Q, Du Feu, M. & Fellinger, J. (2009). Working with deaf and hard-of-hearing clients. Panel presentation at the 4th World Congress on Mental Health and Deafness, Brisbane, **Australia.** (October 28).

Dean, R. K. & Pollard, R. Q (2009). Being responsible: Does the context also depend on you? Day-long workshop presented in association with the Australian Sign Language Interpreters Association' national conference. Melbourne, **Australia.** (August 24).

Dean, R. K. & Pollard, R. Q (2009). A clever conference theme or reflection of an ethical challenge? Paper presented at the Australian Sign Language Interpreters Association' national conference. Melbourne, **Australia.** (August 23).

Pollard, R. Q (2009). Childhood influences on adult mental health: A lifespan perspective on deaf and deafblind individuals. Address presented at the Special Interest Group meeting of the European Society for Mental Health and Deafness. Rome, **Italy.** (April 18).

Dean, R. K. & Pollard, R. Q (2008). Interpreting in mental health settings: Clinical information and work strategies for a practice profession. Twenty-seven-hour course sponsored by the British Society for Mental Health and Deafness & Alpha Hospitals. Manchester, **England.** (June 26-29).

Dean, R. K. & Pollard, R. Q (2008). Mental health interpreting: Clinical information and work strategies for a practice profession. Twelve-hour workshop sponsored by Westächsische Hochschule Zwickau (University of Applied Sciences). Münster/Westf, **Germany.** (June 7-8).

Pollard, R. Q & Dean, R. K. (2008). Multidisciplinary treatment of deaf persons with mental illness: Fostering effective practice and communication. Twenty-two-hour workshop sponsored by VIA and bDDS, Leidschendam, **Netherlands**. (June 5-6).

Pollard, R. Q (2008). Mental health interpreting. Three-hour workshop (in ASL) for deaf interpreters, sponsored by the Westcoast Association of Visual Language Interpreters. Vancouver, **British Columbia.** (May 17).

Pollard, R. Q (2008). Mental health interpreting: Enhancing competence and confidence. Six hour workshop for hearing sign language interpreters. Sponsored by the Westcoast Association of Visual Language Interpreters. Vancouver, **British Columbia.** (May 16).

Dean, R. K. & Pollard, R. Q (2007). Interpreting in mental health settings: A practice profession approach. Six-hour workshop for sign language interpreters and clinicians. Sponsored by the British Society for Mental Health and Deafness. London, **England.** (December 4).

Pollard, R. Q & Dean, R. K. (2006). Second international workshop on sign language interpreting in mental health and deafness settings. Twenty-two-hour workshop for sign language interpreters from five European countries. Sponsored by the European Society for Mental Health and Deafness and the Spanish Society for Mental Health and Deafness. Universidad Autonoma de Madrid, Madrid, **Spain.** (June 1-3).

Pollard, R. Q & Dean, R. K. (2001). New perspectives on interpreting for mental health settings. Fifteen-hour workshop for interpreters from six European countries. Madrid, **Spain**.

### Invited National Addresses and Workshops (102):

Pollard, R. Q (2022). The Deaf Wellness Center. Online film and panel presentation in honor of the 75th anniversary of the founding of the Department of Psychiatry at the University of Rochester School of Medicine (March 29).

Pollard, R. Q (2022). Is a "Psychology of the Deaf" a valid concept?" Presentation to medical students at the University of Virginia, Charlottesville. (February 9).

Pollard, R. Q (2021). Answering your questions about the Deaf community, sign language, and Oliver Sacks' *Seeing Voices.* Presentation to the staff of Gerson Lehrman Group expert network. (October 22).

Pollard, R. Q (2021). Forensics and the deaf population: Challenges and strategies for interpreters and clinicians. Two-hour online "alumni session" lecture at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services, Montgomery, AL. (October 12).

Dean, R. K. & Pollard, R. Q (2021). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour online workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (August 3 – 4).

Pollard, R. Q, Logan, S. & Burgess, C. (2020). Beyond cultural competency: Supporting crisis contacts who are deaf or hard-of-hearing. Nationwide webinar for workers affiliated with the National Suicide Prevention Lifeline and Disaster Distress Helpline's national network of crisis centers. Online. (October 29.).

Dean, R. K. & Pollard, R. Q (2020). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour online workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (August 4 – 5).

Pollard, R. Q (2020). Fund of information and dysfluency: A DC-S perspective and implications for legal interpreting. University of Southern Maine, Portland, ME. (February 10).

Pollard, R. Q (2020). Forensics and the deaf population: Challenges and strategies for interpreters and clinicians. Two-hour online "alumni session" lecture at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services, Montgomery, AL. (August 10).

Dean, R. K. & Pollard, R. Q (2019). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (August 6 – 7).

Pollard, R. Q (2019). Forensics and the deaf population: Challenges and strategies for interpreters and clinicians. Two-hour "alumni session" lecture at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services, Montgomery, AL. (August 5).

Dean, R. K. & Pollard, R. Q (2018). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (July 31 - August 1).

Pollard, R. Q (2018). Forensics and the deaf population: Challenges and strategies for interpreters and clinicians. Two-hour "alumni session" lecture at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services, Montgomery, AL. (July 30).

Dean, R. K. & Pollard, R. Q (2017). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (August 1-2).

Pollard, R. Q (2017). Forensics and the deaf population: Challenges and strategies for interpreters and clinicians. Two-hour "alumni session" lecture at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services, Montgomery, AL. (July 31).

Pollard, R. Q & Dean, R. K. (2016). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training Program sponsored by the Alabama Department of Mental Health, Office of Deaf Services, Montgomery, AL. (July 26-27).

Pollard, R. Q (2016). Forensics and the deaf population: Challenges and strategies for interpreters and clinicians. Two-hour "alumni session" lecture at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services, Montgomery, AL. (July 26).

Pollard, R. Q & Dean, R. K. (2016). Mental health interpreter and train-the-trainer workshop. Sponsored by the Virginia Department of Behavioral Health and Developmental Services. Falls Church, VA. (May 23-25).

Dean, R. K. and Pollard, R. Q. (2016). A practice profession approach to mental health interpreting. Mental health interpreter training. St. Luke's Hospital. Cedar Rapids, IA. (May 7).

Pollard, R. Q (2016). Research and practice innovations from the Deaf Wellness Center. Regions Hospital Health and Wellness Program. St. Paul, MN. (May 13).

Dean, R. K. and Pollard, R. Q. (2016). A practice profession approach to mental health interpreting. Mental health interpreter training. St. Luke's Hospital. Cedar Rapids, IA. (May 7).

Pollard, R. Q (2016). Deaf patients and interpreters in healthcare. St. Luke's Hospital, Cedar Rapids, IA. (May 6).

Pollard, R. Q (2016). The deaf psychiatric patient: An overview of key issues. St. Luke's Hospital, Cedar Rapids, IA. (May 5).

Dean, R. K. & Pollard, R. Q. (2016). A practice profession approach to mental health interpreting. St. Luke's Hospital, Cedar Rapids, IA. (May 7).

Dean, R. K. & Pollard, R. Q (2015). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (August 4-5).

Pollard, R. Q (2015). Forensic work with deaf adults: A psychologist's perspective on interpreting challenges and strategies. Four-hour workshop sponsored by the Maine Center on Deafness. Portland, ME. (January 11).

Dean, R. K. & Pollard, R. Q (2014). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (August 5-6).

Dean, R. K. & Pollard, R. Q (2013). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (August 6-7).

Pollard, R. Q (2013). A practice-profession look at the challenges and promises of interpreting and wellness. 2.5-hour workshop presented at the 25th annual Maine Deaf/Hard of Hearing/Late Deafened/Deaf-Blind conference. Waterville, ME. (June 28).

Dean, R. K. & Pollard, R. Q (2012). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (August 7-8).

Dean, R. K. & Pollard, R. Q (2011). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (August 23-24).

Dean, R. K. & Pollard, R. Q (2010). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (July 27-28).

Dean, R. K. & Pollard, R. Q (2010). Occupational health risks among different interpreting settings: Special concerns for VRS and K-12 interpreters. Presentation at the National Symposium on Video Interpreting: The State of Practice and Implications. Washington, D.C., Gallaudet University. (May 25).

Dean, R. K. & Pollard, R. Q (2010). Mental health interpreting: Clinical information and work strategies for a practice profession. Full-day workshop sponsored by the Alaska Mental Health Trust Authority. Anchorage, AK. (February 13).

Dean, R. K. & Pollard, R. Q (2010). Interpreting as a practice profession. Presentation to deaf interpreters (3 hours), sponsored by the Alaska Mental Health Trust Authority. Anchorage, AK. (February 12).

Pollard, R. Q (2009). Where we stand: The deaf mental health field. Address to the CDC Mental Health Work Group, Centers for Disease Control and Prevention, Atlanta, GA. (June 10.)

Pearson, T. A., Barnett, S. B., Schlehofer, D., Pollard, R. Q, Starr, M., Cuculick, J. (2009). Working with the Deaf Community to Identify Health Priorities. Prevention Research Program 2009 Seminar Series, Centers for Disease Control and Prevention, Atlanta, GA. (June 10.)

Pollard, R. Q & Dean, R. K. (2009). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop sponsored by the American Deafness and Rehabilitation Association, Georgia State ADA Coordinator's Office, and the Georgia Division of Mental Health. Atlanta, GA. (June 2-3).

Pollard, R. Q (2008). Disseminating curricular reforms in austere times. Presentation at the annual project directors meeting of the Fund for the Improvement of Postsecondary Education, United States Department of Education. Washington, D.C. (December 8).

Pollard, R. Q (2008). Linguistic memory: Development, validation, and use of the Signed Paired Associates Test and the ASL Stories Test. Presentation at the conference "Making connections: Neuropsychological assessment and applications with individuals who are deaf or hard of hearing." Gallaudet University, Washington, DC. (November 15).

Dean, R. K., Pollard, R. Q & Ferguson, K. (2008). How can you do provide the "talking cure" when you can't "talk" to your client? Providing competent mental health services to clients from the deaf and limited English proficient communities. Eight-hour workshop for mental health clinicians and sign and spoken language interpreters, sponsored by the Alaska Psychological Association, University of Alaska, Catholic Social Services, and the Alaska Mental Health Trust Authority. Anchorage, AK. (July 18).

Dean, R. K. & Pollard, R. Q (2008). "I don't think we're supposed to be talking about this." Case conferencing for interpreters. Twelve-hour workshop sponsored by the Alaska Registry of Interpreters for the Deaf. Anchorage, AK. (July 16-17).

Dean, R. K. & Pollard, R. Q (2007). What you don't know your interpreter is doing…but should! Three hour workshop for social service personnel, sponsored by the Alaska Mental Health Trust Authority and Catholic Social Services. Anchorage, AK. (July 3).

Dean, R. K. & Pollard, R. Q (2007). Peer guidance in the interpreting profession. Three-hour workshop for spoken and sign language interpreters, sponsored by the Alaska Mental Health Trust Authority and Catholic Social Services. Anchorage, AK. (July 2).

Dean, R. K. & Pollard, R. Q (2007). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (June 4-5).

Dean, R. K. & Pollard, R. Q (2007). *I don't think we should be talking about this:* Employing supervision in interpreting. Sixteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services. Montgomery, AL. (June 1-2).

Pollard, R. Q (2007). Mental health and the deaf population: NIDRR's vital role and the Rochester DRRP. Presentation to the staff of the National Institute on Disability and Rehabilitation Research. Washington, DC. (February 20).

Pollard, R. Q & Dean, R. K. (2007). Effective mental health interpreting: What clinicians and interpreters need to know about each other's work. Two-day workshop sponsored by Eastern Kentucky University. Richmond, KY. (February 2-3).

Pollard, R. Q (2006). An overview of *Mental Health Interpreting: A Mentored Curriculum.* Presentation to Northeastern University consultants planning a mental health interpreting certificate program. Ashland, MA. (November 9).

Pollard, R. Q (2006). Clinical assessment fundamentals with adult deaf patients. Lecture (via videoconference) presented to graduate students in Gallaudet University's "Issues in Human Behavior and the Social Environment: Deaf and Hard of Hearing Populations" course, Department of Social Work. Gallaudet University, Washington, DC. (September 28).

Dean, R. K. & Pollard, R. Q (2006). Mental health interpreting: Clinical information and work strategies for a practice profession. Two-day workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services, Montgomery, AL. (September 14-15).

Dean, R. K. & Pollard, R. Q (2006). What you don't know your interpreter is doing...but should! Seven hour workshop for clinicians and interpreters (spoken and signed languages). Anchorage, AK. (July 6).

Dean, R. K. & Pollard, R. Q (2006). What you don't know your interpreter is doing...but should! Seven hour workshop for clinicians and interpreters (spoken and signed languages). Anchorage, AK. (May 22).

Pollard, R. Q (2006). Current research at the Deaf Wellness Center. Continuing education presentation for the American Deafness and Rehabilitation Association's Discussion Forum (on line), Myersville, MD. (January 16).

Dean, R. K. & Pollard, R. Q (2005). Mental health interpreting: Clinical information and work strategies for a practice profession. Two-day workshop at the annual Mental Health Interpreter Training program sponsored by the Alabama Department of Mental Health, Office of Deaf Services, Montgomery, AL. (August 8-9).

Dean, R. K. & Pollard, R. Q (2005). New perspectives on interpreting for mental health settings. Two hour overview for Spanish language interpreters, presented at the annual meeting of the Nebraska Association for Translators and Interpreters. Omaha, NE. (August 13).

Pollard, R. Q & Dean, R. K. (2005). New perspectives on interpreting for mental health settings. Two day workshop for Spanish language interpreters, presented at the annual meeting of the Nebraska Association for Translators and Interpreters. Omaha, NE. (August 11-12).

Dean, R. K. & Pollard, R. Q (2005). *"It all depends…":* Introduction to the demand-control schema for interpreting work. Four-day workshop sponsored by the Alaska Registry of Interpreters for the Deaf and the Anchorage School District, Anchorage, AK. (June 13-16).

Pollard, R. Q & Dean, R. K. (2005). Mental health interpreting: Clinical information and work strategies for a practice profession. Two-day workshop for Spanish language interpreters sponsored by Provena Mercy Medical Center, Aurora, IL. (May 13-14).

Pollard, R. Q (2005). Effective grant writing. Address presented during the workshop "Meeting State and Federal Guidelines: The art of designing proposals" hosted by the Institute for Assessment and Evaluation, University of Tennessee, Knoxville, TN. (March 15).

Dean, R. K. & Pollard, R. Q (2005). It All Depends: Introduction to the Demand-Control Schema for Interpreting Work. Two-day workshop hosted by Region 7 of the Rehabilitation Services Administration. Johnson County Community College, Overland Park, KS. (January 7-8).

Pollard, R. Q & Dean, R. K. (2004). Reforming interpreter education: A practice-profession approach. Part 1 of a FIPSE success story. Presentation to the staff of the Fund for the Improvement of Post-Secondary Education. Washington, D.C. (October 4).

Dean, R. K. & Pollard, R. Q (2004). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by Alabama Department of Mental Health, Office of Deaf Services, Montgomery, AL. (August 11-12).

Dean, R. K. & Pollard, R. Q (2004). The practical application of demand-control schema in the classroom and mentoring. Two-day workshop for sign language interpreter trainers hosted by RSA Region 7. Overland Park, KS.

Pollard, R. Q & Dean, R. K. (2003). Mental health services and deaf consumers: A workshop for clinicians and interpreters. Six-hour workshop sponsored by the doctoral program in clinical psychology at the University of North Carolina at Greensboro, Greensboro, NC. (September 26).

Dean, R. K. & Pollard, R. Q (2003). "It all depends": Demand-Control Schema for Interpreting Work. Two-day workshop sponsored by the Ohio School for the Deaf, Columbus, OH. (September 13-14).

Pollard, R. Q (2003). Mental health interpreting: Clinical information and work strategies for a practice profession. Thirteen-hour workshop at the annual Mental Health Interpreter Training program sponsored by Alabama Department of Mental Health, Office of Deaf Services, Montgomery, AL. (September 5-6).

Dean, R. K. & Pollard, R. Q (2003). New perspectives on interpreting in mental health settings. Three-day workshop for Spanish language interpreters. Sponsored by Language Access to Healthcare, Aurora, IL. (August 18-20).

Dean R. K. & Pollard, R. Q (2003). New perspectives on interpreting for mental health settings. Two-day workshop hosted by the Capital Region Interpreters for the Deaf, Albany, NY. (June 20-21).

Dean, R. K. & Pollard, R. Q (2003). The practical application of the Demand-Control Schema in the classroom. Two-day workshop funded by the interpreter training grant for Region V of the Rehabilitation Services Administration, St. Paul, MN. (May 30-31).

Dean, R. K. & Pollard, R. Q (2002). Dean and Pollard's Demand-Control Schema for Interpreting Work. Six-hour workshop hosted by the Massachusetts Registry of Interpreters for the Deaf, Plainfield, MA.

Dean, R. K. & Pollard, R. Q (2002). *It all depends…*: Demand-control theory in mental health interpreting. Guest lecturers (25 hours) in the Basic Interpreter Training Program, University of Tennessee. Knoxville, TN.

Pollard, R. Q & Dean, R. K. (2002). Interpreters, deaf people, and the medical setting. Presentation at the Department of Family Medicine, University of Tennessee Medical Center. Knoxville, TN.

Dean, R. K. & Pollard, R. Q (2001). *It all depends*…: Demand-control theory in sign language interpreting for educational settings. Workshop (3 hours) presented at the annual meeting of the Ohio Registry of Interpreters for the Deaf, Cleveland, OH.

Dean, R. K. & Pollard, R. Q (2001). *It all depends*…: Demand-control theory in sign language interpreting for educational settings. Workshop (2 hours) presented at the annual meeting of the Ohio Registry of Interpreters for the Deaf, Cleveland, OH.

Dean, R. K. & Pollard, R. Q (2001). Curricular reform in interpreter training: A problem-based learning and demand-control theory approach. University of Tennessee Interpreter Training Program, Knoxville, TN.

Dean, R. K. & Pollard, R. Q (2001). Redefining our work: A demand-control theory approach. Presentation to a distance learning class of interpreting students in several states. University of Tennessee, Knoxville, TN.

Dean, R. K. & Pollard, R. Q (2001). The *what* it depends on: Demand-control theory in supervision. Lecture recorded at the biennial meeting of the Registry of Interpreters for the Deaf, Orlando, FL, for later presentation in an on-line course by the University of Colorado Boulder.

Pollard, R. Q (2001). Mental health issues in cochlear implantation. Half-day workshop sponsored by the Maryland Mental Hygiene Administration, Annapolis, MD.

Pollard, R. Q (2000). Normalcy, psychopathology, and the deaf population: What service providers need to know. **Grand rounds** presentation. Department of Psychiatry, University of Texas Southwestern Medical Center, Dallas, TX.

Pollard, R. Q (2000). The Program for Deaf Trainees: Ten years of operational experience. Invited Fellow's address at the annual meeting of the American Psychological Association, Washington, D.C.

Pollard, R. Q (1998). What interpreters and clinicians need to know about working together with deaf consumers. Full-day workshop sponsored by the Bureau of Deaf Services, Missouri Department of Mental Health and William Woods University, Fulton, MO.

Pollard, R. Q (1997). Psychological testing and assessment. Workshop sponsored by the Minnesota Chemical Dependency Program for the Hearing-Impaired, Fairview Riverside Medical Center, Minneapolis, MN.

Pollard, R. Q (1996). Disability as diversity in primary care medicine. **Grand rounds** presentation, Bi-County Community Hospital (Osteopathic), Warren, MI.

Pollard, R. Q (1996). Psychological testing and assessment. Workshop sponsored by the Minnesota Chemical Dependency Program for the Hearing-Impaired, Fairview Riverside Medical Center, Minneapolis, MN.

Pollard, R. Q (1995). Psychological testing and assessment. Workshop presented at the Minnesota Chemical Dependency Program for the Hearing-Impaired, Fairview Riverside Medical Center, Minneapolis, MN.

Pollard, R. Q (1995). Professional psychology and deaf people: The emergence of a discipline. Distinguished Contributions to Psychology in the Public Interest (Early Career) invited award address presented at the annual meeting of the American Psychological Association, New York, NY.

Pollard, R. Q (1994). Psychological testing and assessment. Workshop presented at the Minnesota Chemical Dependency Program for the Hearing-Impaired, Fairview Riverside Medical Center, Minneapolis, MN.

Pollard, R. Q (1993). Quality of life, informed consent, and the Deaf community. Invited address presented at the annual meeting of the American Academy of Otolaryngology, Minneapolis, MN.

Pollard, R. Q (1993). Psychological testing and assessment. Workshop presented at the Minnesota Chemical Dependency Program for the Hearing-Impaired, Fairview Riverside Medical Center, Minneapolis, MN.

Pollard, R. Q (1992). One hundred years in deafness and psychology: A centennial retrospective. Division 26 (History of Psychology) invited address presented at the annual meeting of the American Psychological Association, Washington, D.C.

Pollard, R. Q & Sharp-Pucci, M. M. (1992). Values and ethics in research with people who are deaf: Listening to others. Invited address presented at a conference on Ethics, Justice, and Tribal Participation in Research with American Indians, University of New Mexico, Albuquerque, NM.

Pollard, R. Q (1991). Psychological testing and assessment. Workshop presented at the Institute on Deafness, Northern Illinois University, DeKalb, IL.

Pollard, R. Q (1991). Clinical issues in mental health interpreting. Address presented at Wright State University, Dayton, OH.

Pollard, R. Q & Veltri, D. (1990). Interpreting in mental health settings. Week-long intensive workshop for professional sign language interpreters, Front Range Community College, Denver, CO.

Pollard, R. Q (1990). Developing verbal measures of memory and vocabulary in ASL. Colloquium presented at Gallaudet University, Washington, D.C.

Pollard, R. Q (1990). Deafness and social-emotional development. Address at a statewide meeting of service providers to hearing-impaired school children, Greely, CO.

Pollard, R. Q (1990). The team process in evaluation and education. Address at a statewide meeting of service providers to hearing-impaired school children, Greely, CO.

Pollard, R. Q (1990). Deafness and social-emotional development: Implications for parents. Address to a gathering of parents of deaf students at a statewide meeting of service providers to hearing-impaired school children, Greely, CO.

Pollard, R. Q (1989). Psychological testing and assessment. Workshop presented at the Institute on Deafness, Northern Illinois University, DeKalb, IL.

Pollard, R. Q (1989). General considerations in the assessment of hearing-impaired school children. Workshop presentation at a statewide meeting of service providers to hearing-impaired school children, Colorado Springs, CO.

Pollard, R. Q (1986). Psychological testing of the hearing-impaired: Implications of language and culture. Presentation at Union College, Schenectady, NY.

**Invited State and Local Addresses and Workshops (excludes UR teaching prior to 2016, unless grand rounds, and excludes NTID teaching between 8/14/2016 and 2/14/2022) (159):**

Pollard, R. Q (2022). Psychologists in administrative roles: Some personal history and considerations. Presentation to psychology interns and fellows. Department of Psychiatry, University of Rochester Medical Center (March 1).

Pollard, R. Q (2021). Deaf-hearing relations: "Getting it" and avoiding conflicts. Guest lecture for the American Sign Language Program, University of Rochester, Rochester, NY. (September 28).

Pollard, R. Q (2021). An introduction to deaf people, interpreting, and mental health. Two-session presentation to Care Managers in the Strong Health service system. Rochester, NY (September 8 & 15)

Pollard, R. Q (2021). Psychopathology and the deaf population. Part 5 of a 5-part series for 1st and 3rd year psychiatry residents. University of Rochester School of Medicine, Rochester, NY (June 15).

Pollard, R. Q (2021). Deaf-hearing social relations: "Getting it" and avoiding conflicts. Part 4 of a 5-part series for 1st and 3rd year psychiatry residents. University of Rochester School of Medicine, Rochester, NY (June 8).

Pollard, R. Q (2021). Deaf history and why it matters. Part 3 of a 5-part series for 1st and 3rd year psychiatry residents. University of Rochester School of Medicine, Rochester, NY (June 1).

Pollard, R. Q (2021). Working effectively with interpreters. Part 2 of a 5-part series for 1st and 3rd year psychiatry residents. University of Rochester School of Medicine, Rochester, NY (May 25).

Pollard, R. Q (2021). Fundamentals and normal different-ness. Part 1 of a 5-part series for 1st and 3rd year psychiatry residents. University of Rochester School of Medicine, Rochester, NY (May 18).

Pollard, R. Q (2021). "Deaf culture" What is it? Why is it? And why should it matter to me? Presentation to the Family Therapy master's degree program. Department of Psychiatry, University of Rochester Medical Center, Rochester, NY. (April 14).

Pollard, R. Q (2021). Psychologists in administrative roles: Some personal history and considerations. Presentation to psychology interns and fellows. Department of Psychiatry, University of Rochester Medical Center (March 2).

Pollard, R. Q (2020). Deaf-hearing relations: "Getting it" and avoiding conflicts. Guest lecture for the American Sign Language Program, University of Rochester, Rochester, NY. (September 17).

Pollard, R. Q (2020). Psychologists in administrative roles: Some personal history and considerations. Presentation to psychology interns and fellows. Department of Psychiatry, University of Rochester Medical Center (March 3).

Pollard, R. Q (2019). Student-clinician-researcher-administrator: A psychologist's journey. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (October 29).

Pollard, R. Q (2019). An introduction to deaf people, interpreting, and psychiatry. Presentation to 1st year psychiatry residents. University of Rochester School of Medicine, Rochester, NY (October 8 & 15).

Pollard, R. Q (2019). Deaf-hearing relations: "Getting it" and avoiding conflicts. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (September 24).

Pollard, R. Q (2019). Psychiatry and Deaf people: Fundamentals and current issues. **Grand rounds** presentation, Department of Psychiatry, University of Rochester Medical Center, Rochester, NY. (September 18).

Pollard, R. Q (2019). Mental health interpreting: A mentored curriculum: Train-the-trainer workshop. Sixteen-hour "train-the-trainer" workshop for spoken language interpreters and bilingual clinicians and staff. BestSelf Behavioral Health, Inc., Buffalo, NY. (May 15 & 16).

Pollard, R. Q (2019). A psychologist's journey in academia. Panel presentation to psychology interns and fellows. Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY. (May 7).

Pollard, R. Q (2019). "Deaf culture" What is it? Why is it? And why should it matter to me? Presentation to the Family Therapy master's degree program. Department of Psychiatry, University of Rochester Medical Center, Rochester, NY. (April 17).

Dean, R. K. & Pollard, R. Q (2019). Interpreting in mental health settings: Interdisciplinary dialogue. Eight-hour training for clinicians and spoken language interpreters. BestSelf Behavioral Health, Inc., Buffalo, NY (February 27 & 28 – repeated session with two different audiences).

Pollard, R. Q (2018). An introduction to deaf people, interpreting, and psychiatry. Presentation to 1st year psychiatry residents. University of Rochester School of Medicine, Rochester, NY (October 16 & 23).

Pollard, R. Q (2018). A psychologist's journey in academia. Panel presentation to psychology interns and fellows. Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY. (May 1).

Pollard, R. Q (2018). "Deaf culture" What is it? Why is it? And why should it matter to me? Presentation to the Family Therapy master's degree program. Department of Psychiatry, University of Rochester Medical Center, Rochester, NY. (April 4).

Pollard, R. Q (2018). An introduction to deaf people, interpreting and nursing. Cultural Inclusion Sub-Council Speaker Series, Department of Nursing, University of Rochester Medical Center, Rochester, NY. (January 16).

Pollard, R. Q (2017). Student-clinician-researcher-administrator: A psychologist's journey. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (October 24).

Pollard, R. Q (2017). The misguided search for a psychology of the deaf. Union College Psychology Department Speaker Series. Union College, Schenectady, NY. (September 28).

Pollard, R. Q (2017). Deaf-hearing relations: "Getting it" and avoiding conflicts. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (September 26).

Pollard, R. Q (2016). Fund of information and other health disparities in the deaf population. Lecture to Certificate in Healthcare Interpreting class, Rochester Institute of Technology, Rochester, NY. (June 9).

Pollard, R. Q (2016). Talking about interpreting research. Presentation to the master's degree program in healthcare interpreting class. Rochester Institute of Technology, Rochester, NY. (June 8).

Pollard, R. Q (2016). The Deaf Wellness Center and the Rochester Prevention Research Center, National Center for Deaf Health Research. Presentation to the Certificate in Healthcare Interpreting class and the master's degree program in healthcare interpreting. Rochester Institute of Technology, Rochester, NY. (June 8).

Pollard, R. Q (2016). Deaf-hearing social interaction: Avoiding misunderstandings and conflicts. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (March 22).

Pollard, R. Q (2015). My collaborative history; Our collaborative future. Invited address at the National Technical Institute for the Deaf, Rochester, NY. (November 9).

Pollard, R. Q (2015). Deaf-hearing social interaction: Avoiding misunderstandings and conflicts. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (October 29).

Pollard, R. Q (2015). Planning and creating scholarly posters using PowerPoint. Presentation to the Interpreter Training Program, National Technical Institute for the Deaf, Rochester, NY. (April 9).

Pollard, R. Q (2014). Deaf-hearing social interaction: Avoiding misunderstandings and conflicts. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (November 29).

Pollard, R. Q (2014). Consent and other ethical challenges in conducting research with deaf persons. Presentation at the 2014 Clinical and Translational Science Institute Symposium – "Ethics in Research: Consent Quandaries." University of Rochester, Rochester, NY. (March 13).

Pollard, R. Q (2012). Some examples and thoughts on the roots of health disparities in the Deaf population. Lecture to Certificate in Healthcare Interpreting class, Rochester Institute of Technology, Rochester, NY. (July 10).

Pollard, R. Q & Dean, R. K. (2012). Mental health interpreting: Clinical information and work strategies for a practice profession. Fourteen-hour workshop sponsored by the Spanish Action League, Syracuse, NY. (December 14-15).

Pollard, R.Q (2012). Intimate partner violence and the deaf population: Essential service information and emerging research knowledge. Presentation to students in a criminal justice class. Rochester Institute of Technology, Rochester, NY. (December 10).

Pollard, R. Q (2012). Deaf-hearing relations: Avoiding misunderstandings and conflicts. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (November 27).

Pollard, R. Q (2012). Mental health careers serving deaf people: Issues and opportunities. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (September 25).

Pollard, R. Q (2012). Some examples and thoughts on the roots of health disparities in the Deaf population. Lecture to Certificate in Healthcare Interpreting class, Rochester Institute of Technology, Rochester, NY. (September 18).

Pollard, R. Q (2012). IPV and the deaf population: Essential service information and emerging research knowledge. Presentation at a national conference "Intimate partner violence: Innovations in the field." Rochester, NY (June 21).

Pollard, R. Q (2012). Serving deaf patients: Understanding normalcy and psychopathology. **Grand rounds** presentation, State University of New York at Buffalo, Department of Psychiatry, Buffalo, NY (February 10).

Pollard, R. Q (2011). Mental health and mental Illness: The Deaf experience. Two-part presentation to the faculty and staff of the Rochester Psychiatric Center, Rochester, NY (November 17, December 8).

Pollard, R. Q (2011). Deaf-hearing social Interaction: Avoiding misunderstandings and conflicts. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (November 29).

Pollard, R. Q (2011). Mental health careers serving deaf people: Issues and opportunities. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (September 27).

Pollard, R. Q & Dean, R. K. (2011). Interpreting in behavioral health: A practice profession approach. Presentations hosted by the Monroe County Office of Mental Health, Rochester, NY. (June 15, presented twice.)

Pollard, R. Q (2011). Childhood influences on adult mental health: A lifespan perspective on deaf and deafblind individuals. Presentation in "Teaching Deaf Learners with Secondary Disabilities" class. Rochester Institute of Technology, National Technical Institute for the Deaf, Rochester, NY. (April 26).

Pollard, R. Q (2010). IPV and the Deaf community: Research in progress. Address presented at conference entitled, Interpersonal Violence: Bridging Research to Practice; A National Conference for Creative Dialogue and Collaborative Problem-Solving. Rochester, NY. (October 22).

Pollard, R. Q (2010). Mental health careers serving deaf people: Issues and opportunities. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (October 14).

Pollard, R. Q (2010). Deaf healthcare professionals: Creating a win-win training experience. Invited address at University of Rochester School of Nursing, Rochester, NY. (July 13).

Pollard, R. Q (2010). A public health perspective on health and mental health disparities affecting the deaf population. Presentation at the biennial conference of the Deaf Community Alliance Network, "Through the Eyes of the Deaf." Buffalo, NY. (May 21).

Pollard, R. Q (2010). Forensic psychology/psychiatry. Presentation to a local Explorer post, comprised of high school students interested in forensic-related careers. Rochester Institute of Technology, Rochester, NY. (April 3).

Dean, R. K. & Pollard, R. Q (2010). Introduction to interpreting as a practice profession. Presentation to a delegation of 15 Japanese sign language interpreters and interpreter instructors. Rochester, NY.

Pollard, R. Q (2009). Comment on "Deafness and cochlear implants: How the inclusion of a "Deaf" perspective can inform decision-making by families and physicians." Invited address at the Disability and Medical Humanities Project conference hosted by the Center for Bioethics and Humanities, SUNY Upstate Medical University. (December 3).

Pollard, R. Q (2009). Mental health careers serving deaf people: Issues and opportunities. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (September 29).

Schlehofer, D., Pollard, R. Q & Barnett, S. (2009). NCDHR deaf health survey: Intimate partner violence data analysis for ASADV. Presentation to Advocacy Services for Abused Deaf Victims, Rochester, NY. (July 6).

Pollard, R. Q (2009). Watershed: Using distance communication technologies to serve the deaf population. Address during a three-day Monroe County Court and Department of Psychiatry Collaboration retreat, sponsored by the University of Rochester Department of Psychiatry, Rochester, NY (June 8).

Pollard, R. Q (2009). Where we stand: The deaf mental health field and the DWC. Address presented at the annual meeting of the Center for Hearing and Communication (formerly the League for the Hard of Hearing), New York, NY. (May 5).

Pollard, R. Q (2009). DBT at the Deaf Wellness Center. Address presented the staff of the Center for Hearing and Communication (formerly the League for the Hard of Hearing), New York, NY. (May 5).

Pollard, R. Q (2009). Conversations with a clinician: Development, diversity, and psychological testing. Presentation in "Teaching Deaf Learners with Secondary Disabilities" class. Rochester Institute of Technology, National Technical Institute for the Deaf, Rochester, NY. (March 31).

Dean, R. K. & Pollard, R. Q (2009). A panel discussion on supervision. Presentation sponsored by the Community Interpreter Training Grant, National Technical Institute for the Deaf, Rochester, NY. (March 14).

Pollard, R. Q (2009). Effective mental health interventions with deaf persons. Address hosted by the Mental Health Counseling graduate degree program, St. John Fischer College, Rochester, NY. (March 6).

Pollard, R. Q (2008). Mental health careers serving deaf people: Issues and opportunities. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (October 14).

Pollard, R. Q (2008). Conversations with a clinician: Development, diversity, and psychological testing. Presentation in "Teaching Deaf Learners with Secondary Disabilities" class. Rochester Institute of Technology, National Technical Institute for the Deaf, Rochester, NY (March 18).

Pollard, R. Q (2007). DBT Skills Training Film Debut: "Practicing Radical Acceptance - An Adaptation from the Deaf Perspective." **Grand rounds** presentation, Department of Psychiatry, University of Rochester Medical Center, Rochester, NY. (November 28).

Pollard, R. Q (2007). Mental health services and the Deaf community. Presentation at Window into the Deaf World symposium, hosted by the Rehabilitation Continuing Education Program, State University of New York at Buffalo, Buffalo, NY. (October 16).

Pollard, R. Q, O'Hearn, A., Haynes, S., Chapel, S. (2007). DBT film adaptations "from the Deaf perspective:" *Opposite Action* and *Radical Acceptance*. Presentation and panel discussion hosted by the counseling staff of the National Technical Institute for the Deaf. Rochester, NY. (March 21).

Pollard, R. Q (2007). Conversations with a clinician: Development, diversity, and psychological testing. Presentation in "Teaching Deaf Learners with Secondary Disabilities" class. Rochester Institute of Technology, National Technical Institute for the Deaf, Rochester, NY (March 20).

Haynes, S., Tanga, A., & Pollard, R. Q (2007). A deaf individual's report of auditory hallucinations: Do psychosis symptoms differ in deaf vs. hearing Patients? **Grand rounds** (clinical care review) presentation, Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY. (February 21).

Pollard, R. Q (2006). Mental health careers serving deaf people: Issues and opportunities. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (October 17).

Pollard, R. Q (2006). *It all depends*: An introduction to the demand-control schema for interpreting work. Address to students enrolled in a course on medical interpreting. Rochester Institute of Technology, Rochester, NY (September 9).

Pollard, R. Q (2006). Conversations with a clinician: Development, diversity, and psychological testing. Presentation in "Teaching Deaf Learners with Secondary Disabilities" class. Rochester Institute of Technology, National Technical Institute for the Deaf, Rochester, NY (March 21).

Dean, R. K. & Pollard, R. Q (2006). *"It all depends…":* Introduction to the demand-control schema for interpreting work. Six-hour workshop, Department of Access Services, Rochester Institute of Technology, Rochester, NY (March 6).

O'Hearn, A., Haynes, S., Chapel, S., Pollard, R. Q (2006). Making DBT work for deaf clients: Cultural and linguistic modifications. **Grand rounds** presentation, Department of Psychiatry, University of Rochester Medical Center, Rochester, NY. (March 5).

Pollard, R. Q & Barnett, S. (2006). National Center for Deaf Health Research: Engaging the Deaf community in health disparities research. **Grand rounds** presentation, Department of Psychiatry, University of Rochester Medical Center, Rochester, NY. (February 15).

Pollard, R. Q (2006). OVW grant partnership: ASADV and the URMC Department of Psychiatry. Presentation to the board of Advocacy Services for Abused Deaf Women (ASADV), Rochester Institute of Technology, Rochester, NY (January 21).

Pollard, R. Q (2005). Preparing to encounter deaf and hard-of-hearing people with mental illness. Presentation to Rochester Police Department's Emotionally Disturbed Persons Response Team recruits. Public Safety Training Facility, Rochester, NY. (December 15).

Demme, R., Murray, P., Pollard, R., Miraglia, K., & Quill, T. (2005). Do you hear what I hear? A deaf Jehovah's Witness refuses treatment. Schwartz Center Rounds, Medical Humanities and Clinical Ethics Program, University of Rochester School of Medicine, Rochester, NY. (November 16).

Pollard, R. Q (2005). Mental health careers serving deaf people: Issues and opportunities. Guest lecture at the American Sign Language Program, University of Rochester, Rochester, NY. (October 11).

Pollard, R. Q (2005). Revisiting the ethical debate on cochlear implants: What has changed? What has not? Scwhartz Center (Ethics) Rounds, University of Rochester Medical Center, Department of Medical Humanities, Rochester, NY. (February 9).

Pollard, R. Q (2005). Preparing to encounter deaf and hard-of-hearing people with mental illness. Presentation to Rochester Police Department's Emotionally Disturbed Persons Response Team recruits. Public Safety Training Facility, Rochester, NY. (January 20).

Pollard, R. Q (2004). Working effectively with foreign and sign language interpreters. **Grand rounds** presentation, Elmira Psychiatric Center, Elmira, NY. (June 3).

Pollard, R. Q (2004). Psychological diversity in context. National Technical Institute for the Deaf, Rochester, NY.

Pollard, R. Q & Dean, R. K. (2004). The clinician-interpreter partnership. Three hour workshop presentation for mental health clinicians and spoken and signed language interpreters. Unity Health System, Rochester, NY. (March 12).

Pollard, R. Q (2004). Preparing to encounter deaf and hard-of-hearing people with mental illness. Presentation to Rochester Police Department's Emotionally Disturbed Persons Response Team recruits. Public Safety Training Facility, Rochester, NY. (March 8).

Pollard, R. Q (2004). The Deaf Wellness Center: Up close and personal. Presentation at the Rochester School for the Deaf, Rochester, NY. (March 3).

Pollard, R. Q & Malia, T. (2003). Communication, language, and culture of the Deaf community. Presentation at the Finger Lakes Regional Poison and Drug Information Center conference, Rochester, NY. (October 30).

Pollard, R. Q (2003). "Different normalcy," heterogeneity, and cross-cultural phenomenology for interpreters. Address presented at a summer institute continuing education course for sign language interpreters, National Technical Institute for the Deaf, Rochester, NY. (July 23).

Pollard, R. Q (2003). Psychological and ethical issues in cochlear implantation for children and adults. Presentation at the Instructional Technology and Education of the Deaf forum, National Technical Institute for the Deaf, Rochester, NY. (June 23).

Pollard, R. Q & Dean, R. K. (2003). Interpreting/translating in mental health settings: What clinicians AND interpreters need to know. **Grand rounds** presentation, Rochester Psychiatric Center, Rochester, NY. (February 24).

Pollard, R. Q (2003). The Deaf Wellness Center: Up close and personal. Presentation to Western NY BOCES sign language interpreters and deaf education staff. Board of Cooperative Educational Services, Rochester, NY.

Dean, R. K. & Pollard, R. Q (2003). Reforming interpreter education: Progress report, update, and future planning. Presentation to the interpreter training program faculty at the National Technical Institute for the Deaf, Rochester, NY.

Pollard, R. Q & Dean, R. K. (2002). Making mental health services accessible for members of the deaf and hard-of-hearing communities. Two-day workshop for clinicians and interpreters hosted by Independent Living, Inc., Newburgh, NY. (November 18-19).

Pollard, R. Q (2002). Diagnostic evaluations and treatment planning with deaf patients: A contextualized approach. **Grand rounds** presentation, New York-Presbyterian Hospital, Westchester Division, White Plains, NY.

Pollard, R. Q (2002). Creating opportunities: Examples and lessons from the Deaf Wellness Center. Address at the annual meeting of the Genesee Valley Psychological Association, Rochester, NY.

Pollard, R. Q (2002). Deaf healthcare professionals: Creating a win-win training experience. **Grand rounds** presentation. Department of Obstetrics and Gynecology, Highland Hospital, Rochester, NY.

Pollard, R. Q (2002). Deaf healthcare professionals: Creating a win-win training experience. **Grand rounds** presentation. Department of Obstetrics and Gynecology, University of Rochester Medical Center, Rochester, NY.

Pollard, R. Q (2002). Normalcy, diversity, and psychopathology in the deaf population. Lecture for the doctoral program in Clinical and Social Psychology, University of Rochester, Rochester, NY.

Pollard, R. Q, Baldwin, R. L., O'Hearn, A. M. & Hauser, P. C. (2001). The September 11th terrorist attack: Facts, issues, and psychological guidance for yourselves and your children. Presentation and support meeting for the Rochester Deaf community, Rochester Recreation Club for the Deaf, Rochester, NY.

Dean, R. K. & Pollard, R. Q (2001). Advanced mental health interpreting. Week-long course presented as part of the Summer Institute series at the National Technical Institute for the Deaf, Rochester, NY.

Pollard, R. Q (2001). Deaf people: Recognizing normalcy, diversity, and psychopathology. Rochester Psychiatric Center, Rochester, NY

Henrichs, M. H. & Pollard, R. Q (2001). Serving and teaching children with special needs: Lessons and suggestions for staff members of clinics and schools. Panel discussion during C.H.I.L.D. conference, Rochester, NY.

Pollard, R. Q & Dean, R. K. (2000). Mental health interpreting: Perspectives at URMC and in light of Demand-Control theory. Part of a week-long workshop for sign language interpreters from New York and Pennsylvania. National Technical Institute for the Deaf, Rochester, NY.

Dean, R. K. & Pollard, R. Q (2000). Demand-control theory and its application to sign language interpreting. Six session workshop for community interpreters from Western, NY. National Technical Institute for the Deaf, Rochester, NY.

Pollard, R. Q (2000). The medical system and disabilities. **Grand rounds** presentation, Department of Family Medicine, University of Rochester School of Medicine, Rochester, NY.

Malia, T., Stern, C. & Pollard, R. Q (2000). Depression. A presentation to the local Deaf community. Rochester School for the Deaf, Rochester, NY.

Pollard, R. Q (2000). The Videoconference Interpreting Project. NYSERNet 2000 Applications Working Group multi-campus video conference, Rochester, NY; Buffalo, NY; New York, NY; Syracuse, NY.

Pollard, R. Q (2000). Deaf people: recognizing normalcy, diversity, and psychopathology. Rochester Psychiatric Center, Rochester, NY.

Pollard, R. Q (2000). Cochlear implants: Understanding the device, the research, and the controversy. American Sign Language Forum, Department of Linguistics, University of Rochester, Rochester, NY.

Pollard, R. Q (1999). Mental health and healthcare services and deaf individuals. Rochester Institute of Technology, Rochester, NY.

Pollard, R. Q, Barnett, S., Starr, M. & Miraglia, K. (1999). Quality healthcare and the deaf community. Panel presentation. University of Rochester Medical Center, Rochester, NY.

Critchfield, A. B., Afrin, J. N. & Pollard, R. Q (1999). Telepsychiatry and the Deaf community: Reaching out to underserved populations. **Grand rounds** presentation, University of Rochester Medical Center Department of Psychiatry, Rochester, NY.

Pollard, R. Q (1999). Fundamental issues in rendering psychiatric services to Deaf adults. **Grand rounds** lecture, Department of Behavioral Health and Psychiatry, Unity Health System, Rochester, NY.

Pollard, R. Q (1998). Video relay medical sign language interpreting: A demonstration of telemedicine technology. University of Rochester Medical Center, Rochester, NY.

Pollard, R. Q & Chapel, S. (1998). Mental health interpreting. One-week course for interpreters from around the U.S. Rochester Institute of Technology, Rochester, NY.

Pollard, R. Q (1997). Mental health interpreting: A mentored curriculum. Mentor/interpreter conjoint training workshop. University of Rochester Medical Center, Rochester, NY.

Pollard, R. Q (1997). Mental health interpreting: A mentored curriculum. Mentor training workshop. University of Rochester Medical Center, Rochester, NY.

Pollard, R. Q (1997). Cochlear implants: Understanding the device, the research, and the controversy. Department of Linguistics, University of Rochester, Rochester, NY.

Pollard, R. Q (1997). Mental health and the deaf population: A conversation with Dr. Robert Pollard. Inservice presentation at Compeer, Inc., Rochester, NY.

Pollard, R. Q (1996). Disability as diversity in primary care medicine. **Grand rounds** lecture, Highland Hospital, Rochester, NY.

Pollard, R. Q (1996). Fundamental issues in rendering psychiatric services to Deaf adults. **Grand rounds** lecture, Department of Psychiatry, University of Rochester Medical Center, Rochester, NY.

Pollard, R. Q (1996). Cochlear implants: Understanding the device, the research, and the controversy. Department of Linguistics, University of Rochester, Rochester, NY.

Pollard, R. Q, Barnett, S. & Lovi, S. (1996). Advocacy and the Deaf community. Address presented at the annual conference of New York State Advocacy Services, Rochester, NY.

Pollard, R. Q (1996). Understanding and treating mental health problems in Deaf people. Address to undergraduate psychology students, University of Rochester, Rochester, NY.

Rediess, S. R. & Pollard, R. Q (1996). Hearing loss and memory functioning. Address presented to the local chapter of Self-Help for Hard-of-Hearing People, Rochester, NY.

Pollard, R. Q (1995). Psychological testing and assessment. Workshop sponsored by the Minnesota Chemical Dependency Program for the Hearing-Impaired, at the Lexington Center, New York, NY.

Dean, R. K. & Pollard, R. Q (1995). Demand-control theory and occupational stress: Practice and professional implications for sign language interpreters. Address presented to the Genesee Valley Registry of Interpreters for the Deaf, Rochester, NY.

Pollard, R. Q (1995). Cochlear implants: Understanding the device, the research, and the controversy. Department of Linguistics, University of Rochester, Rochester, NY.

Pollard, R. Q & Runion, J. (1995). Normal development and psychopathology in adolescence: Implications for teachers of the deaf. Presentation at the National Technical Institute for the Deaf, Rochester, NY.

Pollard, R. Q (1995). Mental health services and the deaf population. Presentation before the NYS Commission on Quality of Care, Buffalo, NY.

Pollard, R. Q & Gaehring, J. (1995). Children's emergency psychiatric services: Accessibility and effectiveness with deaf children and deaf parents. Presentation to Youth Emergency Services advisory board, Rochester, NY.

Pollard, R. Q (1995). Culture and conflict in mixed Deaf-hearing working environments. Address to the staff of St. Mary's Hospital Continuing Day Treatment Program, Rochester, NY.

Pollard, R. Q (1994). Cochlear implants: Understanding the device, the research, and the controversy. Department of Linguistics, University of Rochester, Rochester, NY.

Pollard, R. Q (1994). Cochlear Implants: Understanding the device, the research, and the controversy. Rochester Institute of Technology, Rochester, NY.

Pollard, R. Q (1994). Cross-cultural and professional practice issues in work with persons who are deaf or hard-of-hearing. School Psychology and Deafness Program, Rochester Institute of Technology, Rochester, NY.

Pollard, R. Q (1994). A discussion about cochlear implants: Understanding and responding to their development and use. Department of Linguistics, University of Rochester, Rochester, NY.

Pollard, R. Q (1994). Culture and conflict in Deaf-hearing interaction. Address to the staff of Compeer, Inc., Rochester, NY.

Pollard, R. Q (1994). Deaf consumers in the public mental health system. Address to the staff of Compeer, Inc., Rochester, NY.

Pollard, R. Q (1993). Cochlear implants for deaf children: An issue of cross-cultural ethics? Medical Ethics **grand rounds** presentation, University of Rochester Medical Center, Rochester, NY.

Pollard, R. Q (1993). Deafness and childhood mental health. Presentation at the National Technical Institute for the Deaf, Rochester, NY.

Pollard, R. Q (1992). Hearing-impaired consumers in IMH programs: A preliminary analysis with recommendations for system evaluation and program planning. Address to the System Evaluation Committee of Integrated Mental Health, Inc., Rochester, NY.

Pollard, R. Q (1992). Hearing-impaired patients in IMH programs: A preliminary analysis with recommendations for systems planning. Address to the Systems Planning Committee of Integrated Mental Health, Inc., Rochester, NY.

Pollard, R. Q (1992). An introduction to psychodiagnostics and DSM-III-R. Presentation at the National Technical Institute for the Deaf, Rochester, NY.

Dalzell, L., Dutcher, P. & Pollard, R. Q (1992). Cochlear implants. Presentation at the Rochester School for the Deaf, Rochester, NY.

Pollard, R. Q (1991). Research and practice issues in counseling persons who are deaf or hard-of-hearing. Address to the Nu Chapter of Chi Sigma Iota, Counseling Academic and Professional Honor Society International, Brockport, NY.

Pollard, R. Q (1991). Borderline personality disorder. Presentation at the National Technical Institute for the Deaf, Rochester, NY.

Pollard, R. Q & Roth, V. (1991). Assessment and remediation of learning difficulties. Presentation at the National Technical Institute for the Deaf, Rochester, NY.

Charlson, E. & Pollard, R. Q (1988). Deaf adults and their families: The experience of hearing children. Washington Hospital/UCCD seminar series, Fremont, CA.

Ray, S. & Pollard, R. Q (1988). Comprehensive psychoeducational assessment of deaf children and adolescents. Workshop presented at the University of California, San Francisco, CA.

Pollard, R. Q (1987). Suicide and crisis management. Washington Hospital/UCCD seminar series, Fremont, CA.

Cagle, K. & Pollard, R. Q (1987). Culture and conflict in deaf/hearing relations: A discovery process. Presentation sponsored by the Gallaudet University Western Regional Center, Fremont, CA.

Pollard, R. Q (1986). Suicide prevention. Training workshop presented at the California School for the Deaf, Fremont, CA.

Pollard, R. Q (1986). Biofeedback: Mechanisms, methods and applications. Center on Deafness clinical rounds, University of California, San Francisco, CA.

Pollard, R. Q (1985). Mental health, deafness, and service acquisition. Address given at the biennial meeting of the Ohio Association of the Deaf, Columbus, OH.

Pollard, R. Q (1983). Biofeedback: Facts and fantasies. Presentation at Science Exploration Day, State University of New York at Buffalo, Buffalo, NY.

Pollard, R. Q (1983). Managing problem behavior: Functional deficits. Training workshop presented at the Rochester Psychiatric Center, Rochester, NY.

Pollard, R. Q (1983). Diagnostic criteria and terminology in mental health. Training workshop presented at DePaul Mental Health Services, Rochester, NY.

**Conference Presentations and Posters (134):**

**Presentations (101):**

Dean, R. K., Pollard, R. Q, Samar, V. J., Taylor, T. & Knigga, L. (2019). Risky business: Cortisol dysregulation in signed language interpreters. Presentation at the European Union of Sign Language Interpreters conference: "Let's have a fika – culture in a cup!" Interpreting in, between and about cultures, Malmo, Sweden (September 8).

Dean, R. K., Pollard, R. Q, Samar, V. J., Taylor, T. & Knigga, L. (2019). Risky business: Cortisol dysregulation in signed language interpreters. Presentation at the Critical Link conference: Interpreting in the age of A.I., Tokyo, Japan. (June 15).

Dean, R. K., Pollard, R. Q, Samar, V. J., Taylor, T. & Knigga, L. (2019). Risky business: Cortisol dysregulation in signed language interpreters. Presentation at the Translation, Interpretation, and Localization: Mitigating Risks in a Rapidly Changing World conference, Middlebury Institute of International Studies, Monterey, CA. (May 5).

Pollard, R. Q (2017). Technical standards and other legal challenges confronting D/HH healthcare professionals. Presentation at the biennial meeting of the Association of Medical Professionals with Hearing Loss. Rochester, NY. (June 10).

Pollard, R. Q (2016). Mental Health Interpreting: A Mentored Curriculum, part of a panel presentation on Voluntary and Non-professional interpreting, Critical Link 8 conference, Edinburgh **Scotland.** (June 30).

Pollard, R. Q (2016). A Psychologist's Perspective on Interpreting Challenges and Strategies in Forensic Settings. Critical Link 8 conference, Edinburgh **Scotland.** (July 1).

Pollard, R. Q (2016). Forensic consultation regarding deaf adults: Challenges and strategies. Presentation at the biennial "Breakout" conference. Colorado Springs, CO. (March 18).

Pollard, R. Q (2015). Forensic consultation regarding deaf adults: Challenges and strategies. Presentation at the biennial conference of the American Deafness and Rehabilitation Association. Rochester, NY. (April 24).

Barnett, S., Sutter, E. & Pollard, R. Q (2014). Deaf people, childhood experiences and adult health: An opportunity to connect public health and mental health. 6th World Congress on Mental Health and Deafness. Belfast, Northern Ireland. (September 17).

Pollard, R Q & Dean, R. K. (2013). Occupational health risks among different interpreting settings. Presentation at the Critical Link 7 conference, Toronto, **Canada**. (June 20).

Pollard, R. Q (2013). Independent Mental Health Examiner's Report on Sexual Abuse at the Hawai`i School for the Deaf and Blind. Presentation at the biennial meeting of the American Deafness and Rehabilitation Association. Minneapolis, MN. (May 31).

Pollard, R. Q, Haynes, S., DeWindt, L., O'Hearn, A. & Thew, D. (2013). Intimate partner violence activism at the URMC Deaf Wellness Center. Presentation at the 'Gender, Violence and Justice in the Age of Globalization" conference. Rochester Institute of Technology, Rochester, NY. (April 5).

Cerulli, C., Chin, N., Thew, D., Pollard, R. Q (2012). What can we learn? Examining intimate partner violence service provision in the Deaf community. Presentation at the annual meeting of the American Society for Criminology. Chicago, IL. (November 14).

Pollard, R. Q (2012). Independent Mental Health Examiner's Report on Sexual Abuse at the Hawai`i School for the Deaf and Blind. Presentation at the Special Interest Group meeting of the European Society for Mental Health and Deafness. Lisbon, Portugal. (November 8).

Pollard, R. Q (2012). Results of a Study on Intimate Partner Violence Affecting the Deaf Community – Phases 1 and 2. Presentation at the Special Interest Group meeting of the European Society for Mental Health and Deafness. Lisbon, Portugal. (November 7).

Pollard, R., Fasone, S., Panko, T., Dean, R., Kelstone, K. & Barnett, S. (2012). Examining Deaf population health inequities from a social justice perspective. Film presentation and discussion at the annual meeting of the American Public Health Association. San Francisco, CA. (October 31).

O'Hearn, A. & Pollard, R. (2012). A message just for deaf people: Public service announcements on depression in American Sign Language. Film presentation and discussion at the annual meeting of the American Public Health Association. San Francisco, CA. (October 31).

Mowl, C., Panko, T., Kelstone, K., Barnett, S., Pearson, T. and the Research Committee of the National Center for Deaf Health Research (2011). Design of Deaf Weight Wise: A healthy lifestyle intervention for Deaf adults. CDC Prevention Research Centers Program Annual Conference. Atlanta, GA. (April 12).

Pollard, R. Q (2010). *Practicing radical acceptance: An adaptation from the Deaf perspective.* Film and lecture presented at the 8th European Congress on Mental Health and Deafness. Cambridge, England. (November 5).

Pollard, R. Q (2010). Results of a public education campaign on depression awareness geared toward the Deaf community. Presentation at the 8th European Congress on Mental Health and Deafness. Cambridge, England. (November 4).

Pollard, R. Q (2010). *Opposite action: An adaptation from the Deaf perspective.* Film and lecture presented at the 8th European Congress on Mental Health and Deafness. Cambridge, England. (November 4).

Dean, R. K., Pollard, R. Q, D. Bolduc, A. Delorenzo, A. Smith, S. Storme (2010). Teleological vs. deontological approaches to ethical decision making: Theoretical and research evidence. Presentation at the biennial meeting of the Conference of Interpreter Trainers. San Antonio, TX. (October 29).

Ramchandran, R. S., Sutter, E., Pollard, R. Q, Barnett, S. & Sterns, G. K. (2010). Deaf adult self-reported quality of vision and use of eye care. Presentation at the Association for Research in Vision and Ophthalmology. Fort Lauderdale, FL. (May 4).

Barnett, S, Sutter, E., Pearson, T. A., on behalf of the National Center for Deaf Health Research (2010). Adapting the BRFSS to survey deaf sign language users: Experiences and findings. CDC's 27th annual Behavioral Risk Factor Surveillance System (BRFSS) conference. San Diego, CA. (March 20-24).

Sutter, E., Barnett, S., Pearson, T. A., on behalf of the National Center for Deaf Health Research (2010). Identifying people who are deaf or hard-of-hearing for inclusion in public health surveillance: Experiences piloting a BRFSS telephone module. Presented at the CDC's 27th annual Behavioral Risk Factor Surveillance System (BRFSS) conference. San Diego, CA. (March 20-24).

Pollard, R. Q, Schlehofer, D. & Sutter, E. (2009). Incidence and consequences of intimate partner violence affecting deaf individuals. Presentation at the annual meeting of the American Public Health Association. Philadelphia, PA. (November 9).

Dean, R. K. & Pollard, R. Q (2009). Occupational health risks in different interpreting work settings. Presentation at the biennial convention of the Registry of Interpreters for the Deaf. Philadelphia, PA. (August 6).

Schlehofer, D., Barnett, S., Sutter, E., on behalf of the National Center for Deaf Health Research (2009). Surveying adults deaf since childhood: Identifying and addressing disparities through community-based participatory research. Presented at the 8th Early Hearing Detection and Intervention Conference. Addison, TX. (March 9-10).

Barnett, S., Schlehofer, D., Sutter, E., on behalf of the National Center for Deaf Health Research (2009). Health outcomes for deaf children: Results of a survey of deaf adults. Presented at the 8th Early Hearing Detection and Intervention Conference. Addison, TX. (March 9-10).

Pollard, R. Q & Dean, R. K. (2008). Findings from three national research studies: DC-S dissemination to 15 IPPs, mental health interpreter training, and interpreter occupational health risks. Presentation at the biennial meeting of the Conference of Interpreter Trainers. San Juan, Puerto Rico. (October 24).

Dean, R. K. & Pollard, R. Q (2008). Supervision and case presentation in interpreting. Presentation at the biennial meeting of the Conference of Interpreter Trainers. San Juan, Puerto Rico. (October 23).

Finigan, B., Samar, V., Sutter, E., Klein, J., Barnett, S., Pollard, R. Q, O'Hearn, A., Lalley, P., Steider, A., Starr, M., Havens, J., Dean, R., David, T., Testa-Wojteczko, B. & Fogg, T. (2007). Deaf older adolescents: Health care access disparities in an understudied population. Presentation at the annual meeting of the American Public Health Association, Washington, DC.

Pollard, R. Q (2007). Psychiatric services to deaf individuals: What is different? Psychiatric Services Award presentation at the annual meeting of the Institute for Psychiatric Services, New Orleans, LA. (October 12).

Dean, R. K., Storme, S., Mickelson, P. G., Ross, L., Witter-Merithew, A., Forestal, E. & Pollard, R. Q (2007). Applications of demand-control schema in interpreter education. Seven hour pre-conference held in conjunction with the biennial meeting of the Registry of Interpreters for the Deaf, San Francisco, CA. (August 3).

Pollard, R. Q (2007). Adapting training materials for Deaf audiences: Process description and illustrative segments from three Deaf Wellness Center films. Paper presented at the biennial meeting of the American Deafness and Rehabilitation Association, St. Louis, MO. (May 24).

Samar, V., Pollard, R., O'Hearn, A., Lalley, P., Sutter, E., Barnett, S., Klein, J., Finigan, E., Steider, A., Starr, M., Havens, C., Dean, R., David, T., Testa-Wojteczko, B. & Fogg, T. (2007). Deaf young adults' self-reported suicide attempt and suicide ideation rates: Role of reading skill and gender. Presented at the Pacific Rim Conference on Disabilities. Honolulu, HI. (March).

Finigan, B., Sutter, E., Samar, V., Barnett, S., Pollard, R. Q, Havens, J. & Klein, J. (2006). Measuring health risk behaviors of deaf and hard-of-hearing students; considering language difference. Presentation at the annual meeting of the American Public Health Association. Boston, MA. (November 4-8).

Sutter, E., Finigan, B., Samar, V., Berent, J., Barnett, S., Pollard, R. Q, Havens, J. & Klein, J. (2006). Development of a linguistically accessible health survey for deaf students. Presentation at the 134th annual meeting of the American Public Health Association. Boston, MA. (November 4-8).

Barnett, S. & Pollard, R. Q (2005). Metabolic syndrome risks: A pilot study with deaf adults who communicate with American Sign Language. Paper presented at the 133rd annual meeting of the American Public Health Association, Philadelphia, PA. (December 12).

Barnett, S. & Pollard, R. Q (2005). Health literacy and metabolic syndrome risks: A pilot study with deaf adults who communicate with American Sign Language. Paper presented at the Academy Health Annual Research Meeting, Boston, MA. (June 27).

Pollard, R. Q & Samar, V. (2006). Results of a survey of expert clinicians on psychosis symptoms in deaf patients. Paper presented at Breakout IX, a meeting of professionals in the deafness and mental health field. Columbus, OH. (June 16).

Pollard, R. Q & Barnett, S. (2005). Health literacy in the deaf population: A preliminary study. Paper presented at the annual meeting of the American Public Health Association, Philadelphia, PA. (December 13).

Pollard, R. Q (2005). New psychological tests for deaf adults. Paper presented at the biennial meeting of the American Deafness and Rehabilitation Association. Orlando, FL. (May 28).

Barnett, S., Pollard, R. Q, Starr, M., & Fogg, T. T. (2005). Addressing health disparities with people who are deaf: Opportunities for partnerships in research and health interventions. Address at the annual National Conference on Chronic Disease Prevention and Control, Atlanta, GA. (March 2).

Pollard, R. Q & Dean, R. K. (2004). Promoting widespread adoption of curricular reforms. Presentation at the annual project directors meeting of Fund for the Improvement of Postsecondary Education, United States Department of Education. Washington, D.C. (November).

Dean, R. K. & Pollard, R. Q (2004). Demand-control schema: Effective curricular implementation. Presentation at the biennial meeting of the Conference of Interpreter Trainers. Washington, D.C. (September 29).

Dean, R. K., English, M. A., & Pollard, R. Q (2004). Observation-supervision: A new training methodology and its effectiveness. Presentation at the biennial meeting of the Conference of Interpreter Trainers. Washington, D.C. (September 29).

Dean, R., Pollard, R. Q, Davis, J., Griffin, M., LaCava, C. and Hinchey, K. (2003, July). Reforming interpreter education: A practice-profession approach -- Years 1 and 2 progress report. Three-hour workshop presented at the biennial meeting of the Registry of Interpreters for the Deaf, Chicago, IL.

Dean, R. & Pollard, R. Q (2003, July). The demand-control schema at work: Effective mentoring techniques for training medically qualified interpreters. Three-hour workshop presented at the biennial meeting of the Registry of Interpreters for the Deaf, Chicago, IL.

Dean, R. K., Pollard, R. Q, Griffin, M. & Davis, J. (2002). Reforming Interpreter Education: A Practice-Profession Approach; Year One Progress Report. Presentation at the biennial meeting of the Conference of Interpreter Trainers, Minneapolis, MN.

Pollard, R. Q & Miraglia, K. (2002). Strong Connections: A Videoconference Medical Interpreting Service. Presentation at the third national conference on Quality Health Care for Culturally Diverse Populations: Advancing Effective Health Care through Systems Development, Data and Measurement, Chicago, IL.

Pollard, R. Q (2002). Cochlear implants: Are you up-to-date on the technology, the issues, and the controversy? Presentation at the Breakout VII conference. Raleigh, NC.

Barnett, S., Pollard, R. Q & Miraglia, K. (2001). When there is no local interpreter: Sign language telehealth solutions. Presentation at the annual meeting of the American Public Health Association, Atlanta, GA.

Pollard, R. Q (2001). A psychological perspective on cochlear implant programs, candidate readiness, and the implant controversy. Presentation during the conference *Cochlear Implants: Differing Viewpoints,* Gallaudet University, Washington, D.C.

Pollard, R. Q & Hendar, O. (2001). European versus American approaches in the cochlear implant field. Address presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Dean, R. K. & Pollard, R. Q (2001). *It all depends…*: Demand-control theory in sign language interpreting. Workshop (6 hours) presented at the biennial meeting of the Registry of Interpreters for the Deaf, Orlando, FL.

Pollard, R. Q, Miraglia, K. & Barnett, S. (2001). The Videoconference Interpreting Project. Lecture presented at the biennial meeting of the Registry of Interpreters for the Deaf, Orlando, FL.

Dean, R. K., Haslam-Hopwood, T. & Pollard, R. Q (2001). What *really* happens with interpreters in psychotherapy. Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Pollard R. Q & Dean, R. K. (2000). Dysfluent language: A diagnostic and service challenge for the treatment team. Breakout VI Conference on Psychosocial Interventions for Deaf Persons with Mental Illness. St. Louis, MO.

Pollard, R. Q, Sligar, S. R. & Harmon, P. (2000). Low-functioning deaf adults. Status of research and service provision. Panel presentation at the annual meeting of the American Psychological Association, Washington, D.C.

Feldman, S., Coble, A. C., Gorman, B., Koocher, G. P., Olkin, R., Pollard, R. Q & Williams, M. (2000). Increasing access to clinical training by students with disabilities: A roundtable discussion. Panel presentation at the annual meeting of the American Psychological Association, Washington, D.C.

Nickless, C. J., Pollard, R. Q, Gutman, V., Potrude, S. E., Dean, R. K. (1999). Emerging issues and standards for training in psychology and deafness. Panel presentation at the annual meeting of the American Psychological Association, Boston, MA.

Pollard, R. Q, Dean, R. K., Potrude, S. E., Nickless, C. J. (1999). Integrating deaf and hard-of-hearing interns into traditional programs. Panel presentation at the annual meeting of the American Psychological Association, Boston, MA.

Pollard, R. Q (1999). Mental health interpreting: A mentored curriculum. Paper presented at the biennial meeting of the American Deafness and Rehabilitation Association, Arlington, VA.

Pollard, R. Q (1999). Mental health. Workshop presented at the annual convention of the Empire State Association of the Deaf, Olean, NY.

Miraglia, K., Elliott, M. & Pollard, R. Q (1998). Mental health interpreting: Understanding the context. Workshop presented at the annual meeting of Region 1 of the Registry of Interpreters for the Deaf, Rochester, NY.

Pollard, R. Q (1998). Providing psychological and healthcare services to deaf individuals via telehealth technologies. Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Pollard, R. Q (1998). Mental health interpreting: A mentored curriculum. Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Morton, D., Ackerman, J., Graf, R., Traynor, N., Gotthard, U., Young, A., Karacostis, A. & Pollard, R. Q (1998). Partnerships between deaf and hearing professionals. Panel presentation at the first World Conference on Deafness and Mental Health, Washington, D.C.

Pollard, R. Q (1998). Mental health needs and services for individuals who are deaf. Paper presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Marcus, A., Langholtz, D. & Pollard, R. Q (1998). HIV and AIDS in the Deaf community: Implications for the mental health professional. Symposium presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Rediess, S., Pollard, R. Q & Veyberman, B. (1997). Assessment of verbal (ASL-based) memory in deaf adults: Clinical utility of the Signed Paired Associates Test. Address presented at the annual meeting of the International Neuropsychological Society, Orlando, FL.

Barnett, S. & Pollard, R. Q (1996). Teaching cultural diversity through a focus on persons with disabilities. Address presented at the annual meeting of the Society of Teachers of Family Medicine, San Francisco, CA.

Smith, N. C. & Pollard, R. Q (1996). Group psychotherapy and deaf individuals: Issues, applications, and challenges. Address presented at the annual meeting of the American Psychological Association, Toronto, Ontario, Canada.

Zabarowski, B., Balter, R. & Pollard, R. Q (1995). Psychology students with disabilities: Accommodation issues for training, supervision, and practice. Address presented at the annual meeting of the American Psychological Association, New York, NY.

Guthmann, D. S., Lybarger, R., Sandberg, K. A. & Pollard, R. Q (1995). Clinical approaches to substance abuse treatment with deaf individuals. Address presented at the annual meeting of the American Psychological Association, New York, NY.

Gutman, V., Leigh, I., Corbett, C., Morere, D. & Pollard, R. Q (1995). Ethical issues in a small community: Models for deafness. Address presented at the annual meeting of the American Psychological Association, New York, NY.

Pollard, R. Q (1995). An introduction to grant writing and research funding opportunities. Workshop presented at the biennial meeting of the American Deafness and Rehabilitation Association, Kansas City, MO.

Pollard, R. Q (1995). Disability as diversity in primary care medicine. Address presented at the annual meeting of the Association for the Behavioral Sciences and Medical Education, Naples, FL.

Pollard, R. Q (1994). Use of the nominal group technique in planning regional mental health services for the deaf and hard-of-hearing population. Presentation at the *Breakout III* conference, Charleston, SC.

Pollard, R. Q (1993). Public mental health service and diagnostic trends regarding individuals who are deaf or hard-of-hearing. Paper presented at the biennial meeting of the American Deafness and Rehabilitation Association, San Francisco, CA.

Pollard, R. Q (1993). Psychological risks, benefits, and evaluation methods for cochlear implant patients. Workshop presented at the annual meeting of the American Psychological Association, Toronto, Canada.

Pollard, R. Q & Veltri, D. (1993). Sign language interpreters in evaluation and psychotherapy. Address presented at the annual meeting of the American Psychological Association, Toronto, Canada.

Pollard, R. Q, Wax, T. M. & Leigh, I. (1993). Accommodating hearing-impaired students in psychology training programs. Panel lecture presented at the annual meeting of the American Psychological Association, Toronto, Canada.

Bruyere, S., Pollard, R. Q, Lawland, N., Klimoski, R., Richler, D., Crewe, N. & Rennert, S. (1993). The Americans with Disabilities Act and related Canadian legislation: Implications for psychologists. Continuing education workshop presented at the annual meeting of the American Psychological Association, Toronto, Canada.

Pollard, R. Q (1993). Improving mental health service delivery in your community. Address presented at the biennial meeting of the American Deafness and Rehabilitation Association, San Francisco, CA.

Bryant, N., Nguyen, M. & Pollard, R. Q (1992). The deaf severely mentally ill: Perspectives on Inpatient Treatment. Symposium presented at the annual meeting of the American Psychological Association, Washington, D.C.

Pollard, R. Q (1992). Analyzing public mental health service utilization trends regarding deaf patients. Paper presented at the annual meeting of the American Psychological Association, Washington, DC.

Pollard, R. Q (1991). Letters home from the shuttle to Eyeth. Address presented at the annual meeting of the Genesee Valley Psychological Association, Rochester, NY.

Pollard, R. Q, Gutman, V. A., DeMatteo, A. D., and Stewart, L. (1991). Training in deafness and mental health: Status and issues. Address presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Bruyere, S. M. and Pollard, R. Q (1991). The Americans With Disabilities Act of 1990: Implications for psychologists. Symposium chaired at the annual meeting of the American Psychological Association, San Francisco, CA.

Pollard, R. Q (1991). Disability as an aspect of human diversity. Address presented at the annual meeting of the American Psychological Association, San Francisco, CA.

Pollard, R. Q (1991). Ethical considerations in the conduct of research in the Deaf community. Address presented at the biennial meeting of the American Deafness and Rehabilitation Association, Chicago, IL.

Pollard, R. Q (1989). The significance of research in deafness and mental health. Address presented at the National Conference on Deaf and Hard-of-hearing People, El Paso, TX.

Pollard, R. Q & Long, G. A. (1989). Deafness and psychology in the 1990's. Address given at the annual convention of the American Psychological Association, New Orleans, LA.

Cagle, K. & Pollard, R. Q (1989). Culture and conflict in deaf-hearing interaction. Presentation at The Deaf Way conference, Gallaudet University, Washington, D.C.

Pollard, R. Q (1989). Psych.Net: Agenda for the next two years. Workshop at the biennial meeting of the American Deafness and Rehabilitation Association, New York, NY.

DeMatteo A. J., Pollard, R. Q & Lentz, E. M. (1987). Assessment of linguistic functions in brain-impaired and brain-intact prelingually deaf users of American Sign Language: A preliminary report. Paper presented at the biennial meeting of the American Deafness and Rehabilitation Association, Minneapolis, MN.

Pollard, R. Q & Katkin, E. S. (1983). Placebo effects in biofeedback and self-perception of muscle tension. Paper presented at the annual meeting of the Society for Psychophysiological Research, Asilomar, CA.

Pollard, R. Q & Katkin, E. S. (1982). Placebo effects in biofeedback of subvocalization. Paper presented at the annual meeting of the Society for Psychophysiological Research, Minneapolis, MN.

Pollard, R. Q (1980). Audio and Visual EMG feedback of subvocalization. Paper presented at the Eastern Colleges Science Conference, Cortland, NY.

**Posters (33):**

Dong, E., Fuechtmann, L., Hall, W.C., Mora, J.A., Dye, T.D.V, & Pollard, R.Q (2019, March). A preliminary report of biopsychosocial management strategies in deaf individuals. Poster session at the Early Hearing Detection and Intervention Conference, Chicago, IL.

Hall, W., Smith, S., Mora, J., Fuechtmann, L., Dye, T. & Pollard, R. (2018). Investigating key biopsychosocial factors that mediate lifespan management of pre-lingual hearing loss: A phase 1 report. Annual meeting of the American Public Health Association, San Diego, CA. (November 12).

Gaboriault, A. & Pollard, R. Q (2016). Organic versus functional approaches to drafting technical standards documents. Department of Psychiatry Trainee Poster Day, University of Rochester Medical Center. (May 23).

Pollard, R., Cerulli, C., Thew, D., Chin, N., Mastrocinque, J. and the IPV Research Team. (2014). Results of a 3-year, interview based study of intimate partner violence perpetration affecting deaf persons. 6th World Congress on Mental Health and Deafness. Belfast, Northern Ireland. (September 16-19).

Cerulli, C., Samar, V. & Pollard, R. (2014). Associations between intimate partner violence exposure and preventative health care seeking – comparing deaf and hearing samples. 6th World Congress on Mental Health and Deafness. Belfast, Northern Ireland. (September 16-19).

Pollard, R. (2014). Results of the American consensus-planning conference on research priorities in the deaf mental health field. 6th World Congress on Mental Health and Deafness. Belfast, Northern Ireland. (September 16-19).

Thew, D., Pollard, R., Cerulli, C., Mastrocinque, J., O'Hearn, A., Haynes, S., DeWindt, L. & Chin, N. (2013). An interview-based study of intimate partner violence in Deaf communities. Poster presented at the annual meeting of the American Psychological Association. Honolulu, Hawai`i. (August 1).

Samar, V. J., Pollard, R. Q & O'Hearn, A. (2012). Deaf sign language users display slower cognitive decline in processing speed across the lifespan than general population norms. Poster presented at the annual meeting of the Association for Psychological Science. Washington, D.C. (May 28).

Dean, R. K. & Pollard, R. Q (2010). Occupational health risks in different interpreting work settings: Special concerns for VRS and K-12 interpreters. Poster presented at the biennial meeting of the Conference of Interpreter Trainers. San Antonio, TX. (October 28).

Dean, R. K. & Pollard, R. Q (2010). Optimizing and disseminating proven reforms in interpreter education. Poster presented at the biennial meeting of the Conference of Interpreter Trainers. San Antonio, TX. (October 28).

Dean, R. K. & Pollard, R. Q (2009). Optimizing and disseminating proven reforms in interpreter education. A series of 4 posters presented at the annual convention of the Australian Sign Language Interpreting Association. Melbourne, Australia. (August 20 - 24).

Dean, R. K. & Pollard, R. Q (2009). Optimizing and disseminating proven reforms in interpreter education. A series of 4 posters presented at the biennial convention of the Registry of Interpreters for the Deaf. Philadelphia, PA. (August 2).

Barnett, S., Schlehofer, D., David, T., Sutter, E., on behalf of the National Center for Deaf Health Research (2009). Identifying and addressing disparities through community-based participatory research with deaf people. Presented at the 20th National Conference on Chronic Disease Prevention and Control, Centers for Disease Control. National Harbor, MD. (February 23-25).

Barnett, S., David, T., McKee, M. and Pearson, T. A., on behalf of the National Center for Deaf Health Research (2009). Identifying and addressing disparities through community-based participatory research with deaf people: Experiences of a Prevention Research Center. Presented at NIH Summit: The Science of Eliminating Health Disparities. National Harbor, MD. (December 16-17).

Barnett, S., McKee, M., Samar, V. J., Thompson, H., on behalf of the NCDHR Research Committee, Deaf Health Community Committee, Translation Working Groups, Filming Teams & Interface Development Teams (2008). Adapting the Behavior Risk Factor Surveillance System (BRFSS) to survey deaf sign language users. Presented at the 136th American Public Health Association Annual Meeting. San Diego, CA. (October 25-29).

Dean, R. K., Pollard, R. Q, English, M.A., Veltri, D. & Witter-Merithew, A. (2008). Summary report of a 5-year national research project on observation-supervision in mental health interpreting. Poster presented at the biennial meeting of the Conference of Interpreter Trainers. San Juan, Puerto Rico. (October 24).

Samar S, Pollard R, Sutter E, O'Hearn A, Lalley P, Barnett S. (2007). Deaf young adults' self-reported suicide attempt rate: Role of reading and gender. Pacific Rim Conference on Disabilities, Honolulu, HI. (March).

Pollard, R. Q & Samar, V. (2007). Expert clinicians' survey: Psychosis symptoms in deaf patients. Poster presented at the biennial meeting of the American Deafness and Rehabilitation Association. St. Louis, MO. (May 24).

Aggas, J., Chapel, S., Dean, R., Finigan, E., Gold Brunson, J., Graybill, P., Haynes, S., O'Hearn, A., Pollard, R., & Postlethwait, S. (2007). Adapting surveys and educational materials for deaf audiences. Poster presented at the Prevention Research Center Program Meeting, Centers for Chronic Disease Control and Prevention, Atlanta, GA. (March 13-14).

Aggas, J., Chapel, S., Dean, R., Finigan, E., Gold Brunson, J., Graybill, P., Haynes, S., O'Hearn, A., Pollard, R., & Postlethwait, S. (2007). Adapting surveys and educational materials for deaf audiences. Poster presented at the Deaf Health Research Poster Session, hosted by the Department of Research and Teacher Education and the National Center for Deaf Health Research, National Technical Institute for the Deaf, Rochester, NY. (February 19).

Barnett, S. & Pollard, R. Q (2007). Health literacy in the Deaf population: A modified REALM (Rapid Estimate of Adult Literacy in Medicine). Poster presented at the Deaf Health Research Poster Session, hosted by the Department of Research and Teacher Education and the National Center for Deaf Health Research, National Technical Institute for the Deaf, Rochester, NY. (February 19).

Samar, V., Pollard, R., O'Hearn, A., Lalley, P., Sutter, E., Barnett, S., Klein, J., Finigan, E., Steider, A., Starr, M., Havens, C., Dean, R., David, T., Testa-Wojteczko, B. & Fogg, T. (2007). Deaf young adults' self-reported suicide attempt and suicide ideation rates: Role of reading skill and gender. Poster presented at the Deaf Health Research Poster Session, hosted by the Department of Research and Teacher Education and the National Center for Deaf Health Research, National Technical Institute for the Deaf, Rochester, NY. (February 19).

Sutter, E., Finigan, E., Samar, V., Berent, G., Barnett, S., Pollard, R., Havens, C. & Klein, J. (2007). Development of a linguistically accessible health survey for deaf and hard-of-hearing young adults. Poster presented at the Deaf Health Research Poster Session, hosted by the Department of Research and Teacher Education and the National Center for Deaf Health Research, National Technical Institute for the Deaf, Rochester, NY. (February 19).

Pollard, R. Q & Samar, V. (2007). Expert clinicians' survey: Psychosis symptoms in deaf patients. Poster presented at the Deaf Health Research Poster Session, hosted by the Department of Research and Teacher Education and the National Center for Deaf Health Research, National Technical Institute for the Deaf, Rochester, NY. (February 19).

Sutter, E., Finigan, E., Samar, V., Barnett, S., Pollard, R. Q, Havens, C. & Klein, J. D. (2006). Measuring health risk behaviors of deaf and hard-of-hearing young adults. Poster presented at the annual meeting of the American Public Health Association, Boston, MA. (November 7).

Samar, V., Pollard, R. Q, Sutter, E., O'Hearn, A., Lalley, P. & Barnett, S. (2006). Deaf young adults' self-reported suicide attempt rate: Role of reading and gender. Poster presented at the annual meeting of the American Public Health Association. Boston, MA. (November 4-8).

Dozier, A., Fogg, T. T., Starr, M., Pollard, R. Q, Barnett, S., Postlethwait, S., & Pearson, T. A. (2006). Expected and unexpected results: Establishment of a new community-participatory research center. Poster presented at the Multidisciplinary Community-Based Inquiry Conference, Binghamton University, Binghamton, NY. (October 11).

Pollard, R. Q, DeMatteo, A, Lentz, E., & Rediess, S. (2006). A prose recall test using stories in American Sign Language. Poster presented at the annual meeting of the American Psychological Association. New Orleans, LA. (August 12).

Pollard, R. Q & Samar, V. (2006). Expert clinicians' survey: Psychosis symptoms in deaf patients. Poster presented at the annual meeting of the American Psychological Association. New Orleans, LA. (August 11).

Pollard, R. Q (2005). Research involving the deaf population: Cross-cultural and other unique obligations. Poster presented at the annual meeting of the American Public Health Association, Philadelphia, PA. (December 12).

Pollard, R. Q, Dean, R. K., & O'Hearn, A. M. (2005). NIDRR mental health research project. Poster presented at the biennial meeting of the American Deafness and Rehabilitation Association, Orlando, FL. (May 27).

Dean, R. K. & Pollard, R. Q (2002). Dean and Pollard's Demand-Control Schema for Interpreting Work. Poster presentation at the biennial meeting of the Conference of Interpreter Trainers, Minneapolis, MN.

Pollard, R. Q & Vitticore, P. (2000). The Signed Paired Associates Test. Poster presented at the annual meeting of the American Psychological Association, Washington, D.C.

**University of Rochester School of Medicine Teaching (excludes grand rounds listed above)**:
    **Courses and seminars:**

*Mental health and deaf individuals: On-line training for clinicians.* (developed in 2013). A 12-hour, on-line training program produced for the Missouri Department of Mental Health. http://training.dmh.mo.gov/clinical-training/

*Fundamentals of mental health and healthcare with the deaf population* (2006-2010). Four to six session seminars for 2nd year **psychiatry residents** (some segments co-taught by R. Dean, A. O'Hearn and A. Steider). Department of Psychiatry, University of Rochester Medical Center, Rochester, NY.

*American Sign Language for URMC Personnel: Level 1* (2008-2011). Fifteen one-hour sessions, both Fall and Spring semesters. Co-teach with deaf instructors from the Deaf Wellness Center.

*American Sign Language for URMC Personnel: Level 2* (2009-2011). Fifteen one-hour sessions, both Fall and Spring semesters. Co-teach with deaf instructors from the Deaf Wellness Center.

*American Sign Language for URMC Personnel: Level 3* (2010-2011). Fifteen one-hour sessions, both Fall and Spring semesters. Co-teach with deaf instructors from the Deaf Wellness Center.

*Humanity, Disability and Medicine* (1994-1996). Six session Medical Humanities seminar offered annually to 17 **first year medical students**. Twelve contact hours in all. University of Rochester School of Medicine, Rochester, NY. The two-hour seminar meetings were organized around interviews with individuals with disabilities who described their lifestyles and experiences with medical professionals. This seminar recorded the most requests for enrollment of any Medical Humanities seminar ever offered in each of its three years of operation. Test data indicated a significant improvement in student attitudes towards persons with disabilities pre- to post-seminar. A report on the class and these data was published in Pollard, R. Q (1998). A consumer interview seminar that enhances medical student attitudes toward persons with disabilities. Journal of Behavioral Science in Medical Education, 5(1), 27-31.

*Interpreting in mental health settings* (1994). Four session seminar for **local sign language interpreters**. Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY.

*Deaf people, normalcy, and psychopathology* (1993-2000). Sixteen session seminar offered annually to **faculty, staff, and community clinicians**. Approximately 18 students and 24 contact hours annually. Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY.

*Psychological testing* (1992-1998). Seven session seminar offered annually to **2nd year psychiatry residents**. Seven contact hours. Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY.

*Psychological Testing Service seminar* (1990-1998). Forty-eight session weekly seminar offered annually to **clinical psychology doctoral interns**. Four to six students annually; 1.5 contact hours weekly plus 1:1 case supervision time. Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY.

**Robert Q Pollard, Jr., Ph.D.**                                                                                    **Page 38**

---

**Other medical student teaching:**

Small group facilitator for 1st year medical students' *Ambulatory Clinical Experience* in Psychiatry (1999-2015). Four session practicum focused on basic patient interviewing skills. Ten students annually, 12-16 contact hours. Department of Psychiatry, University of Rochester School of Medicine, Rochester, NY.

Annual lecture to 1st year medical students regarding *Deaf People and Healthcare*, immediately preceding the annual *Deaf Strong Hospital* (DSH) role-reversal exercise (1998-2005). Approximately 100 students annually, 1.5 contact hours. DSH is described in Richards, J., Harmer, L., Pollard, P. & Pollard, R. (1999). Deaf Strong Hospital: An exercise in cross-cultural communication for first year medical students. *Journal of the University of Rochester Medical Center, 10,* 5-7. Rochester, NY: University of Rochester Medical Center.

Faculty advisor to the student special interest group *Promoting Awareness in Healthcare, Medical and Deaf (PAH, MD),* (1996-2010). PAH, MD is dedicated to bridging the gap between healthcare professionals and the Deaf community. In 2003, PAH, MD produced *My body, my responsibility: A health education video for deaf women,* a 62-minute film featuring deaf actresses interacting with a primary care doctor and a deaf gynecologist, discussing puberty, pregnancy, and ob-gyn health. PAH, MD students also began the annual *Deaf Strong Hospital* event. Other PAH, MD activities have included educational programs at the Medical Center, Rochester School for the Deaf, and the National Technical Institute for the Deaf. Some PAH-MD students engage in special projects under my supervision at the Deaf Wellness Center.

Lecturer in the medical school's *Deaf Health Pathway* program (2012).

Lecturer in a *Medical Humanities seminar regarding healthcare and deaf people* (2005). Six students, two contact hours.

Small group facilitator for 2nd year medical students' *comprehensive assessment session* (2003). Four students, three contact hours.

Facilitated a small group section of *Biopsychosocial Medicine* (BPSM) I. Eight students, three contact hours per week, 14 weeks.

*Toward Development of a Deaf and Hard-of-Hearing Patient Care Pathway at the University of Rochester School of Medicine* (1997-1998). This project was funded by the Department of Psychiatry's Otto F. Thaler Teaching Development Award. The one-year initiative involved developing a number of educational opportunities that increased medical students' exposure to deaf and hard-of-hearing patient care issues. Accomplishments included design of an elective course pertaining to communication and healthcare practice with deaf and hard-of-hearing patients, conduct of special lectures in BPSM-I, conceptualization and administrative oversight of a sign language course for healthcare professionals and medical students (6 students, 11 weeks, 66 total contact hours), and coordinating and hosting the first *Deaf Strong Hospital* event with the assistance of medical students from PAH, MD.

Supervised second year medical student Lisa Harmer (1997-1998) in the completion of a literature review and position paper on healthcare issues with deaf and hard-of-hearing patients. This paper was published by the *Journal of Deaf Studies and Deaf Education* in 1999. Also worked with Ms. Harmer in the advancement of the aforementioned deaf and hard-of-hearing patient care pathway.

Facilitated the inclusion of deaf individuals in the *Simulated Patient Program* (1995-1998), which impacts medical student training in several courses. This effort was a spin-off of my ongoing BPSM initiatives related to deaf patient care.

Annually presented *deaf patient care lectures in the BPSM I and II* curricula (1993-1998). Approximately 100 students, 2 contact hours per lecture. The lectures focused on deaf healthcare (BPSM I) and deaf issues in psychopathology (BPSM-II). These lectures were repeatedly voted by students as their favorite BPSM course presentations.

Small group facilitator; *Ethics in Law and Medicine* (1995-1996). Approximately 10 students, 7 weeks, 2 contact hours per week.

**Other graduate student teaching:**

Founder and director of the *Program for Deaf Trainees* (1992-2016). This is a multidisciplinary mental health training experience for individuals who are deaf or hard-of-hearing. The program was launched in 1992 through a training grant from the National Institute of Mental Health and has since been supported by foundation and Medical Center funding. The program has been recognized as an international model, through awards and commentary in the professional literature. One to four deaf trainees typically participate in the program annually. There is virtually always one deaf graduate student in the program (a clinical psychology doctoral student). The remaining students include those in master's and baccalaureate programs. Until 2002, I was the sole clinical and administrative supervisor. Since 2002, Dr. Amanda O'Hearn of the Deaf Wellness Center has taken on the role of primary clinical supervisor while I continue to oversee the program.

Annual lecture on *working effectively with signed and spoken language interpreters* for trainees in the Psychology doctoral training program (2013-2014). Four participants, 2 contact hours.

Annual lecture on involvement in, and the organizational structure and activities of the *American Psychological Association* for doctoral trainees in the Psychology training program (1995-2015). Typically about 10 participants, 1 contact hour.

Annual lecture on *manuscript writing* to doctoral and post-doctoral trainees in the Psychology training program (2002-2015). Typically about 10 participants, 1 contact hour.

Annual lecture on *CV and resume writing* to doctoral trainees in the Psychology training program (2007-present). Eight participants, 1 contact hour.

Annual lecture on *Effective Grant Writing* to doctoral trainees in the Psychology training program (2008-present). Five participants, 1 contact hour.

Annual lecture on *working effectively with interpreters* to students in the Department of Psychiatry's Family Therapy master's degree program (2010 - 2013). Eight participants, 1 contact hour.

Annual lecture on *Deaf culture* for students in the Family Therapy master's degree program enrolled in the *Gender, Human Sexuality, and Culture* course (2006-2010, 2015, 2017, 2018). Typically about 15 participants, 1 - 2.5 contact hours.

Lecture on *Deaf and Hearing Colleagues: Keys to a Great Experience* (2013), 8 participants, .5 contact hours.

Lecture on working effectively with spoken and signed language interpreters (2012). Typically four participants, 2 contact hours.

**Other resident teaching:**

*An introduction to deaf people, interpreting and psychiatry.* (1995-2000). This was an annual training session for 1st year psychiatry residents. Three to six residents annually, two contact hours.

*Clinical Seminar with Deaf Patients* (1992-2008). An annual elective for 3rd year psychiatry residents involving resident provision of psychopharmacological services to Deaf Wellness Center patients. Approximately five contact hours of pre-service training is followed by additional training as needed. (Supervision on psychopharmacology is provided by an attending psychiatrist.) Resident participants have included Christopher Seman (1998-1999), James Mead (2002), Jennifer Zumarraga (2002-2003), Craig Schoeneker (2003), Ajit Ninan (2004), Jonathan Beard (2005), Arif Mirza (2006), Sara Armstrong (2007), and Jennifer Richmond (2008). Also advised resident Sarah Armstrong (2005-2006) on sign language skill development.

*Manuscript preparation* (2005-2006). Annual lecture for 3rd year psychiatry residents. One contact hour.

Advised 3rd year resident Anola Tanga who presented a Grand Rounds lecture regarding a deaf patient (2007).

Taught a session on serving deaf individuals in the *Psychotherapy Consultation Clinic* (2004) which includes psychiatry residents and psychology interns. Eight trainees, 3 contact hours.

Biennial presentations in the *Family Medicine Residency* Program (1998-2002). Focus on deaf patient healthcare issues. Typically 3 – 6 residents, 3 contact hours. (Co-led by Dr. Steven Barnett.)

**Robert Q Pollard, Jr., Ph.D.**                                                                 **Page 40**

**Postdoctoral fellow teaching:**

Oversee the education of post-doctoral psychology fellows enrolled in the *Program for Deaf Trainees* (1992-2016). Four deaf individuals at the post-doctoral level supervised to date.

Lecture on *Working with interpreters in mental health settings* (2009-2015) to a mixed group of psychology post-doctoral fellows and doctoral interns. Ten participants, 1 contact hour.

Lecture on *CV and resume writing* to post-doctoral fellows in the Psychology training program (2007-present). Nine participants, 1 contact hour.

Lecture on *Finding employment and addressing compensation* to post-doctoral fellows in the Psychology training program (2011-present). Nine participants, 1 contact hour.

*Manuscript preparation* (2003). Presentation in the Department of Psychiatry's Research Skills Seminar.

Supervised *neuropsychology fellows* when they had deaf patient case assignments (1990-2002). Presented an annual lecture in the neuropsychology fellowship program on psychological testing of deaf patients.

Supervised five post-doctoral fellows participating in the *Psychological Testing Service* (1991-1998).

**Other continuing medical education teaching:**

I frequently present lectures throughout the Medical Center (e.g., as a special guest in various seminars or in-service trainings for clinical staff) addressing topics related to deafness, mental health, healthcare, and sign language interpreting. These activities are not among those listed previously in this curriculum vitae.

I frequently present lectures and consult to Medical Center department regarding deaf and hard-of-hearing trainees enrolled in their programs. I have several times presented a lecture to faculty and administrators entitled *Deaf healthcare professionals: Creating a win-win training experience.*

**Mentoring:**

| * Indicates the individual is deaf or hard-of-hearing | | |
|---|---|---|
| **Mentee's Name** | **Mentoring Focus** | **Position When First Mentored** |
| Steven Barnett | Sign language/research | Assistant Professor |
| Heather Horton | Research/career | Assistant Professor |
| *Jason Listman | Academic writing | Assistant Professor |
| *Anne Steider | Research | Research Assistant Professor |
| Amanda O'Hearn | Research/career | Sr. Inst., Assist. Prof., Assoc. Prof |
| Cynthia Nickless | Research/clinical | Senior Instructor |
| Robyn Dean | Research/career | Interpreter, Faculty Associate |
| Elizabeth Ballard | Research | Interpreter |
| *Angela Earhart | Clinical | Surgical resident (OB/GYN) |
| Susan Chapel | Research/clinical | Clinician/researcher |
| Jennifer Richman | Clinical | Psychiatry resident |
| Anola Tanga | Clinical | Psychiatry resident |
| Arif Mirza | Clinical | Psychiatry resident |
| Sarah Armstrong | Sign Language | Psychiatry resident |
| Jonathan Beard | Clinical | Psychiatry resident |
| Ajit Ninan | Clinical | Psychiatry resident |
| Craig Schoeneker | Clinical | Psychiatry resident |
| Jennifer Zumarraga | Clinical | Psychiatry resident |
| James Mead | Clinical | Psychiatry resident |
| Howard Marcus | Research | Psychiatry resident |
| Christopher Seman | Clinical | Psychiatry resident |
| *Susan Valla | Clinical/research | Postdoctoral fellow |

| | | |
|---|---|---|
| *Valerie Borum | Research | Postdoctoral fellow |
| *Peter Hauser | Clinical/research | Postdoctoral fellow |
| Betsy Finigan | Research | Postdoctoral fellow |
| Robert Block | Research | Postdoctoral fellow |
| *Robb Nutt | Career/Research | Postdoctoral fellow |
| *Scott Smith | Research | Postdoctoral fellow |
| *Poorna Kushalnagar | Research | Postdoctoral fellow |
| *Christen Szymnski | Clinical | Postdoctoral fellow |
| Meghan Fox | Multiple (academic/clinical) | Postdoctoral fellow |
| *Martha Sheridan | Clinical/research | MSW |
| *Ella Lentz | Research | Research assistant |
| Kate Walker | Research | Medical student |
| Lisa Harmer | Research | Medical student |
| *Brian Novinska | Research/clinical | Medical student |
| *Dayna Wolf | Research/clinical | Medical student |
| Char Bergerson | Research | Medical student |
| Phil Vitticore | Research | Medical student |
| *Basa Veyberman | Research | Medical student |
| Ellen Mowry | Research | Medical student |
| Sarah Frost | Research | Medical student |
| Jimena Cubillos | Research | Medical student |
| *Tovah Wax | Clinical/research | Ph.D. candidate/intern |
| *Suzanne Burley | Clinical/research | Ph.D. candidate/intern |
| Patricia Francis | Clinical | Ph.D. candidate/intern |
| *Thora Anderson | Clinical | Ph.D. candidate/intern |
| *Natalie Smith | Clinical/research | Ph.D. candidate/intern |
| *Heather Hunt | Clinical/research | Ph.D. candidate/intern |
| *Stan Potrude | Clinical/research | Ph.D. candidate/intern |
| *Rebecca Leland | Clinical/research | Ph.D. candidate/intern |
| *Deborah Maxwell | Clinical/research | Ph.D. candidate/intern |
| *Robert Baldwin | Clinical/research | Ph.D. candidate/intern |
| *Candice Tate | Clinical/research | Ph.D. candidate/intern |
| *Raylene Harris | Clinical/research | Ph.D. candidate/intern |
| *Julianne Gold Brunson | Clinical/research | Ph.D. candidate/intern |
| *Shilpa Hanumantha | Clinical/research | Ph.D. candidate/intern |
| *Denise Thew | Clinical/research | Ph.D. candidate/intern |
| Michal Morgan | Clinical/research | Ph.D. candidate/intern |
| *Kelly Wolf-Craig | Clinical/research | Ph.D. candidate/intern |
| *Wyatte Hall | Clinical/research | Ph.D. candidate/intern |
| *Dorri Daggett | Clinical/research | Ph.D. candidate/intern |
| Meghan Fox | Clinical/research | Ph.D. candidate/intern |
| *Donna Guardino | Clinical/research | Ph.D. candidate/intern |
| *Mindy Hopper | Research | Ph.D. candidate |
| *Aimee Whyte | Research | Ph.D. candidate |
| Rachel Belk | Dissertation | Ph.D. candidate |
| Debbie Fister | Clinical/research | Masters-level counselor |
| *Sofia Wegner | Clinical/research | Masters-level psychologist |

| | | |
|---|---|---|
| *Michelle Cline | Clinical/research | MSW candidate/intern |
| *Beth Metlay | Clinical | MSW candidate/intern |
| *Sharon Haynes | Clinical/research | MSW candidate/intern |
| *Colleen Daviton | Clinical/research | MSW candidate/intern |
| *Sara Alexander | Clinical/research | MSW candidate/intern |
| *Matt Starr | Research | Other master's candidate |
| *Brian Berlinski | Clinical | Other master's candidate |
| *Azadeh Shahryarinejad | Research | Other master's candidate |
| Susan Chapel | Clinical/research | Other master's candidate |
| *Anthony Brucato | Clinical/research | Other master's candidate |
| Tina Hammer | Clinical/research | Other master's candidate |
| *Lauren Selby | Clinical/research | Other master's candidate |
| *Christina Selecman | Clinical/research | Other master's candidate |
| *Erika Israel | Clinical/research | Other master's candidate |
| *Jessica Contreras | Clinical/research | Other master's candidate |
| *Kelsey Wall | Clinical/research | Other master's candidate |
| Amanda Gaboriault | Research | Other master's candidate |
| *Sarah Gumpert | Clinical/academic | Nursing student |
| *Joe Roquebecil | Research | Bachelor's candidate |
| Serina Ragland | Research | Bachelor's candidate |
| *Jenna Ezis | Research | Bachelor's candidate |
| *Alex Hsu | Research | Bachelor's candidate |
| *Daisy Salgado | Clinical/research | Bachelor's candidate |
| Helen Tadsen | Interpreting/research | Bachelor's candidate |
| Tia Roberts | Interpreting/research | Bachelor's candidate |
| Cynthia Lippa | Clinical/research | Bachelor's candidate |
| *Alex Chang | Research | Bachelor's candidate |
| *Adam Brownfeld | Clinical/research | Bachelor's candidate |
| *Rachael Rose | Clinical/research | Bachelor's candidate |
| Stephan. Hernandez (McNair scholar) | Research | Bachelor's candidate |
| Anna Crisologo | Research | Bachelor's candidate |
| *Corey Clark | Research | Bachelor's candidate |
| Sara Goico (McNair scholar) | Research | Bachelor's candidate |
| *Jennifer Ritter | Clinical/research | Bachelor's candidate |
| *Danielle Previ | Clinical/research | Bachelor's candidate |
| Jennifer Stamm | Research | Bachelor's candidate |
| *Donna Guardino | Clinical/research | Bachelor's candidate |
| *Victoria Flis | Clinical/research | Bachelor's candidate |
| *Davina Johnston | Clinical/research | Bachelor's candidate |
| James Dolan | Clinical/research | Bachelor's candidate |
| Marisa Straub | Clinical/research | Bachelor's candidate |
| *Tiffany Bridgett | Clinical/research | Bachelor's candidate |
| *Angela Guerci | Clinical/research | Bachelor's candidate |
| Natalie Fuentes | Clinical/research | Bachelor's candidate |
| Rebecca Royzer | Research | Bachelor's candidate |
| *Lauren Berger | Clinical/research | Bachelor's candidate |

| Edith Hayes | Clinical/research | Bachelor's candidate |
| *Emily Nielsen | Research | Bachelor's candidate |
| Dawn Zupelli | Interpreting/research | Interpreter |

**Doctoral student thesis/viva examiner:**

Rachel Belk (2015, 2016). Doctorate in Medical and Human Sciences candidate, *Genetic and medical information in British Sign Language (BSL): terminology and its impact on access to services*. University of Manchester, England.

Laura Wedlock (2017). Doctorate in Clinical Psychology candidate, *The role of interpreters in accessing psychological support and developing relationships in mental health and Deafness.* Lancaster University, Lancaster, England.

**Pre-University of Rochester teaching:**

1988-1990: *Instructor*, Seminar in Psychological Assessment, San Francisco State University, San Francisco, CA.

1985: *Instructor*, Orientation to Deafness, Columbus Technical Institute, Columbus, OH.

1984: *Instructor*, Basic Sign Communication, YMCA, Rochester, NY.

1983: *Instructor*, Mental Health Perspectives, State University of New York at Buffalo, Buffalo, NY.

1983: *Preceptor*, Sexual Medicine, State University of New York at Buffalo, Buffalo, NY.

1982: *Teaching Assistant*, Psychology of Human Sexuality, State University of New York at Buffalo, Buffalo, NY.

1980: *Teaching Assistant*, Statistical Methods, State University of New York at Buffalo, Buffalo, NY.

1978: *Teaching Assistant*, Statistical Methods, Union College, Schenectady, NY.

**Special Projects and Activities:**

*Expert witness* in over 100 criminal and civil cases involving deaf individuals.

*Independent Mental Health Examiner* appointed by the state of Hawai`i to lead an investigation of sexual abuse at the Hawai`i School for the Deaf and Blind (2012).

*Co-founder and Associate Director* (2004-2007). National Center for Deaf Health Research, one of 35 Prevention Research Centers funded by the Centers for Chronic Disease Prevention and Health Promotion.

*Director* (1999-2010). Strong Connections, a videoconference-based sign language interpreting service for remote healthcare settings, University of Rochester Medical Center.

*Founder and chair* (1995-2014). Deaf Studies Cluster, University Council on Interdisciplinary Studies. University of Rochester.

*Founder and chair* (1990-2003). Special Interest Section on Deafness, American Psychological Association, Division 22 (Rehabilitation Psychology).

*Founder and chair* (1994-1995). Monroe County Office of Mental Health Task Force on Services to People who are Deaf or Hard-of-hearing.

*Founder and chair* (1988-1995). Deaftek.Psych (formerly Psych.Net). A computer bulletin board for professionals in the deafness and mental health field; part of the Deaftek.USA network, a program of U.S. Sprint.

*Advisory Editorial Board* (2011-present). *International Journal on Mental Health and Deafness.*

*Editorial Board* (1998-present). *Rehabilitation Psychology*. American Psychological Association.

*Editorial Board* (1995-2004). *Journal of Deaf Studies and Deaf Education*. Oxford University Press.

*Editorial Board* for S. Cammack & M. G. Eisenberg, (Eds.) (1995). *Key words in physical rehabilitation.* New York: Springer Publishing.

*National Coalition on Mental Health and Deaf Individuals* (2008 – present). Founding board member.

*Member* (2010 – present). Task Force on Health Care Careers for the Deaf and Hard-of-Hearing Community, a national collaborative effort between Gallaudet University, the National Technical Institute for the Deaf, the National Center for Deaf Health Research at the University of Rochester Medical Center, and Rochester General Health System.

*Institutional Review Board consultant* (2001). Gallaudet University, Washington, DC.

*APA board member* (1995-1998). Board for the Advancement of Psychology in the Public Interest, a position requiring election by the APA Council of Representatives.

*APA committee chair* (1991-1992) *and member* (1990-1993). Committee on Disability Issues in Psychology, under the APA's Board for the Advancement of Psychology in the Public Interest.

*APA task force founder and member* (1992-1996). APA Central Office Disability Working Group.

*National Association of the Deaf (NAD) committee chair* (1996-1998). Mental Health Committee.

*National Association of the Deaf (NAD) committee member* (1994-1996). Mental Health Committee.

*Board of directors* (1993-1995). DePaul Mental Health Services & DePaul Community Properties, Inc., Rochester, NY.

*Reviewer* (2009-present). U.S. Department of Education, National Institute on Disability and Rehabilitation Research, various grant competitions.

*Reviewer* (1990-present), manuscripts submitted to the journals: *American Psychologist, British Medical Journal, Professional Psychology: Research and Practice, American Journal of Psychiatry, Schizophrenia Bulletin, Rehabilitation Psychology, Journal of Clinical Psychology, Journal of Deaf Studies and Deaf Education, Journal of Psychiatric Practice, Child Development, European Child and Adolescent Psychiatry, International Journal of Disability, BMC Medical Education, Development and Education, Journal of Psychoeducational Assessment, Cultural Diversity and Ethnic Minority Psychology, Sign Language Studies, Journal of Social Work in Disability and Rehabilitation, Trauma Violence and Abuse, Health and Quality of Life Outcomes, Social Work in Mental Health, Psychology Trauma: Theory, Research and Practice, The Patient: Patient Centered Outcomes Research, Teaching and Teacher Education, Journal of Empirical Research on Human Research Ethics, Ethics and Behavior, Journal of Health Communication, Journal of the American Deafness and Rehabilitation Association, Training & Education in Professional Psychology, International Journal of Forensic Mental Health, Preventive Medicine, the International Journal of Social Research Methodology Theory and Practice, Journal of Head Trauma Rehabilitation, Journal of Immigrant Health, Families, Systems & Health, Health and Social Care in the Community, Trials, Public Health Nutrition* and *PLOS One*, *Epilepsy & Behavior Reports,* as well as chapters, books, book proposals, and other works submitted to Brooks/Cole Publishing Company, Gallaudet University Press, Lawrence Erlbaum and Associates, and the University of Minnesota Press.

*Faculty Advisor* (1996-2013). PAH, MD (Promoting Awareness in Healthcare, Medical and Deaf), one of several chapters of a medical student organization devoted to education and outreach pertaining to healthcare access and quality of care for deaf and hard-of-hearing people.

*Organizer* (2012). Consensus Planning Conference on Research Priorities in the Deaf Mental Health Field. Sponsored by the National Association of State Mental Health Program Directors.

*Organizer* with PAH, MD (1998-2010). "Deaf Strong Hospital," an annual experiential program involving ~30 deaf volunteers and the first-year medical student class at the University of Rochester School of Medicine, Rochester, NY.

*Organizer* (1997). Mentor and interpreter-mentor training sessions for the project "Mental health interpreting: A mentored curriculum." Rochester, NY.

*Organizer* (1993). Mental Health Services and the Deaf Population: A Consensus Planning Conference; a two-day invitational planning meeting using the nominal group technique.

*Research consultant* (2003-2004) to the Deaf Access Program at Sinai Health System, Chicago, IL.

*Advisory board member* (2010 – present). National Council on Interpreting in Health Care's initiative to develop National Standards for Healthcare Interpreter Training Programs.

*Advisory board member* (1995-1997). Institute on Mental Health and Rehabilitation, a program of the University of California San Francisco.

*Advisory board member* (1995-1996). Center for Healthcare Access, a statewide program pertaining to persons who are deaf and deaf-blind, operated by the League for the Hard-of-Hearing, New York, NY.

*Advisory board member* (1992-1995). School Psychology and Deafness Program, Rochester Institute of Technology, Rochester, NY.

*Advisory council member* (1987-1990). Big Brothers/Big Sisters Hearing-Impaired Program, San Francisco, CA.

*Psychology consultant* (1992-present). University of Rochester Medical Center cochlear implantation program.

*Psychology consultant* (2006). Northeastern University Regional Interpreter Education Center, Boston, MA.

*Psychology consultant* (1993-1995). DePaul Mental Health Services' community residence for deaf adults, Rochester, NY.

*Psychology consultant* (1993-1995). Chairs of counseling departments, National Technical Institute for the Deaf, Rochester, NY.

*Psychology consultant* (1994). Hudson River Region Office of Mental Health, Poughkeepsie, NY.

*Psychology consultant* (1989-1990). State of California Department of Rehabilitation's cochlear implant project.

*Psychology consultant* (1985-1986). Technical Signs Project, National Technical Institute for the Deaf, Rochester, NY.

*Psychology consultant* (1987-1990). San Francisco State University's program to train multi-skilled rehabilitation counselors for the deaf.

*Private practice* (1986-present). Specializing in psychological assessment and psychotherapy services for persons who are deaf or hard-of-hearing, Rochester, NY, San Rafael, CA, and Columbus, OH.

*Hospital staff* (1990-present). Strong Memorial Hospital, Rochester, NY.

*Hospital staff* (1988-1990). Ross Hospital, Kentfield, CA [with admitting privileges].

**Honors and Awards**:

Boyce R. Williams Award, American Deafness and Rehabilitation Association (ADARA). ADARA's highest award, typically for lifetime achievement, 2015

ADARA "Bellflasher" award, for the highest-rated presentation at the biennial ADARA conference, 2015.

Lyons Founder's Award, Rochester School for the Deaf, 2012.

Center for Hearing and Communication (formerly the League for the Hard of Hearing), Estelle Samuelson Award in Rehabilitation, 2009.

Bronze Psychiatric Services Achievement Award, recognizing the Deaf Wellness Center, American Psychiatric Association, 2007.

Excellence in Psychology Diversity Training Award, Association of Psychology Postdoctoral and Internship Centers, 2007.

Larry G. Stewart Award, Special Interest Section on Deafness of Division 22 (Rehabilitation) of the American Psychological Association for career achievement in the field of psychology and deafness, 2004.

Aegis Award finalist, honoring *My Body, My Responsibility: A Health Education Video for Deaf Women*, 2003.

Health Care Advocacy Award (honoring the *Strong Connections* videoconference-based sign language interpreting service), Healthcare Trustees of New York State, 2001.

Fellow, Division 22 (Rehabilitation Psychology), American Psychological Association, 2000.

Marvin J. Hoffman Faculty Mentor Award, University of Rochester School of Medicine, 1999.

National Leadership Award, American Psychological Association's Committee on Disability Issues in Psychology, 1997.

Distinguished Contributions to Psychology in the Public Interest (Early Career), American Psychological Association, 1994.

Graduation *cum laude*, Departmental Honors in Psychology, Union College, Schenectady, NY, 1980.

John Lewis March Prize in Psychology, Union College, Schenectady, NY, 1980.

Psi Chi charter member, Union College, Schenectady, NY, 1979.

Rotary Club Award for Service Above Self, Rochester NY, 1976.

Sons of the American Revolution Good Citizenship Medal, Rochester, NY, 1976.

**Current Memberships**:
American Psychological Association (APA)
         Division 22, Rehabilitation Psychology
American Deafness and Rehabilitation Association