IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00013-RM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. ANDRES CUETARA,

 Defendant.

---

**GOVERNMENT'S MOTION TO APPEAR
FOR MOTION HEARING VIA VIDEOCONFERENCE**

---

 The United States of America (the "government"), by and through Cole Finegan, United States Attorney for the District of Colorado, and Alecia L. Riewerts, Assistant United States Attorney, hereby submits the Government's Motion to Appear for Motion Hearing Via Videoconference ("VTC"), and respectfully requests the Court permit undersigned government counsel to appear at the Motion Hearing set in this matter on Thursday, June 16, 2022, at 10:00 a.m., via VTC rather than in-person.

 Undersigned counsel states she has conferred with counsel for the defendant regarding this Motion, and the defendant does not oppose the relief requested by the government herein.

Undersigned counsel tested positive for COVID-19 on Sunday, June 12, 2022. As such, undersigned counsel will not be able to attend the Motion Hearing on Defendant's Unopposed Motion for Evaluation of Competency Under § 4241(b) in-person pursuant to District Court General Order 2022-4.   While counsel would ordinarily seek coverage from another Assistant United States Attorney in these circumstances, the nature of this case, namely the length of time it has been assigned to undersigned counsel, the unique facts of the case, and the procedural history, suggest that undersigned counsel is best suited to handle the Motion Hearing in this matter, rather than seeking a stand-in. For these reasons, the Government respectfully requests that the Court grant this Motion and permit undersigned counsel to appear at the Motion Hearing scheduled for this Thursday, June 16, 2022, set before the Court at 10:00 a.m., via VTC rather than in-person.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:    *s/ Alecia L. Riewerts*
        ALECIA L. RIEWERTS
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: 303-454-0100
        Fax:   303-454-0401
        E-mail: Alecia.Riewerts@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

I hereby certify that on **June 14, 2022**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

By: s/ *Portia Peter*
PORTIA PETER
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
Fax: 303-454-0401
E-mail: Portia.Peter@usdoj.gov