IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00013-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**ANDRES CUETARA**,

    Defendant.

## MOTION FOR LEAVE TO RESTRICT ACCESS

Mr. Andres Cuetara, through undersigned counsel, Laura H. Suelau, hereby requests that Docket Nos. 74 and 75 be docketed under Level 2 Restriction.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Laura.Suelau@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alecia Riewerts, Assistant United States Attorney
Alecia.Riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Andres Cuetara (U.S. Mail)

s/Laura Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
laura.suelau@fd.org
Attorney for Defendant