IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00013-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ANDRES CUETARA**,

        Defendant.

## MOTION FOR LEAVE TO RESTRICT ACCESS

Mr. Andres Cuetara, through undersigned counsel, Laura H. Suelau, hereby requests that Docket Nos. 78 and 79 be docketed under Level 2 Restriction.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/Laura H. Suelau
        LAURA H. SUELAU
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Laura.Suelau@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on July 20, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Alecia Riewerts, Assistant United States Attorney
    Alecia.Riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Andres Cuetara (U.S. Mail)

                                     s/Laura Suelau
                                     LAURA SUELAU
                                     Assistant Federal Public Defender
                                     633 17th Street, Suite 1000
                                     Denver, CO  80202
                                     Telephone:  (303) 294-7002
                                     FAX:  (303) 294-1192
                                     laura.suelau@fd.org
                                     Attorney for Defendant