IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00013-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ANDRES CUETARA**,

        Defendant.

---

**UNOPPOSED MOTION TO STAY MOTION SUPPRESS EVIDENCE
FOR SIXTY DAYS**

---

Andres Cuetara moves this Court to stay proceedings and filings related to his previously-filed Motion to Suppress Evidence. Doc 79. Specifically, Mr. Cuetara requests an additional 60 days to file a Supplemental or Amended Motion to Suppress or file additional pretrial Motions and asks this Court vacate the deadline for the government's response (August 3, 2022), and any reply, and stay any hearing on the matter until after the additional filing(s). In support of this Motion, Mr. Cuetara states:

    1. On July 20, 2022, counsel for Mr. Cuetara filed a Motion to Suppress Evidence. Doc. 79. That Motion alleged the Search Warrant in Mr. Cuetara's case was invalid for a number of reasons.

    2. After the filing of that Motion, counsel became aware of a number of cases in other U.S. District Courts involving search warrant affidavits that are substantially similar to Mr. Cuetara's. Each of those cases is the product of a tip from a Foreign Law Enforcement Agency (FLA) to the FBI in August 2019.

    3. Like Mr. Cuetara's case, most of the August 2019 tips reference a defendant's alleged singular

visit to a Target Website[1] in April or May 2019. For example, the non-restricted Motion to Suppress Evidence in *United States v. Kiejzo,* 20-cr-40036-TSH (D. Mass) contains the following excerpt from the Search Warrant affidavit in that case:

> In August 2019, a foreign law enforcement agency (hereinafter, "FLA") known to U.S. law enforcement and with a history of providing reliable, accurate information in the past, notified U.S. law enforcement that the FLA had determined that on May 12, 2019 at 19:10:51 UTC, IP address 96.230.213.63 was used to access online child sexual abuse and exploitation material via a website that the FLA named and described as Website 2.

4. Including *Kiejzo,* Counsel has specifically identified nine search warrant affidavits that are the product of an August 2019 FLA tip to the FBI: *United States v. Sanders,* 20-cr-00143 (E.D. Va); *United States v. Stuart,* 21-cr-0007 (W.D.NY); *United States v. 234 S. Magnolia Ave.,* 20-mj-00481 (W.D.Mich.); *United States v. Premises,* 20-mj-03301 (E.D.Mo.); *United Stated v. Search Warrant,* 20-mj-44-MJF (N.D.FL); *United States v. Clark,* 21-mj-00147 (W.D. Wash.); *United States v. Webster,* 18-mj-00251 (E.D.Va.); and *United States v. Bateman,* 20-cr-10012 (D. Mass).

5. After reviewing filings in a number of those cases and gathering additional information, counsel determined that obtaining additional information about that FLAs, their investigation(s) in this matter, and their coordination and communication with the FBI is necessary.

6. Counsel requested additional discovery from the government on July 26, 2022. The government notified counsel that they are actively working to respond to that request.

7. Should there be a disagreement about what or how much information Mr. Cuetara is entitled related the FLAs and/or the FBI's activities in this matter, counsel anticipates filing a Motion to Compel Discovery.

8. All of the discovery requested by Mr. Cuetara is necessary to fully litigate the issues raised in the Motion to Suppress, and its existence was unknown to counsel prior to her initial filing.

9. The information obtained by counsel after the filing of the Motion to Suppress, and the

---

[1] Not all cases appear to involve the same "Target Website."

requested additional discovery, are all highly relevant to those issues raised in that Motion and may present additional legal issues or be relevant to those issues raised in that Motion. Counsel may, for example, move for a *Franks* hearing.

10. Counsel requires additional time to review the legal issues raised in the related matters, obtain additional discovery from the government, and litigate any potential disputes regarding the discovery provided (or withheld).

11. Because counsel anticipates seeking leave to file additional Motions, or to Supplement or Amend the previously filed Motion to Suppress Evidence, it makes little sense for the government to respond to the Motion to Suppress in its current form, or to hold a hearing on that matter.

12. Counsel believes the aforementioned tasks, including the filing of additional Pretrial Motions and/or an Amended Motion to Suppress can be completed in 60 days and asks this Court to stay any filings or proceedings on the existing Motion to Suppress until that time. Doc. 79.

13. Counsel requests this Court grant leave to file the necessary Motions or Amendments on or before October 3, 2022 and order the government to respond on or before October 17, 2022.

14. This Motion does not impact the pending Amended Motion to Suppress Statements. Doc. 76. However, counsel asked that a hearing on that Motion be stayed for other reasons. *Id.*

15. The government does not oppose the relief requested in this Motion.

                    Respectfully submitted,

                    VIRGINIA L. GRADY
                    Federal Public Defender

                    s/Laura Suelau
                    LAURA SUELAU
                    Assistant Federal Public Defender
                    633 17th Street, Suite 1000
                    Denver, CO  80202
                    Telephone:  (303) 294-7002
                    FAX:  (303) 294-1192
                    Laura.suelau@fd.org
                    Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 2, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

       Alecia Riewerts, AUSA
       Email: alecia.riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

       Andres Cuetara (via Mail)


       s/Laura Suelau
       LAURA SUELAU
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Laura.suelau@fd.org
       Attorney for Defendant