# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00013-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES CUETARA,

    Defendant.

## GOVERNMENT'S MOTION TO RESTRICT ECF #85 AND #87

The United States of America, by and through Alecia L. Riewerts, Assistant United States Attorney, respectfully moves to restrict ECF #85 and #87, the Government's Response to Amended Motion to Suppress Statements and Brief in Support of Motion to Restrict, for the reasons stated in the brief filed in support of this motion. The United States requests a **"Level 2" restriction**, which would make ECF #85 and #87 viewable by the "filing party, the affected defendant(s), the government, and the court" only.

                                              Respectfully submitted,

                                              COLE FINEGAN
                                              United States Attorney

By:    *s/ Alecia L. Riewerts*
        ALECIA L. RIEWERTS
        Assistant United States Attorney
        1801 California Street, Suite 1600
        Denver, Colorado 80202
        Telephone: (303) 454-0100
        E-mail: Alecia.Riewerts@usdoj.gov
        Attorney for Government

## CERTIFICATE OF SERVICE

      I hereby certify that on this 4th day of August, 2022, I electronically filed the foregoing **MOTION TO RESTRICT ECF #85 AND #87** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email address:

**Defense Attorney:**
Laura Suelau

**Email Address:**
laura.suelau@fd.org

      By: *s/ Alecia L. Riewerts*
ALECIA L. RIEWERTS
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: 303-454-0100
E-mail: Alecia.Riewerts@usdoj.gov