IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00013-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ANDRES CUETARA,

    Defendant.

### ORDER TO RESTRICT ECF #85 and #87

This matter is before the Court on the Government's Motion to Restrict ECF #85 and #87.  Upon consideration and for good cause shown,

IT IS ORDERED that ECF #85 and #87 shall be restricted to "Level 2" and will be viewable only by the "filing party, the affected defendant(s), the government, and the court" only.

IT IS SO ORDERED on this ____ day of _____, 2022.

_____
JUDGE RAYMOND P. MOORE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO