IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00013-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES CUETARA,

    Defendant.

---

**ORDER TO RESTRICT ECF #86 and #89**

---

This matter is before the Court on the Government's Motion to Restrict ECF #86 and #89. Upon consideration and for good cause shown,

IT IS ORDERED that ECF #86 and #89 shall be restricted to "Level 2" and will be viewable only by the "filing party, the affected defendant(s), the government, and the court" only.

IT IS SO ORDERED on this ____ day of _____, 2022.

_____
JUDGE RAYMOND P. MOORE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO