IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00013-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ANDRES CUETARA**,

        Defendant.

## MOTION FOR LEAVE TO RESTRICT ACCESS

Mr. Andres Cuetara, through undersigned counsel, Laura H. Suelau, hereby requests that Docket No. 76, an Amended version of the restricted Doc. 75, be docketed under Level 2 Restriction for those reasons articulated in Doc. 74.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Laura H. Suelau
LAURA H. SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
Laura.Suelau@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 4, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

  Alecia Riewerts, Assistant United States Attorney
  Alecia.Riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Andres Cuetara (U.S. Mail)

            s/Laura Suelau
            LAURA SUELAU
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            laura.suelau@fd.org
            Attorney for Defendant