IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00013-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ANDRES CUETARA**,

        Defendant.

---

## UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE
---

Mr. Andres Cuetara, through his attorney, Assistant Federal Public Defender Laura H. Suelau, respectfully moves to Modify the Conditions of his Bond Release. Mr. Cuetara requests that, pursuant to 18 U.S.C. § 3142(c)(2) and (c)(1)(B), this Court modify the condition that Mr. Cuetara be placed in the third-party custody of David Wilson and Kenneth Stock. Doc. 17, Cond. 6.[1] Mr. Cuetara requests this court remove that condition as to Mr. Wilson. In support of this request Mr. Cuetara states:

1. On December 1, 2020, Mr. Cuetara was released from custody by Magistrate Judge N. Reid Neureiter pursuant to an appearance bond and various conditions. Docs. 16 and 17. Thereafter, Mr. Cuetara remained in ICE custody.

2. Mr. Cuetara was eventually released from ICE custody and subject to GPS monitoring.

3. One condition of Mr. Cuetara's release was that Mr. Cuetara be placed in the third-party custody of his roommates, Kenneth Stock and David Wilson at 4641 W. 36th Avenue, Denver, CO.

---

[1] This condition is not affirmatively "checked" in Doc. 17, but the Court's oral ruling indicated this condition was imposed.

1

4. Mr. Cuetara's supervising probation officer, Jacob Smith, reports that Mr. Cuetara has complied with all the terms and conditions of his release without incident. Additionally, Mr. Smith reviews Mr. Cuetara's GPS monitoring data from ICE on a monthly basis.

5. Mr. Wilson contacted counsel on August 31, 2022, and informed her that he will be moving out of 4641 W. 36th Avenue on October 3, 2022. Mr. Wilson requested he be removed as a third-party custodian. Mr. Cuetara and Mr. Stock will remain in the residence.

6. A court must fashion the "least restrictive conditions" to mitigate attendant risks. 18 U.S.C § 3145(c)(1)(B). Remaining in the custody of *both* Mr. Stock and Mr. Wilson is a more restrictive condition than reasonably necessary. Over the 18 months since his release from ICE custody, Mr. Cuetara has demonstrated that he is neither a risk of flight, nor a danger to the community, and that custodianship by two people is unnecessary.

7. The government, through Alecia Riewerts, does not oppose the requested modification.

8. Mr. Smith also agrees the proposed modification is appropriate.

9. Therefore, Mr. Cuetara requests this court modify Condition 6, and remove the third-party custodianship of David Wilson.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Laura Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
laura.suelau@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

   I hereby certify that on September 13, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following recipients:

  Alecia Riewerts, Assistant United States Attorney
  Email: alecia.riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Andres Cuetara (U.S. Mail)

            s/Laura Suelau
            LAURA SUELAU
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            laura.suelau@fd.org
            Attorney for Defendant