IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cr-00013-RM

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANDRES CUETARA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that Defendant's Unopposed Motion to Modify Conditions of Release (Dkt. #96) is GRANTED. The Order Setting Conditions of Release (Dkt. #17) is MODIFIED at Condition 6 to remove the third-party custodianship of David Wilson.

Date: September 13, 2022