IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-CR-00013-RM

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**ANDRES CUETARA**,

        Defendant.

---

**JOINT STATUS REPORT
AND SHOWING OF GOOD CAUSE FOR 15 DAY EXTENSION**

---

Mr. Andres Cuetara, through his attorney, Assistant Federal Public Defender Laura H. Suelau, and the United States, through Assistant United States Attorney Alecia Riewerts, submit the following status report consistent with this Court's Order. Doc. 99. The parties will address each of the orders contained within this Court's Order Directing Competency Evaluation, Doc. 82, and their status.

1. Within three business days after that Order entered, Mr. Cuetara's counsel coordinated with the United States Attorney's Office to arrange Dr. Pollard's travel to Colorado.

2. Dr. Pollard and counsel for Mr. Cuetara conferred with Courtroom Deputy Cathy Pearson regarding the secure submission of the Competency Evaluation and established a procedure for that submission.

3. On August 28, 2022, Dr. Pollard traveled to Colorado and met with Mr. Cuetara at the Office of the Federal Public Defender on August 29, 2022. This Court's Order allowed for 30 days (September 28, 2022), or 45 days, with a showing of good cause, between that initial meeting with Mr. Cuetara and the completion of the evaluation.

4. Here, there is good cause for an extension beyond 30 days for the completion of Dr. Pollard's evaluation of Mr. Cuetara. First, Dr. Pollard required a full day of travel to return to Rochester, New York. Second, prior to this Court's Order Directing Competency Evaluation, Dr. Pollard arranged to travel out of the country for eight days during the 30-day period following his initial meeting with Mr. Cuetara. Third, prior to this Court's Order, Dr. Pollard arranged to travel out-of-state for a personal matter. Dr. Pollard's travels precluded him from working to prepare an evaluation for this Court for a period of approximately 15 days.

5. Additionally, Dr. Pollard construed this Court's Order as directing his report be filed 45 days from the date of his meeting with Mr. Cuetara: "Not later than 45 days from the date of the Defendant's first meeting with Dr. Pollard, he shall notify the Court of the Defendant's mental status and prognosis anticipated in accordance with the provisions of 18 U.S.C. § 4241(d)." Doc. 82.

6. Counsel for Mr. Cuetara has conferred with Dr. Pollard and he anticipates notifying this Court of the Mr. Cuetara's mental status and prognosis on of before October 13, 2022 (45 days from August 29, 2022).

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/Laura Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
laura.suelau@fd.org
Attorney for Defendant

        COLE FINEGAN
        United States Attorney

By:    *s/ Alecia L. Riewerts*
        ALECIA L. RIEWERTS
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: 303-454-0100
        Fax:  303-454-0401
        E-mail: Alecia.Riewerts@usdoj.gov
        Attorney for Government

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 30, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following recipients:

  Alecia Riewerts, Assistant United States Attorney
  Email: alecia.riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

  Andres Cuetara (U.S. Mail)

            s/Laura Suelau
            LAURA SUELAU
            Assistant Federal Public Defender
            633 17th Street, Suite 1000
            Denver, CO  80202
            Telephone:  (303) 294-7002
            FAX:  (303) 294-1192
            laura.suelau@fd.org
            Attorney for Defendant