IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 21-cr-00013-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES CUETARA,

    Defendant.

## JOINT MOTION FOR STATUS CONFERENCE

The United States of America (the "government"), by and through Cole Finegan, United States Attorney for the District of Colorado, and Alecia L. Riewerts, Assistant United States Attorney, and Andres Cuetara, through Assistant Federal Public Defender Laura H. Suelau, hereby respectfully request that the above-captioned case be set for a Status Conference.

1. On June 3, 2022, the defendant filed an Unopposed Motion for Evaluation of Competency Under § 4241(b).   ECF 63.

2. On July 22, 2022, the Court ordered a competency evaluation of the defendant, Andres Cuetara.   ECF 82.

3. On October 12, 2022, Dr. Robert Q. Pollard, Jr., Ph.D., filed a report related to his evaluation of the defendant's competency.   ECF 102.

1

4. This Court previously ordered "a competency hearing will be set upon receipt of Dr. Pollard's report." That hearing will be held pursuant to 18 U.S.C. § 4241(c) and (d) and 4247(d). ECF 82. At that hearing, Mr. Cuetara would be afforded "an opportunity to testify, to present evidence, to subpoena witnesses on his behalf, and to confront and cross-examine witnesses." 18 U.S.C. § 4247(d).

5. The parties request this Court set a status conference before the anticipated competency hearing.

6. The parties are in the process of gathering additional information relevant to that hearing and to 18 U.S.C. § 4241(d)(1) and (2). That includes determining a "suitable facility," researching options for non-custodial restoration, and potentially obtaining a second examination and report either from Dr. Pollard or another examiner.

7. 18 U.S.C. § 4241 and § 4247 do not mandate that a competency hearing be held immediately after the receipt of an examiner's report.

8. Other courts have allowed for a status conference or other continuance prior to a competency hearing to "inquire as to out of custody restoration program," and otherwise evaluate "how to proceed regarding restoration." *United States v. Posey,* D. AZ. 19-cr-01393-RM-JR-1, ECF 65; *United States v. Franklin,* D. AZ. 17-cr-00637-JAS-LAB-1, ECF 36.

For these reasons, the government and Mr. Cuetara respectfully request that the Court grant this Motion and permit undersigned counsel and defense counsel to contact

the Court to schedule a Status Conference at a time that is convenient to the Court and the parties.

        Respectfully submitted,

        COLE FINEGAN
        United States Attorney

By:   *s/ Alecia L. Riewerts*
        ALECIA L. RIEWERTS
        Assistant United States Attorney
        U.S. Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: 303-454-0100
        Fax:   303-454-0401
        E-mail: Alecia.Riewerts@usdoj.gov
        Attorney for Government

        s/Laura H. Suelau
        LAURA H. SUELAU
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO    80202
        Telephone:   (303) 294-7002
        FAX:   (303) 294-1192
        laura.suelau@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Alecia Riewerts, Alecia.Riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Andres Cuetara (U.S. Mail)

s/Laura Suelau
LAURA SUELAU
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO   80202
Telephone:   (303) 294-7002
FAX:   (303) 294-1192
laura.suelau@fd.org
Attorney for Defendant