IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Julie Thomas<br>Probation:  n/a | Date:  November 18, 2022<br>Interpreter:  n/a |

**CASE NO.   21-cr-00013-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Alecia Rewierts |
| Plaintiff, | |
| v. | |
| ANDRES CUETARA, | Laura Suelau |
| Defendant. | |

### COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**      3:01 p.m.

Appearances of counsel.   Defendant is not present; presence waived.

Preliminary remarks made by the Court.

Discussion held regarding the status of the case and the report by Dr. Pollard.

Ms. Suelau requests an additional time before a competency hearing is set and states the reasons for the request.

Discussion held regarding the request made by Ms. Suelau.

**The Court directs counsel to contact his judicial assistant by email, Deanne_Bader@cod.uscourts.gov, on November 21, 2022, to obtain a date for a further status conference.**

ORDERED:  At the next status conference, the Court shall be provided with the information that Dr. Pollard is relying on in his report.

**COURT IN RECESS:** 3:37 p.m.
**Total in court time:** 00:36
**Hearing concluded.**