## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Tammy Hoffschildt<br>Probation:  n/a | Date:  February 16, 2023<br>Interpreter:  n/a |

**CASE NO.   21-cr-00013-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRES CUETARA,<br><br>    Defendant. | Alecia Riewerts<br><br><br><br><br><br>Laura Suelau |

## COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**     9:00 a.m.

Appearances of counsel.   Defendant is in custody and not present (presence not required).

Preliminary remarks made by the Court.

Discussion held regarding the status of the case, the pending Unopposed Motion to Certify Case as Complex under the Speedy Trial Act (Doc. 107), setting a competency hearing, and obtaining appropriate interpreter services for the defendant.

**ORDERED:   Thirty (30) days prior to the competency hearing,** counsel shall file briefs stating the consequences of a determination of incompetency by the Court.

The Court states findings as to the Unopposed Motion to Certify Case as Complex under the Speedy Trial Act (Doc. 107) pursuant to the Speedy Trial Act.

**ORDERED:**  The Unopposed Motion to Certify Case as Complex under the Speedy Trial Act (Doc. 107) is GRANTED as stated on the record.   Speedy Trial time is tolled until this matter can be diligently and appropriately prepared for trial.

Discussion held regarding the email sent to chambers by Ms. Suelau regarding information Dr. Pollard relied on in his report.

**COURT IN RECESS:**        9:33 a.m.
**Total in court time:**        00:33
**Hearing concluded.**