IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-cr-00013-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

**ANDRES CUETARA**,

      Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE DEADLINE FOR
BRIEF REGARDING COMPETENCY**
_____

Andres Cuetara, through his attorney, Assistant Federal Public Defender Laura H. Suelau, respectfully requests this Court continue the deadline for filing a brief pursuant to this court's Order. Doc. 108. ("counsel shall file briefs stating the consequences of a determination of incompetency by the Court."). Counsel respectfully requests this court reset that deadline from June 27 to June 30, 2023. In support of this Motion, counsel states:

1. This court ordered counsel to file a brief regarding the consequences of a determination of incompetency 30 days prior to competency hearing.

2. The competency hearing is presently scheduled for July 27, 2023.

3. Counsel had a medical appointment on June 21, 2023. That appointment prompted a number of unexpected follow-up appointments both last week and this week. Those appointments have necessitated counsel take unplanned leave and have impacted her ability to meet the June 27, 2023 deadline.

4. Counsel is scheduled to travel to visit clients at Nevada Southern Detention Center on June 29, 2023. That visit has been scheduled since April 2023.

5. Counsel for the government does not oppose the requested continuance.

6. Therefore, counsel requests a three-day continuance to file the Brief Regarding Competency.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/Laura Suelau
        LAURA SUELAU
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Laura_suelau@fd.org
        Attorney for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on June 27, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

    Alecia Riewerts, AUSA
    Email: Alecia.Riewerts@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Andres Cuetara (via Mail)

                      s/Laura Suelau
                      LAURA SUELAU
                      Assistant Federal Public Defender
                      633 17th Street, Suite 1000
                      Denver, CO  80202
                      Telephone:  (303) 294-7002
                      FAX:  (303) 294-1192
                      Laura_suelau@fd.org
                      Attorney for Defendant