IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 21-cr-00013-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ANDRES CUETARA,

    Defendant.

_____

**GOVERNMENT'S BRIEF REGARDING CONSEQUENCES OF A DETERMINATION OF INCOMPETENCY BY THE COURT**
_____

    The United States of America ("the government"), by and through Alecia L. Riewerts, Assistant United States Attorney, respectfully submits this Brief stating the consequences of a determination of incompetency by the Court pursuant to the Court's order. Courtroom Minutes [ECF #108].

    1.    On February 2, 2021, an Indictment was filed against the defendant charging him with one count of transportation of child pornography, in violation of 18 U.S.C. § 2252A(a)(1), and one count of possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B). Indictment [ECF #29].

    2.    The defendant filed an Unopposed Motion for Evaluation of Competency Under § 4241(b) [ECF #63] ("Mot. for Comp. Eval.") on June 3, 2022.

    3.    A hearing on the defendant's Unopposed Motion for Evaluation of Competency Under § 4241(b) was scheduled for June 16, 2022. ECF #64. At that proceeding, the Court ordered that counsel for both sides file a brief with the Court

stating whether the matter under discussion is a mental disease or defect.  ECF #68 ("Transcript") at 2; ECF #67.  The parties did so.  ECF #69, 70.  On July 22, 2022, the Court ordered a competency evaluation of the defendant, Andres Cuetara.  ECF #82.

4. On October 12, 2022, Dr. Robert Pollard filed his evaluation with the Court.  ECF #102.  On October 21, 2022, the parties filed a Joint Motion for Status Conference, requesting that a status conference be set prior to the anticipated competency hearing.  ECF # 103.  The motion was granted and a status conference was scheduled for November 18, 2022.  ECF #104.  At the status conference, Ms. Suelau requested additional time before a competency hearing was set.  ECF #105.  A status conference was subsequently scheduled for February 16, 2023.  ECF #106.  On February 16, 2023, it was determined that a competency hearing would be set.  ECF #108.  The parties were ordered to file briefs stating the consequences of a determination of incompetency by the Court thirty days before the hearing.  *Id.*  The competency hearing was scheduled for July 27, 2023.  ECF #109.  On June 27, 2023, an Unopposed Motion to Continue Deadline for Brief Regarding Competency was filed, requesting the Court's permission to extend the filing deadline until Friday, June 30.  ECF #110.  The Court granted the motion.  ECF #111.

5. If, at the conclusion of the initial competency hearing, the Court finds "by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, the court shall commit the defendant to the custody of the Attorney General."  18 U.S.C. § 4241(d).  The statute also requires that the defendant

be committed to the custody of the Attorney General "for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future he will attain the capacity to permit the proceedings to go forward."  18 U.S.C. § 4241(d)(1).  Further, the defendant shall be committed to the custody of the Attorney General "for an additional reasonable period of time until his mental condition is so improved that trial may proceed, if the court finds that there is a substantial probability that within such additional period of time he will attain the capacity to permit the proceedings to go forward; or the pending charges against him are disposed of according to law."  18 U.S.C. § 4241(d)(2)(A) and (B).

6. A "suitable facility" is defined as "a facility that is suitable to provide care or treatment given the nature of the offense and characteristics of the defendant."  18 U.S.C. § 4247(a)(2).  As reflected in the Code of Federal Regulations, "'hospitalization in a suitable facility' includes the Bureau's designation of inmates to medical referral centers or correctional institutions that provide the required care or treatment."  18 U.S.C. § 4241(d)(1); 28 C.F.R. § 549.41 ("[a]s used in 18 U.S.C. Chapter 313 and this subpart,

7. In February 2023, undersigned counsel spoke with Federal Bureau of Prisons ("BOP") Attorney-Advisor Shane McCullough, who is employed at the United States Medical Center for Federal Prisoners ("USMCFP") in Springfield, Missouri.  He indicated that competency restoration is typically conducted at the USMCFP, at the Federal Medical Center in Butner, North Carolina, or at a handful of other restoration sites.  BOP Attorney-Advisor McCullough also indicated that since the defendant is not

currently detained, a potential option is for the defendant to self-surrender to the U.S. Marshals Service ("USMS") or to the designated facility once bed space becomes available at the designated facility to conduct the competency restoration.

8. Undersigned counsel also spoke with BOP Senior Attorney Genna Petre at Butner Legal Center in North Carolina. She likewise confirmed that a defendant on pre-trial release conditions could be ordered to self-surrender to the USMS or present himself to the designated facility once a self-surrender date is provided.

Respectfully submitted,

COLE FINEGAN
United States Attorney

*s/ Alecia L. Riewerts*
Alecia L. Riewerts
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
E-mail: Alecia.Riewerts@usdoj.gov
Attorney for Government

## CERTIFICATE OF SERVICE

  I hereby certify that on this 30th day of June, 2023, I electronically filed the foregoing **GOVERNMENT'S BRIEF REGARDING CONSEQUENCES OF A DETERMINATION OF INCOMPETENCY BY THE COURT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Defense Attorney:**
Laura Suelau

**Email Address:**
laura.suelau@fd.org

               *s/ Alecia L. Riewerts*
               Alecia L. Riewerts
               Assistant U.S. Attorney
               U.S. Attorney's Office
               1801 California Street, Suite 1600
               Denver, CO 80202
               Telephone: 303-454-0100
               E-mail:  Alecia.Riewerts@usdoj.gov