IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Erin Valenti<br>Probation:  n/a | Date:  July 27, 2023<br>Interpreters:  Keri Richardson<br>Elizabeth Vega<br>Nowell Busch<br>Jon Lamberton |

**CASE NO.   21-cr-00013-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDRES CUETARA,<br><br>    Defendant. | Alecia Riewerts<br><br><br><br><br><br>Laura Suelau |

**COURTROOM MINUTES**

**COMPETENCY HEARING**
**COURT IN SESSION:**   9:07 a.m.

Appearances of counsel.   Defendant is present and on bond.   Present at defense table are Liz Keyser and Roger Kraft.

Preliminary remarks made by the Court.

Discussion held regarding the interpreting logistics for today's hearing.

Interpreters are sworn.

Defendant's Exhibits A through E are admitted.

9:12 a.m.     Robert Q. Pollard is sworn, examined by Ms. Suelau, and questioned by the Court.

**Court in recess:**     10:00 a.m.

**Court in session:    10:10 a.m.**

Continued directed examination of Robert Q. Pollard by Ms. Suelau and questioning by the Court.

**Court in recess:    11:00 a.m.**
**Court in session:    11:12 a.m.**

Continued direct examination by Ms. Suelau.
Exhibits used:        Defendant's Exhibit E.

11:46 a.m.    Cross-examination of Robert Q. Pollard by Ms. Riewerts.
              Exhibits used:        Defendant's Exhibit A, E.

**Court in recess:    12:08 p.m.**
**Court in session:    1:19 p.m.**

Continued cross-examination of Robert Q. Pollard by Ms. Riewerts.
Exhibits used:        Defendant's Exhibit E.

1:46 p.m.    Redirect examination of Robert Q. Pollard by Ms. Suelau.

Discussion held regarding pictures referenced earlier in Dr. Pollard's testimony.   Dr. Pollard indicates that the pictures referenced are on his cell phone.   The Court and counsel look at the pictures with Dr. Pollard at the witness stand.

2:08 p.m.    Witness is excused.

Discussion held regarding argument to be presented by counsel and setting a continued hearing for further argument.

**ORDERED:**   This hearing is continued to **August 7, 2023, at 2:00 p.m.** for the purpose of further argument by counsel.   **The defendant's presence is not required.**

**Court in recess:    2:18 p.m.**
**Court in session:    2:40 p.m.**

Discussion held regarding the discussion between the Court and counsel that occurred off the record earlier this afternoon.

Defendant rests.   Both sides rest.

The Court makes statements regarding the defendant's demeanor during this hearing.

Ms. Suelau waives the defendant's presence for the August 7, 2023, hearing but requests leave to withdraw that waiver.

**ORDERED:**   Ms. Suelau shall notify the Court and the Interpreter Administrator **by the close of business on July 28, 2023, as to whether or not the defendant shall be present for the August 7, 2023, hearing.**   If Ms. Suelau would like the defendant to be present, the hearing will be reset by the Court.

2:57 p.m.   Argument given by Ms. Suelau.

3:35 p.m.   Argument given by Ms. Riewerts.

**ORDERED:**   Bond is continued.

**COURT IN RECESS:**       3:53 p.m.
**Total in court time:**       4:51
**Hearing concluded.**