# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy: Cathy Pearson<br>Court Reporter: Kevin Carlin<br>Probation: n/a | Date: August 7, 2023<br>Interpreters: n/a |

**CASE NO.   21-cr-00013-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Alecia Riewerts |
| Plaintiff, | |
| v. | |
| ANDRES CUETARA, | Laura Suelau |
| Defendant. | |

## COURTROOM MINUTES

**COMPETENCY HEARING – Continued from July 27, 2023**
**COURT IN SESSION:**     1:58 p.m.

Appearances of counsel.   Defendant is on bond and not present; presence waived.

Preliminary remarks made by the Court.

The Court states that he does not need further argument from counsel and finds by a preponderance of the evidence presented on July 27, 2023, that the defendant is presently suffering from a mental disease or defect, rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

Ms. Riewerts advises the Court that she has received information from the FBI that the defendant has absconded to Mexico.   Discussion held.

**ORDERED:**   Status Conference is set for **August 9, 2023, at 2:00 p.m.   <u>Defendant must be present at the Status Conference.</u>**   If the defendant fails to appear at the Status Conference, an arrest warrant will issue.   If an arrest warrant is issued, and when the defendant is arrested, the Initial

      Appearance shall be held before Judge Raymond Moore in Courtroom A-601.

The Court states further findings pursuant to 18 U.S.C. § 4241(d) and orders to be entered.

Discussion held regarding matters set forth by the Court.

Further discussion regarding the defendant's whereabouts.

**ORDERED:**  Bond is continued.

**COURT IN RECESS:**      3:15 p.m.
**Total in court time:**      1:17
**Hearing concluded.**