# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE RAYMOND P. MOORE

| | |
|---|---|
| Courtroom Deputy:  Cathy Pearson<br>Court Reporter:  Kevin Carlin<br>Probation:  n/a | Date:  August 9, 2023<br>Interpreters:  n/a |

**CASE NO.   21-cr-00013-RM**

| Parties | Counsel |
|---|---|
| UNITED STATES OF AMERICA, | Alecia Riewerts |
| Plaintiff, | |
| v. | |
| ANDRES CUETARA, | Laura Suelau |
| Defendant. | |

## COURTROOM MINUTES

**STATUS CONFERENCE**
**COURT IN SESSION:**     2:00 p.m.

Preliminary remarks made by the Court.   Defendant is on bond and not present.

The Court advises that a warrant has been issued for the defendant's violation of pretrial release order, and that he will also issue a warrant for the defendant's failure to appear at this Status Conference.   The Court holds the matter of competency is held in abeyance.

**ORDERED:**  A warrant shall issue for the arrest of the defendant for failure to appear at the Status Conference set for this date as ordered by the Court.

**COURT IN RECESS:**     2:03 p.m.
**Total in court time:**     00:03
**Hearing concluded.**